**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RS FIT NW LLC,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-11568 (KBO)<br><br>**Objection Deadline:**<br>**June 15, 2021 at 4:00 p.m. (ET)**<br><br>**Hearing Date:**<br>**June 22, 2021 at 10:00 a.m. (ET)** |

**NOTICE OF MOTION OF**
**REORGANIZED DEBTOR FOR ENTRY OF AN ORDER**
**MODIFYING THE REQUIREMENTS OF LOCAL RULE 3007-1(e)(iv)**
**WITH RESPECT TO THE REORGANIZED COMPANY'S FORTHCOMING**
**OMNIBUS CLAIMS OBJECTION TO MEMBERSHIP AGREEMENT CLAIMS**

**PLEASE TAKE NOTICE** that, on June 7, 2021, RS FIT NW LLC, the successor to debtor 24 Hour Fitness Worldwide, Inc. (the "Reorganized Debtor"), filed the *Motion of Reorganized Debtor for Entry of an Order Modifying the Requirements of Local Rule 3007-1(e)(iv) With Respect to the Reorganized Company's Forthcoming Omnibus Objection to Membership Agreement Claims* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 15, 2021 at 4:00 p.m. (prevailing Eastern Time)**.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [RS FIT Docket No. 7], the remaining reorganized debtor affiliates' (the "Reorganized Debtors") chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection by email upon: (i) the attorneys for the Reorganized Debtor, (a) Ropes & Gray LLP, Attn: Ryan Preston Dahl, Esq. (ryan.dahl@ropesgray.com) and Emily Kehoe, Esq. (emily.kehoe@ropesgray.com), and Lindsay Lersner, Esq. (lindsay.lersner@ropesgray.com); and (b) Pachulski Stang Ziehl & Jones LLP, Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com); (ii) counsel to the Ad Hoc Group, (a) O'Melveny & Myers LLP, Attn: Daniel S. Shamah, Esq. (dshamah@omm.com), Diana M. Perez, Esq. (dperez@omm.com), and Adam P. Haberkorn, Esq. (ahaberkorn@omm.com), and (b) Richards, Layton & Finger, P.A., Attn: Mark D. Collins, Esq. (collins@rlf.com), Michael J. Merchant, Esq. (merchant@rlf.com), and David T. Queroli, Esq. (queroli@rlf.com); and (iii) the Office of the United States Trustee, Attn: Linda Casey, Esq. (linda.casey@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE THAT** IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD VIA ZOOM VIDEOCONFERENCE ON JUNE 22, 2021, AT 10:00 A.M. PREVAILING EASTERN TIME BEFORE THE HONORABLE KAREN B. OWENS, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

Dated: June 8, 2021
      Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Timothy P. Cairns*
_____
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

-and-

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
Emily Kehoe (admitted *pro hac vice*)
Lindsay Lersner (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Attorneys for the Reorganized Company*