IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, | ) ) | Case No.: 20-11558 (KBO) |
| | ) | (Jointly Administered) |
| Reorganized Debtors.[1] | ) ) | |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. Proc. No. 20-51051 (KBO) |
| | ) | |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR VIDEO HEARING
ON SEPTEMBER 7, 2021, AT 10:00 A.M. (EASTERN)[2]**

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, as applicable, are 24 Hour Fitness USA, LLC (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 20-51051 (KBO).

> **ANY PARTY WISHING TO PARTICIPATE IN THE HEARING MUST REGISTER THROUGH ZOOM**
>
> **You must now register for the ZOOM call. When registering, please copy and paste the below link to your browser.**
>
> **Registration Link:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItcemuqz0iGJZ_SC_-y5YQiX6aCvi4mWo
>
> **After registering, you will receive a confirmation email containing information about joining.**
>
> **PLEASE NOTE: COURTCALL WILL NOT BE USED FOR THIS HEARING**

### I. MATTERS GOING FORWARD

1. Defendant Allied World National Assurance Company's Motion for Judgment on the Pleadings [D.I. 75; Filed on May 13, 2021].

   Related Documents:

   a. Opening Brief in Support of Defendant Allied World National Assurance Company's Motion for Judgment on the Pleadings [D.I. 76; Filed on May 13, 2021].

   b. Allied World National Assurance Company's Reply in Support of Motion for Judgment on the Pleadings [D.I. 83; Filed June 3, 2021].

   c. Defendant Allied World National Assurance Company's Request for Oral Argument on Motion for Judgment on the Pleadings [D.I. 84; Filed June 7, 2021].

   d. Notice of Completion of Briefing Regarding Defendant Allied World National Assurance Company's Motion for Judgment on the Pleadings [D.I. 87; Filed June 8, 2021].

   Objections / Responses Received:

   a. Plaintiff 24 Hour Fitness Worldwide, Inc.'s Opposition to Allied World National Assurance Company's Motion for Judgment on the Pleadings [D.I. 80; Filed on May 27, 2021].

    b.    Declaration of David E. Weiss in Support of Plaintiff 24 Hour Fitness Worldwide, Inc.'s Opposition to Allied World National Assurance Company's Motion for Judgment on the Pleadings [D.I. 81; Filed on May 27, 2021].

    c.    Plaintiff's Request for Oral Argument [D.I. 86; Filed June 7, 2021]

<u>Status</u>: This matter is going forward.

Dated:  September 2, 2021                  Respectfully submitted,
        Wilmington, Delaware

                                          **REED SMITH LLP**

                              By:   <u>/s/ *Mark W. Eckard*</u>
                                    Mark W. Eckard (No. 4542)
                                    1201 North Market Street, Suite 1500
                                    Wilmington, DE 19801
                                    Telephone: (302) 778-7500
                                    Email:  meckard@reedsmith.com

                                    *Counsel for 24 HOUR FITNESS WORLDWIDE, INC*.