**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| RS FIT NW LLC,[1] | : Case No. 20-11568 (KBO) |
| | : |
| Reorganized Debtor. | : |
| | : |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR TELEPHONIC HEARING**
**ON SEPTEMBER 28, 2021 AT 10:00 A.M. (EASTERN TIME)[2]**

---

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING**
**MUST REGISTER THROUGH ZOOM.**

**You must now register for the ZOOM call.  When registering, please copy and paste the below link to your browser.  All individuals participating by video must register at least 2 hours prior to the hearing at the provided link.**

**Registration Link:**
https://debuscourts.zoomgov.com/meeting/register/vJIsf-Gtrj8uHuT9hCaCUh6KW-Um06CYb-I

**After registering, you will receive a confirmation email containing information about joining.**

**PLEASE NOTE: COURTCALL WILL NOT BE USED FOR THIS HEARING.**

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [Docket No. 7], the remaining Reorganized Debtors' chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020.  Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov, or the documents may be obtained for free by accessing the Debtors' restructuring website at https://restructuring.primeclerk.com/24hourfitness.

**RESOLVED MATTERS**[3]

1.    **Seventh Omnibus Claims Objection** – Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims [Filed: 4/19/21] (Docket No. 75).

Response Deadline:    May 5, 2021 at 4:00 p.m. Eastern Time.

Responses Received:

a)    Response of Dennis R. Tolton [Filed: 5/12/21] (Docket No. 96).

   (i)    Response of Dennis R. Tolton [Filed: 5/12/21] (Docket No. 1798).

   (ii)    Notice of Deficiency [Filed: 5/12/21] (Docket No. 1799).

Related Documents:

a)    Notice of Submission of Proofs of Claim in Connection with the Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims [Filed: 5/5/21] (Docket No. 87).

b)    Certification of Counsel Regarding Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims [Filed: 5/17/21] (Docket No. 104).

c)    [Signed] Order Sustaining the Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims [Filed: 5/17/21] (Docket No. 111).

d)    Certification of Counsel Regarding Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims as It Relates to Claimant, Dennis R. Tolton [Filed: TBF] (Docket No. TBF).

Status:  This matter has been resolved as it relates to Dennis R. Tolton.  An order will be filed under certification of counsel resolving the objection of Dennis R. Tolton.  An order has been entered on the remaining claims.

2.    **Eighteenth Omnibus Claims Objection** – Reorganized Company's Eighteenth (Substantive) Omnibus Objection to Certain No Liability Claims [Filed: 7/27/21] (Docket No. 227).

Response Deadline:    August 10, 2021 at 4:00 p.m. Eastern Time.  Extended to August 13, 2021 at 4:00 p.m. Eastern Time for the United States Olympic and Paralympic Committee.

---

[3]  Docket numbers refer to Case Nos. 20-11558 (KBO) and 20-11568 (KBO).

DOCS_DE:236162.1 00162/001

Responses Received:

a)      Informal Response from Maria Correa.

b)      Informal Response from United States Olympic and Paralympic Committee.

Related Documents:

a)      Notice of Submission of Proofs of Claim in Connection with the Reorganized
        Company's Eighteenth (Substantive) Omnibus Objection to Certain No Liability
        Claims [Filed: 8/12/21] (Docket No. 236).

b)      Certification of Counsel Regarding the Reorganized Company's Eighteenth
        (Substantive) Omnibus Objection to Certain No Liability Claims [Filed: 8/23/21]
        (Docket No. 245).

c)      [Signed] Order Sustaining the Reorganized Company's Eighteenth (Substantive)
        Omnibus Objection to Certain No Liability Claims [Filed: 8/24/21] (Docket No.
        247).

Status:  The objection to the claim of United States Olympic and Paralympic Committee
has been withdrawn.  An order has been entered on the remaining claims.

**ADJOURNED MATTERS**

3.      **Cure Objections/Assumption and Assignment Objections Relating to First
        Amended Plan** – First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour
        Fitness Worldwide, Inc. and Its Debtor Affiliates [Filed: 11/17/20] (Docket No. 1245).

        Response Deadline:    December 11, 2020 at 4:00 p.m. Eastern Time.

        Cure Responses Received:

        a)      Limited Objection of K-5 Signs and Graphics, Inc. to Confirmation of the First
                Amended Joint Chapter 11 Plan of Reorganization of 24-Hour Fitness
                Worldwide, Inc. and Its Affiliated Debtors and Notice of Assumption of Lease
                with Respect to Store No. 615 [Filed: 12/10/20] (Docket No. 1342).

        b)      Limited Objection of Wendt Industries, Inc. d/b/a Club Resource Group to (I)
                Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of
                24-Hour Fitness Worldwide, Inc. and Its Affiliated Debtors, and (II) Notice of
                Assumption or Assumption and Assignment and Cure Costs Relating to
                Executory Contracts and Unexpired Leases of the Debtors [Filed: 12/11/20]
                (Docket No. 1351).

        c)      Cure and Assignment Objection of Westfield, LLC and Certain Landlord
                Affiliates [Filed: 12/14/20] (Docket No. 1373).

    (i)      Supplement to Cure and Assignment Objection of Westfield, LLC and Certain Landlord Affiliates [Filed: 12/20/20] (Docket No. 1483).

d)    Limited Objections of 24 HR – TX (TX) Limited Partnership and Fit (TX) LP to Debtors' Notice of Assumption of Executory Contracts and Unexpired Leases Regarding Debtors' Proposed Cure Amounts [Filed: 12/15/20] (Docket No. 1393).

e)    Objection of Village FV, Ltd. to Notice of Cure Amounts with Respect to Executory Contracts and Unexpired Lease of Debtor [Filed: 12/15/20] (Docket No. 1398).

f)    Objections of AmCap Austin Bluffs LLC, AmCap Tiffany LLC, and ADLP-U&A, LLC to Debtors' Designated Cure Amount [Filed: 12/15/20] (Docket No. 1399).

    (i)      Objections of AmCap Tiffany LLC, and ADLP-U&A, LLC to Debtors' Amended Designated Cure Amounts [Filed: 12/28/20] (Docket No. 1521).

    (ii)     Notice of Withdrawal of AmCap Austin Bluffs LLC's Objection to Debtors' Designated Cure Amount [Filed: 1/12/21] (Docket No. 1596).

g)    Reservation of Rights of TA Brentwood L.L.C. with Respect to Potential Assumption or Assumption and Assignment of Unexpired Lease [Filed: 12/15/20] (Docket No. 1424).

h)    Response of Multiple Landlords to Notice of Assumption or Assumption and Assignment and Cure Costs Relating to Executory Contracts and Unexpired Leases of the Debtors [Filed: 12/16/20] (Docket No. 1441).

i)    Limited Objection of Brixmor Operating Partnership LP, Centennial Real Estate Company, LLC, Centercal Properties, LLC, East West Bank, Federal Realty Investment Trust, GS Pacific ER LLC, Gerrity Group, Inc., Houston Willowbrook LLC, PGIM Real Estate, Realty Income Corporation, Seven Hills Properties 31, LLC, ShopOne Centers Reit Inc., Steve Padis, Jewelry Plus Enterprises, Inc., The Macerich Company, Urban Edge Properties, and Weitzman to the Notice of Assumption or Assumption and Assignment and Cure Costs Relating to Executory Contracts and Unexpired Leases of the Debtors [Filed: 12/16/20] (Docket No. 1442).

j)    Amended Limited Objection of Brixmor Operating Partnership LP, Centennial Real Estate Company, LLC, Centercal Properties, LLC, East West Bank, Federal Realty Investment Trust, GS Pacific ER LLC, Gerrity Group, Inc., LAP Empire Avenue, LLC, PGIM Real Estate, Realty Income Corporation, Seven Hills Properties 31, LLC, ShopOne Centers REIT Inc., Steve Padis, Jewelry Plus Enterprises, Inc., The Macerich Company, Unitas Trust, Urban Edge Properties, and Weitzman to the Notice of Assumption or Assumption and Assignment and

Cure Costs Relating to Executory Contracts and Unexpired Leases of the Debtors [Filed: 12/17/20] (Docket No. 1445).

k)      Objection of Comcast Cable Communications Management, LLC to the Debtors' Notice of Assumption or Assumption and Assignment and Cure Costs Relating to Exectuory Contracts and Unexpired Leases [Filed: 12/28/20] (Docket No. 1525).

l)      Objection of The Irvine Company, LLC and Spring Shopping Center, LLC, to Proposed Cure Amounts and Assumption and Assignment of Certain Leases Pursuant to Debtors' Joint Chapter 11 Plan of Reorganization [Filed: 12/28/20] (Docket No. 1528).

m)     Oracle America, Inc.'s Limited Objection to Debtors' Proposed Assumption of Executory Contracts [Filed: 12/28/20] (Docket No. 1530).

n)      Objection of Miracle Mile Properties, LP with Respect to the Assumption or Assumption and Assignment of Unexpired Lease [Filed: 12/29/20] (Docket No. 1540).

Related Documents:

a)      Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Debtor Affiliates [Filed: 10/7/20] (Docket No. 1016).

b)      Disclosure Statement for Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Debtor Affiliates [Filed: 10/7/20] (Docket No. 1017).

c)      Notice of Filing of First Amendment to Restructuring Support Agreement [Filed: 11/2/20] (Docket No. 1142).

d)      Notice of Filing of Exhibits to Disclosure Statement for Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Debtor Affiliates (Liquidation Analysis and Financial Projections) [Filed: 11/16/20] (Docket No. 1174).

e)      First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Debtor Affiliates [Filed: 11/16/20] (Docket No. 1231).

f)      Disclosure Statement for First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Debtor Affiliates [Filed: 11/16/20] (Docket No. 1233).

g)      Notice of Filing of Blacklines of First Amended Plan and Disclosure Statement [Filed: 11/16/20] (Docket No. 1235).

h)      [Signed] Order (I) Approving Rights Offering Procedures and Related Forms, (II) Authorizing Debtors to Conduct Rights Offering in Connection with Debtors'

DOCS_DE:236162.1 00162/001

Plan of Reorganization, (III) Authorizing Entry Into Backstop Commitment Agreement, (IV) Approving Obligations Thereunder, and (V) Granting Related Relief [Filed: 11/16/20] (Docket No. 1241).

i)    [Signed] Order (1) Approving the Proposed Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan, and (V) Granting Related Relief [Filed: 11/17/20] (Docket No. 1243).

j)    Disclosure Statement for First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Debtor Affiliates [Filed: 11/17/20] (Docket No. 1246).

k)    Notice of Filing of Blacklines of Solicitation Versions of First Amended Plan and Disclosure Statement [Filed: 11/17/20] (Docket No. 1247).

l)    Affidavit of Publication Regarding Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Telephonic Hearing on Confirmation of the Proposed Plan, (IV) Procedures for Objecting to the Confirmation of the Proposed Plan, (V) Procedures and Deadline for Voting on the Proposed Plan [Filed: 11/25/20] (Docket No. 1274).

m)    Rights Offering Materials [Filed: 11/25/20] (Docket No. 1279).

n)    Affidavit of Service of Solicitation Materials and Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Telephonic Hearing on Confirmation of the Proposed Plan, (IV) Procedures for Objecting to the Confirmation of the Proposed Plan, (V) Procedures and Deadline for Voting on the Proposed Plan [Filed: 11/30/20] (Docket No. 1285).

o)    Notice of Filing of Plan Supplement to First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Affiliated Debtors[Filed: 12/4/20] (Docket No. 1301).

p)    Notice of Assumption or Assumption and Assignment and Cure Costs Relating to Executory Contracts and Unexpired Leases of the Debtors [Filed: 12/5/20] (Docket No. 1302).

q)    Notice of Continued Hearing to Consider Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Affiliated Debtors [Filed: 12/5/20] (Docket No. 1389).

r)    Memorandum of Law in Support of Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Affiliated Debtors [Filed: 12/17/20] (Docket No. 1459).

s)      Declaration of Daniel Hugo in Support of Confirmation of the Debtors' First Amended Joint Chapter 11 Plan of Reorganization [Filed: 12/17/20] (Docket No. 1460).

t)      Declaration of Tyler W. Cowan in Support of Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Affiliated Debtors [Filed: 12/17/20] (Docket No. 1461).

u)      Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Affiliated Debtors [Filed: 12/17/20] (Docket No. 1462).

v)      [Revised] First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Affiliated Debtors [Filed: 12/18/20] (Docket No. 1478).

w)      Notice of Filing of Blackline of Revised Version of First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Affiliated Debtors [Filed: 12/18/20] (Docket No. 1480).

x)      Notice of Filing of Proposed Order (I) Confirming the First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Affiliated Debtors and (II) Granting Related Relief [Filed: 12/19/20] (Docket No. 1482).

y)      Notice of Filing of Amended Plan Supplement to First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Affiliated Debtors [Filed: 12/20/20] (Docket No. 1484).

z)      Notice of Assumption or Assumption and Assignment and Cure Costs Relating to Executory Contracts and Unexpired Leases of the Debtors [Filed: 12/20/20] (Docket No. 1486).

aa)     [FURTHER REVISED] First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Affiliated Debtors [Filed: 12/20/20] (Docket No. 1487).

bb)     Notice of Filing of Blackline of Further Revised Version of First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Affiliated Debtors [Filed: 12/20/20] (Docket No. 1488).

cc)     Notice of Filing of Revised Proposed Order (I) Confirming the First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Affiliated Debtors and (II) Granting Related Relief [Filed: 12/20/20] (Docket No. 1489).

dd)     Notice of Filing of Revised Confirmation Objection Chart [Filed: 12/20/20] (Docket No. 1490).

ee)     Notice of Filing of Cure Objection Chart [Filed: 12/20/20] (Docket No. 1491).

ff)     Certification of Counsel Regarding Further Revised Proposed Order (I) Confirming the First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Affiliated Debtors and (II) Granting Related Relief [Filed: 12/21/20] (Docket No. 1506).

gg)     [Signed] Order (I) Confirming First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Affiliated Debtors and (II) Granting Related Relief [Filed: 12/22/20] (Docket No. 1508).

hh)     Notice of Effective Date and Entry of Order (I) Confirming First Amended Joint Chapter 11 Plan of Reorganization of 24 Hour Fitness Worldwide, Inc. and Its Affiliated Debtors and (II) Granting Related Relief [Filed: 12/30/20] (Docket No. 1551).

ii)     Exhibit A to Amended Notice of Agenda of Matters Scheduled for Telephonic Hearing on January 12, 2021 at 11:00 a.m. (Eastern Time) ("Amended Cure Objection Response Chart") [Filed: 1/12/21] [Docket No. 1591-1).

Cure Objections Status:  To the extent not withdrawn or resolved, all cure objections are adjourned to the next omnibus hearing date on October 26, 2021 at 10:00 a.m. Eastern Time, with the Reorganized Company's corresponding Response Deadline extended to October 19, 2021 at 4:00 p.m. Eastern Time.  Attached hereto as **Exhibit A** is a revised status chart from the version filed with the notice of agenda at Docket No. 255.

4.     **Sixth Omnibus Claims Objection** – Reorganized Company's Sixth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 4/19/21] (Docket No. 74).

Response Deadline:    May 5, 2021 at 4:00 p.m. Eastern Time.

Responses Received:

a)     Response of Amritpal Singh [Filed: 5/4/21] (Docket No. 84).

b)     Response of Ashraf Farassati [Filed: 7/7/21] (Docket No. 187).

Related Documents:

a)     Notice of Submission of Proofs of Claim in Connection with the Reorganized Company's Sixth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 5/5/21] (Docket No. 86).

b)     Certification of Counsel Regarding Reorganized Company's Sixth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 5/17/21] (Docket No. 103).

c)     [Signed] Order Sustaining the Reorganized Company's Sixth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 5/17/21] (Docket No. 110).

Status:  This matter has been adjourned with respect to the claims of Amritpal Singh and the Response of Amritpal Singh to the omnibus hearing scheduled on October 26, 2021 at 10:00 a.m. Eastern Time.  The objection to the claim of Anna Kang has been resolved and her claim has been withdrawn from the claims register.  An order has been entered on the remaining claims.

5.     **Rhame Relief Motion** – Motion of Nenita Aguilar Rhame for Relief from Confirmation Order Pursuant to Fed. R. Civ. P. 60(b) and Fed. R. Bankr. P. 9024 and/or for a Declaration That the Plan Injunction Does Not Apply [Filed: 4/29/21] (Docket No. 82).

Response Deadline:   May 12, 2021 at 4:00 p.m. Eastern Time (extended for the Reorganized Company to July 21, 2021).

Responses Received:  None as of the date hereof.

Related Documents:   None as of the date hereof.

Status:  This matter has been adjourned to the omnibus hearing scheduled on October 26, 2021 at 10:00 a.m. Eastern Time.

6.     **Fourteenth Omnibus Claims Objection** – Reorganized Company's Fourteenth (Substantive) Omnibus Objection to Certain No Liability Claims [Filed: 6/28/21] (Docket No. 180).

Response Deadline:   July 12, 2021 at 4:00 p.m. Eastern Time.  Extended to July 16, 2021 at 4:00 p.m. (Eastern Time) for Rising Sail Westlake, LLC.

Responses Received:

a)     Response of Kwame Owen Kelly-Barlow [Filed: 7/12/21] (Docket No. 197).

b)     Withdrawal of Claims 417 and 536 Filed by the Collin County Tax Assessor/Collector [Filed: 7/12/21] (Docket No. 198).

Related Documents:

a)     Notice of Submission of Proofs of Claim in Connection with the Reorganized Company's Fourteenth (Substantive) Omnibus Objection to Certain No Liability Claims [Filed: 7/14/21] (Docket No. 199).

b)      Certification of Counsel Regarding Reorganized Company's Fourteenth (Substantive) Omnibus Objection to Certain No Liability Claims [Filed: 7/26/21] (Docket No. 215).

c)      [Signed] Order Sustaining the Reorganized Company's Fourteenth (Substantive) Omnibus Objection to Certain No Liability Claims [Field: 7/26/21] (Docket No. 220).

Status:  This matter has been adjourned with respect to (1) the claims of Kwame Owen Kelly-Barlow; and (2) the claims of Arrowood Indemnity Company f/k/a Royal Indemnity to the omnibus hearing scheduled on October 26, 2021 at 10:00 a.m. Eastern Time.  An order has been entered on the remaining claims.

7.      **Gubik Stay Motion** – Verified Motion of Stephan Gubik for Relief from the Automatic Stay [Filed: 7/8/21] (Docket No. 193).

Response Deadline:    July 21, 2021 at 4:00 p.m. Eastern Time.

Responses Received:  None as of the date hereof.

Related Documents:    None as of the date hereof.

Status:  This matter has been adjourned to the omnibus hearing scheduled on October 26, 2021 at 10:00 a.m. Eastern Time.


**MATTERS FOR WHICH COCS HAVE BEEN FILED**


8.      **Twentieth Omnibus Claims Objection** – Reorganized Company's Twentieth (Substantive) Omnibus Objection to (I) Reclassify Certain Misclassified Claims; (II) Reduce and Reclassify Certain Misclassified Claims; and (III) Reduce Certain Claims [Filed: 8/27/21] (Docket No. 250).

Response Deadline:    September 10, 2021 at 4:00 p.m. Eastern Time.

Responses Received:

a)      Response of Catherine Rodriguez [Filed: 9/9/21] (Docket No. 258).

b)      Response of Laura Smith [Filed: TBF] (Docket No. TBF).

c)      Informal Response of SF (TX) LP.

d)      Informal Response of Anderson/Gutierrez.

Related Documents:

a)      Notice of Submission of Proofs of Claim in Connection with the Reorganized
        Company's Twentieth (Substantive) Omnibus Objection to (I) Reclassify Certain
        Misclassified Claims; (II) Reduce and Reclassify Certain Misclassified Claims;
        and (III) Reduce Certain Claims [Filed: 9/14/21] (Docket No. 262).

b)      Certification of Counsel Regarding Reorganized Company's Twentieth
        (Substantive) Omnibus Objection to (I) Reclassify Certain Misclassified Claims;
        (II) Reduce and Reclassify Certain Misclassified Claims; and (III) Reduce Certain
        Claims [Filed: 9/23/21] (Docket No. 272).

Status:  A revised proposed order has been filed under certification of counsel.  The
Reorganized Company requests the order attached to the certification of counsel be
entered at the Court's convenience.

9.      **Twenty-First Omnibus Claims Objection** – Reorganized Company's Twenty-First
        (Substantive) Omnibus Objection to Certain No Liability Claims [Filed: 8/27/21] (Docket
        No. 251).

Response Deadline:    September 10, 2021 at 4:00 p.m. Eastern Time.

Responses Received:

a)      Response of Michael Menacho on Behalf of the Putative Class of Members of 24
        Hour Fitness to Debtor's Twenty-First (Substantive) Omnibus Objection to
        Certain No Liability Claims [Filed: 9/10/21] (Docket No. 260).

Related Documents:

a)      Notice of Submission of Proofs of Claim in Connection with the Reorganized
        Company's Twenty-First (Substantive) Omnibus Objection to Certain No
        Liability Claims [Filed: 9/14/21] (Docket No. 263).

b)      Certification of Counsel Regarding Reorganized Company's Twenty-First
        (Substantive) Omnibus Objection to Certain No Liability Claims [Filed: 9/23/21]
        (Docket No. 273).

Status:  This matter has been adjourned with respect to the claim of Michael Menacho on
Behalf of the Putative Class of Members of 24 Hour Fitness to the omnibus hearing
scheduled on October 26, 2021 at 10:00 a.m. Eastern Time.  A revised proposed order
has been filed under certification of counsel.  The Reorganized Company requests the
order attached to the certification of counsel be entered at the Court's convenience.

10.     **Twenty-Second Omnibus Claims Objection** – Reorganized Company's Twenty-
        Second (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims
        [Filed: 8/27/21] (Docket No. 252).

<u>Response Deadline</u>:    September 10, 2021 at 4:00 p.m. Eastern Time.

<u>Responses Received</u>:

a)      Response to Mark and Maryam Denbaly [Filed: 9/9/21] (Docket No. 259).

b)      Response to Mark and Maryam Denbaly [Filed: 9/13/21] (Docket No. 261).

c)      Response to Sumita Bhardwaj [Filed: 9/14/21] (Docket No. 265).

d)      Informal Response of Najeeb Kazime.

<u>Related Documents</u>:

a)      Notice of Submission of Proofs of Claim in Connection with the Reorganized Company's Twenty-Second (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 9/14/21] (Docket No. 264).

b)      Certification of Counsel Regarding Reorganized Company's Twenty-Second (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 9/24/21] (Docket No. 275).

<u>Status</u>:  A proposed order has been filed under certification of counsel.  The Reorganized Company requests the order attached to the certification of counsel be entered at the Court's convenience.

*[Remainder of Page Intentionally Left Blank]*

DOCS_DE:236162.1 00162/001

Dated: September 24, 2021
      Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

-and-

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
Lindsay Lersner (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090

*Attorneys for the Reorganized Company*

DOCS_DE:236162.1 00162/001