# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RS FIT NW LLC,<br><br>       Reorganized Debtor. | Chapter 11<br><br>Case No. 20-11568 (KBO)<br>(Jointly Administered)<br><br>**Objection Deadline:**<br>October 19, 2021 at 4:00 p.m. (ET)<br><br>**Hearing Date:**<br>October 26, 2021 at 10:00 a.m. (ET) |

## MOTION OF CLASS CLAIMANT FOR CLASS CERTIFICATION OR, IN THE ALTERNATIVE, FOR EXTENSION OF BAR DATE FOR MEMBERSHIP CLAIMS

Michael Menacho ("Class Claimant"), Claim No. 24450, by and through his undersigned counsel, hereby moves this court pursuant to Fed. R. Bankr. Pro. 9014 and 7023 and Fed. R. Civ. P. 23 for an order, substantially in the form of the Proposed Order attached hereto, certifying a "Class" defined as:

> **All persons with a Membership Agreement Claim who were charged and paid monthly membership fees to 24 Hour Fitness for a period of time when Debtor's gyms were closed during the COVID-19 pandemic in March and April 2020.**

The grounds for this motion are set forth in Class Claimant's supporting memorandum of law, filed herewith.

Dated: October 12, 2021
Wilmington, Delaware

**COOCH AND TAYLOR, P.A**
*/s/ R. Grant Dick IV*
R. Grant Dick IV (Del. No. 5123)
Dean R. Roland (Del. No. 6459)
The Nemours Building
1007 N. Orange St., Suite 1120
Wilmington, DE 19801
Telephone: 302-984-3867
Facsimile: 302-984-3939
Email: gdick@coochtaylor.com

– and –

**BURSOR & FISHER, P.A.**
Yeremey O. Krivoshey
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ykrivoshey@bursor.com

*Counsel for Representative Claimant*