**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| RS FIT NW LLC, ) | Case No. 20-11568 (KBO) |
| ) | (Jointly Administered) |
| Reorganized Debtor. ) | |
| ) | **RE: Docket No:** _____ |
| ) | |

**PROPOSED ORDER GRANTING**
**MOTION OF CLASS CLAIMANT FOR CLASS CERTIFICATION**

Upon consideration of the *Motion Of Class Claimant For Class Certification Or, In The Alternative, For Extension Of Bar Date For Membership Claims* [D.I. ____] (the "Motion")[1]; the Court finds that it has jurisdiction over this matter; due and proper notice of the Motion has been given, and no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation, the relief requested is in the best interest of the Reorganized Debtor, its estate and creditors and other parties in interest; and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

2. The Class Proof of Claim, Claim No. 24450, is hereby approved as a Claim No. 24450 and Class Claimant is hereby approved as and appointed as Class Claimant on behalf of the Class pursuant to Fed. R. Bankr. P. 9014 and 7023, and Fed. R. Civ. P. 23.

3. The following "Class" is certified pursuant to Fed. R. Civ. P. 23(b)(3):

> **All persons with a Membership Agreement Claim who were charged and paid monthly membership fees to 24 Hour Fitness for a period of time when Debtor's gyms were closed during the COVID-19 pandemic in March and April 2020.**

4. The Court finds that the Class satisfies each of the requirements of Fed. R. Civ. P. 23(a) and 23(b)(3).

5. Pursuant to Fed. R. Civ. P. 23, Bursor & Fisher, P.A. is appointed as Class Counsel to represent the Class.

6. Class Claimant is authorized to act on behalf of the Class in all respects, including questions relating to the allowance, settlement, disposition and distribution of recoveries in respect of the Class Proof of Claim (including any stipulation of settlement);

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

_____
HONORABLE KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE