# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RS FIT NW LLC,<br><br>      Reorganized Debtor. | Chapter 11<br><br>Case No. 20-11568 (KBO)<br>(Jointly Administered)<br><br>**Objection Deadline:**<br>October 19, 2021 at 4:00 p.m. (ET)<br><br>**Hearing Date:**<br>October 26, 2021 at 10:00 a.m. (ET) |

### NOTICE OF MOTION OF CLASS CLAIMANT FOR CLASS CERTIFICATION OR, IN THE ALTERNATIVE, FOR EXTENSION OF BAR DATE FOR MEMBERSHIP CLAIMS

**PLEASE TAKE NOTICE** that on October 12, 2021, Michael Menacho ("Movant") filed his *Motion Of Class Claimant For Class Certification Or, In The Alternative, For Extension Of Bar Date For Membership Claims* (the "Motion") with the United States Bankruptcy Court for the District of Delaware located at 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the relief requested in the Motion, if any, must be made in writing and filed with the Clerk of the Court, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801, on or before **October 19, 2021 at 4:00 p.m.** (prevailing Eastern Time). At the same time, you must also serve a copy on the response upon Movants' counsel as follows:

| | |
|---|---|
| R. Grant Dick IV<br>COOCH AND TAYLOR, P.A<br>The Nemours Building<br>1007 N. Orange St., Suite 1120<br>Wilmington, DE 19801<br>gdick@coochtaylor.com | Yeremey O. Krivoshey<br>BURSOR & FISHER, P.A.<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Email: ykrivoshey@bursor.com |

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Karen B. Owens, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801, or by video using the Zoom meeting information that will be provided by the Court, on **October 26, 2021 at 10:00 a.m. (prevailing Eastern Time.)**

00628754

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: October 12, 2021<br>Wilmington, Delaware | **COOCH AND TAYLOR, P.A**<br><br>*/s/ R. Grant Dick IV*<br>R. Grant Dick IV (Del. No. 5123)<br>Dean R. Roland (Del. No. 6459)<br>The Nemours Building<br>1007 N. Orange St., Suite 1120<br>Wilmington, DE 19801<br>Telephone: 302-984-3867<br>Facsimile:  302-984-3939<br>Email: gdick@coochtaylor.com<br><br>– and –<br><br>**BURSOR & FISHER, P.A.**<br>Yeremey O. Krivoshey<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>Email: ykrivoshey@bursor.com<br><br>*Counsel for Representative Claimant* |