**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RS FIT NW LLC, | ) ) | Case No. 20-11568 (KBO) |
| Reorganized Debtor. | ) ) ) ) ) ) | |

## CERTIFICATE OF SERVICE

I, R. Grant Dick IV, hereby certify that on October 12, 2021 a copy of the attached *Motion Of Class Claimant For Class Certification Or, In The Alternative, For Extension Of Bar Date For Membership Claims* and the Brief in Support thereof was served by electronic notification through the CM/ECF System on all parties registered to receive notice in this Chapter 11 Case as well as upon the parties below in the manner indicated below.

/s/*R. Grant Dick IV*
Del. No. 5123

**Via Hand Delivery and Email**
PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones
Timothy P. Cairns
Peter J. Keane
919 North Market Street, 17th Floor
Wilmington, Delaware 19899
Email: pkeane@pszjlaw.com

**Via First Class Mail and Email**
ROPES & GRAY LLP
Ryan Preston Dahl
Lindsay Lersner
1211 Avenue of the Americas
New York, New York 10036
Email: ryan.dahl@ropesgray.com
            lindsay.lersner@ropesgray.com