# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>RS FIT NW LLC<br><br>           Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-11568 (KBO) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, pursuant to Local Bankruptcy Rule 9010-2(b), Jason S.

Greenwood hereby withdraws as counsel for the United States of America in the above-

captioned case.  Cortney R. Robinson remains as attorney of record for the United States.


Dated:  January 25, 2022                    Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Acting Assistant Attorney General

                                            DAVID C. WEISS
                                            United States Attorney

                                            ELLEN SLIGHTS
                                            Assistant United States Attorney
                                            1313 N. Market Street
                                            Wilmington, Delaware 19801

                                            /s/ *Jason S. Greenwood*
                                            RUTH A. HARVEY
                                            RODNEY MORRIS
                                            JASON S. GREENWOOD

---

[1] The Reorganized Debtor in this chapter 11 cases, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372).  By order dated March 16, 2021 [RS FIT Docket No. 7], the remaining debtor affiliates' ("Reorganized Debtors") chapter 11 cases were closed.  The Reorganized Debtors' corporate headquarters and service address in 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

2

CORTNEY R. ROBINSON

Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington D.C. 20044
TEL: (202) 598-9190
Email: jason.s.greenwood@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

<u>CERTIFICATE OF SERVICE</u>

On January 25, 2022, I caused a copy of the foregoing Notice of Withdrawal to be served electronically through the Court's CM/ECF system upon all counsel of record and those who have entered an appearance in this proceeding.

Dated: January 25, 2022

/s/ *Jason S. Greenwood*
Jason S. Greenwood
Trial Attorney