# EXHIBIT B

**Declaration**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RS FIT NW LLC,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-11568 (KBO) |

**DECLARATION OF MICHAEL**
**PAYKIN IN SUPPORT OF THE THIRD MOTION OF REORGANIZED**
**COMPANY PURSUANT TO 11 U.S.C. §§ 502(c) AND 105(a) TO ESTIMATE AND**
**ALLOW UNLIQUIDATED MEMBERSHIP CLAIMS FOR DISTRIBUTION PURPOSES**

I, Michael Paykin, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Managing Director at FTI Consulting, Inc. ("FTI"). On July 13, 2020, the Bankruptcy Court approved FTI's retention as financial advisor to RS FIT NW LLC in the above-captioned chapter 11 case (the "Reorganized Debtor") *nunc pro tunc* to June 15, 2020

2. I am authorized to submit this declaration (the "Declaration") in support of the *Third Motion of Reorganized Company Pursuant to 11 U.S.C. §§ 502(c) and 105(a) to Estimate AND Allow Unliquidated Membership Claims for Distribution Purposes* (the "Motion"),[2] and I am familiar with the information contained therein, either from personal knowledge, information supplied by the Debtors and/or the Debtors' claims agent, Prime Clerk LLC, my review of the relevant documents regarding the Debtors' bankruptcy cases, finances and/or business affairs, and Reorganized Company documents.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [RS FIT Docket No. 7], the remaining reorganized debtor affiliates' (the "Reorganized Debtors") chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion.

3. I make this Declaration on the basis of my review of claims referenced in the Motion, together with any supporting or related documentation (the "Unliquidated Membership Claims").

4. I have familiarity with the claims review process. In that capacity, I have reviewed the Unliquidated Membership Claims referenced in the Motion, and am directly familiar with the information contained therein. Additionally, I read the Motion and the proposed order with respect to the Motion.

5. The Unliquidated Membership Claims identified in **Schedule 1** to the proposed order on the Motion were reviewed and analyzed in good faith and by utilizing due diligence by appropriate personnel.

6. Based upon these efforts and to the best of my knowledge, I have determined that the Unliquidated Membership Claims identified on **Schedule 1** to the proposed order on the Motion are claims that assert, either in whole or in part, a contingent and/or unliquidated amount.

7. The Reorganized Company expects to make a distribution to holders of certain allowed claims in the case. The Reorganized Company cannot wait for an undetermined period for each of the Unliquidated Membership Claims to be resolved and liquidated before the distribution under the Plan is made.

8. Each of the Unliquidated Membership Claims are Membership Agreement Claims as that term is defined in the Plan. By estimating and allowing each of the Unliquidated Membership Claims at $250.01, Holders of the Unliquidated Membership Claims are entitled to receive the maximum distribution possible afforded to Holders of Membership Claims under the Plan.

DOCS_DE:238388.1 00162/001

3

9. In addition, I understand that the claimants filing the Unliquidated Membership Claims have not moved to amend their claims, or otherwise take action to fix the Unliquidated Membership Claims at a certain dollar amount.

10. Accordingly, based upon my review of the Unliquidated Membership Claims subject to the Motion, I believe that the relief sought in the Motion is in the best interests of the Reorganized Company, the Debtors' estates, and creditors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  February 17, 2022
       Riverwoods, Illinois

*/s/ Michael Paykin*
Michael Paykin
Managing Director, FTI Consulting, Inc.