## SCHEDULE 1

**No Liability Claims**

Schedule 1 - Thirty Seventh Omnibus Objection
RS FIT NW, LLC (Remaining Cases) (f/k/a 24 Hour Fitness Worldwide, Inc., et al.)
Substantive No Liability Claims

| No. | Name of Claimant | Case Number | Debtor's Name | Date Claim Filed | Remaining Claim number (if applicable) | Claim Number | Asserted Claim Amount Secured | Status Admin | Status 503(b)(9) | Status Priority | Status Unsecured | Status Total | Total | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Andrusyszyn, DeAnn | 20-11565 (KBO) | 24 Denver LLC | 7/3/2020 | | 555 | | | | | 1,824.00 | | 1,824.00 | There is no basis for the claim in the Debtor's books and records. |
| 2 | Anderson, Cheryl L | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/15/2020 | | 14734 | | | | | 1,608.00 | | 1,608.00 | There is no basis for the claim in the Debtor's books and records. |
| 3 | Ashcraft, Karen Lee | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | | 22977 | | | | | 1,520.00 | | 1,520.00 | There is no basis for the claim in the Debtor's books and records. |
| 4 | Atoizana, Winston K. | 20-11560 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/29/2020 | | 20780 | | | | | 1,656.00 | | 1,656.00 | There is no basis for the claim in the Debtor's books and records. |
| 5 | Barlley, Robin | 20-11558 (KBO) | 24 Hour Fitness United States, Inc. | 9/24/2020 | | 15157 | | | | | 1,680.00 | | 1,680.00 | There is no basis for the claim in the Debtor's books and records. |
| 6 | Bealiot, Brian L. | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | | 22915 | | | | | 1,871.00 | | 1,871.00 | There is no basis for the claim in the Debtor's books and records. |
| 7 | Bottger, David A. | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/31/2020 | | 2776 | | | | | 1,872.00 | | 1,872.00 | There is no basis for the claim in the Debtor's books and records. |
| 8 | Bottger, Gwendolyn B. | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/31/2020 | | 2455 | | | | | 1,872.00 | | 1,872.00 | There is no basis for the claim in the Debtor's books and records. |
| 9 | Brauda, Solna | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/2/2020 | | 21068 | | | | | 1,802.29 | | 1,802.29 | There is no basis for the claim in the Debtor's books and records. |
| 10 | Brokaw, Beth H. | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/17/2020 | | 16370 | | | | | 1,548.00 | | 1,548.00 | There is no basis for the claim in the Debtor's books and records. |
| 11 | Carbone, Loret | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/29/2020 | | 20161 | | | | | 1,540.00 | | 1,540.00 | There is no basis for the claim in the Debtor's books and records. |
| 12 | Chacon, Claudia | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/29/2020 | | 20530 | | | | | 1,548.00 | | 1,548.00 | There is no basis for the claim in the Debtor's books and records. |
| 13 | Clanton, Janet | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 12/11/2020 | | 27025 | | | | | 1,985.34 | | 1,985.34 | There is no basis for the claim in the Debtor's books and records. |
| 14 | Cloud, Jim | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/27/2021 | | 25993 | | | | | 1,800.00 | | 1,800.00 | There is no basis for the claim in the Debtor's books and records. |
| 15 | Collier, Demetrius L | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/2/2020 | | 7669 | | | | | 1,622.00 | | 1,622.00 | There is no basis for the claim in the Debtor's books and records. |
| 16 | COLPITTS, YOKO | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/30/2020 | | 21246 | | | | | 1,729.45 | | 1,729.45 | There is no basis for the claim in the Debtor's books and records. |
| 17 | Crimson 1031 Portfolio, LLC | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/2/2020 | 23675 | 23520 | | | | | 152,068.04 | | 152,068.04 | There is no basis for the claim in the Debtor's books and records. Claimant filed a substantially similar claim against one or more additional Debtor entities. Through this Objection, the Reorganized Company is not objecting to each substantially similar claim filed by claimant, but instead is seeking only to remove what appears to be essentially duplicate recoveries on account of claims. Debtor entities to avoid improper duplicate recoveries on account of claims. |
| 18 | Custer, Sara M | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 8/31/2020 | | 5007 | | | | | 433.99 | | 433.99 | There is no basis for the claim in the Debtor's books and records. |
| 19 | DARR, CHERUEL | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/30/2020 | | 20645 | | | | | 1,787.98 | | 1,787.98 | There is no basis for the claim in the Debtor's books and records. |
| 20 | Davenport, Linda Forsberg | 20-11558 (KBO) | 24 Hour Fitness United States, Inc. | 7/6/2020 | | 746 | | | | U | | 1,541.00 | 3,082.00 | There is no basis for the claim in the Debtor's books and records. |
| 21 | Denlove, Richard | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/14/2020 | | 1643 | | | | | 1,720.00 | | 1,720.00 | There is no basis for the claim in the Debtor's books and records. |
| 22 | Dharvadker, Shubhangi | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/30/2020 | | 20544 | | | | | 1,548.00 | | 1,548.00 | There is no basis for the claim in the Debtor's books and records. |
| 23 | Doyle, Amanda | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/30/2020 | | 20542 | | | | | 1,824.00 | | 1,824.00 | There is no basis for the claim in the Debtor's books and records. |
| 24 | Facer, Rebecca | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/14/2020 | 430 | 1466 | | | | | 648.00 | | 648.00 | There is no basis for the claim in the Debtor's books and records. Claimant filed a substantially similar claim against one or more additional Debtor entities. Through this Objection, the Reorganized Company is not objecting to each substantially similar claim filed by claimant, but instead is seeking only to remove what appears to be essentially duplicate recoveries on account of claims. |
| 25 | Feyereisen, Erica | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/14/2020 | | 13887 | | | | | 1,560.00 | | 1,560.00 | There is no basis for the claim in the Debtor's books and records. |
| 26 | Fleury, Denise | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 11/25/2020 | | 26753 | | | | | 1,548.00 | | 1,548.00 | There is no basis for the claim in the Debtor's books and records. |
| 27 | Frakes, Joyce | 20-11565 (KBO) | 24 Denver LLC | 9/24/2020 | | 17801 | | | | | 1,608.00 | | 1,608.00 | There is no basis for the claim in the Debtor's books and records. |
| 28 | Freeman, Michael | 20-11558 (KBO) | 24 Hour Fitness United States, Inc. | 8/21/2020 | | 3265 | | | | | 1,622.00 | | 1,622.00 | There is no basis for the claim in the Debtor's books and records. |
| 29 | Gonzalez, Balqvi | 20-11561 (KBO) | 24 Hour Fitness Worldwide, Inc. | 8/27/2020 | | 4253 | | | | | 1,548.00 | | 1,548.00 | There is no basis for the claim in the Debtor's books and records. |
| 30 | Gonzalez, Juan ("John") | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/29/2020 | | 20526 | | | | | 1,631.76 | | 1,631.76 | There is no basis for the claim in the Debtor's books and records. |
| 31 | Goodman, Felice A. | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/5/2020 | | 25003 | | | | | 1,548.00 | | 1,548.00 | There is no basis for the claim in the Debtor's books and records. |
| 32 | Gowda, Anand | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/22/2020 | | 7074 | | | | | 1,816.00 | | 1,816.00 | There is no basis for the claim in the Debtor's books and records. |
| 33 | Gray, Jane | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/14/2020 | | 25561 | | | | | 61.98 | | 61.98 | There is no basis for the claim in the Debtor's books and records. |
| 34 | Green, Linda Swan | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 8/16/2020 | | 2811 | | | | | 29.20 | 820.81 | 361.88 | There is no basis for the claim in the Debtor's books and records. |
| 35 | Gregory, Jean | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 6/2/2021 | | 2626 | | | | | 1,771.00 | | 1,771.00 | There is no basis for the claim in the Debtor's books and records. |
| 36 | Grell, Courtney | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/11/2020 | | 25249 | | | | | 1,541.00 | | 1,541.00 | There is no basis for the claim in the Debtor's books and records. |
| 37 | Griswold, Savannah | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/18/2020 | | 16289 | | | | | 1,800.00 | | 1,800.00 | There is no basis for the claim in the Debtor's books and records. |
| 38 | Harge Jr, Henry Curtis | 20-11568 (KBO) | RS FIT NW LLC | 10/19/2020 | | 26156 | | | | | 1,796.83 | | 1,796.83 | There is no basis for the claim in the Debtor's books and records. |
| 39 | Harge, Madge L | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/5/2020 | | 8766 | | | | | 1,656.00 | | 1,656.00 | There is no basis for the claim in the Debtor's books and records. |
| 40 | Hobil, Lori | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/6/2020 | | 9413 | | | | | 1,824.00 | | 1,824.00 | There is no basis for the claim in the Debtor's books and records. |
| 41 | Hollman, Angela M. | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 6/30/2020 | | 168 | | | | | | 299.90 | 1,543.30 | There is no basis for the claim in the Debtor's books and records. |
| 42 | Horowitz, Barry | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/22/2020 | | 23025 | | | | | 1,977.22 | | 1,977.22 | There is no basis for the claim in the Debtor's books and records. |
| 43 | Hsieh, Bonny | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 8/16/2020 | | 3234 | | | | | 1,727.92 | | 1,727.92 | There is no basis for the claim in the Debtor's books and records. |
| 44 | Hsieh, Bonny | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 8/21/2020 | | 3234 | | | | | 1,546.00 | 780.00 | 780.00 | There is no basis for the claim in the Debtor's books and records. |
| 45 | Kassab, Carol | 20-11563 (KBO) | 24 San Francisco LLC | 9/15/2020 | | 14744 | | | | | 1,548.00 | 780.00 | 780.00 | There is no basis for the claim in the Debtor's books and records. |
| 46 | Kaur, Vandumit | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 8/11/2020 | | 2616 | | | | | 1,560.00 | | 1,560.00 | There is no basis for the claim in the Debtor's books and records. |
| 47 | Kelley, Karen P | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | | 24326 | | | | | 1,814.84 | | 1,814.84 | There is no basis for the claim in the Debtor's books and records. |
| 48 | Kerker, Kara | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 8/11/2020 | | 5213 | | | | | 1,769.31 | | 1,769.31 | There is no basis for the claim in the Debtor's books and records. |
| 49 | Kim, Lisa | 20-11560 (KBO) | 24 Hour Fitness United States, Inc. | 8/30/2020 | | 11553 | | | | | 1,775.68 | | 1,775.68 | There is no basis for the claim in the Debtor's books and records. |
| 50 | King, Garnetta | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/9/2020 | | 18702 | | | | | 1,960.31 | 1,600.00 | 1,600.00 | There is no basis for the claim in the Debtor's books and records. |
| 51 | King, Garnetta | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | | 24456 | | | | | 1,520.00 | | 1,520.00 | There is no basis for the claim in the Debtor's books and records. |
| 52 | Kowal, Nicole | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/21/2020 | | 15763 | | | | | 1,607.84 | | 1,607.84 | There is no basis for the claim in the Debtor's books and records. |
| 53 | Kowal, Paul | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/11/2020 | | 1296 | | | | | 1,638.00 | | 1,638.00 | There is no basis for the claim in the Debtor's books and records. |
| 54 | Kuhn, Denny | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 7/31/2020 | | 2573 | | | | | 1,645.07 | | 1,645.07 | There is no basis for the claim in the Debtor's books and records. |
| 55 | Lapp, Joseph T. | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/21/2020 | | 15439 | | | | | 1,548.00 | | 1,548.00 | There is no basis for the claim in the Debtor's books and records. |
| 56 | Lee, Sang | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/6/2020 | | 8196 | | | | | 1,847.83 | | 1,847.83 | There is no basis for the claim in the Debtor's books and records. |
| 57 | Longwell, Virginia | 20-11558 (KBO) | 24 Hour Fitness United States, Inc. | 7/12/2020 | | 867 | | | | | 1,800.00 | | 1,800.00 | There is no basis for the claim in the Debtor's books and records. |
| 58 | Louis, Jennifer | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/11/2020 | | 13004 | | | | | 1,698.00 | | 1,698.00 | There is no basis for the claim in the Debtor's books and records. |
| 59 | Lowdaez, Julianne | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 8/27/2020 | | 3769 | | 1,848.00 | | | | | 1,848.00 | There is no basis for the claim in the Debtor's books and records. |
| 60 | Maloney, Carrie | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/30/2020 | | 20881 | | | | | 1,794.94 | 1,970.99 | 1,970.99 | There is no basis for the claim in the Debtor's books and records. |
| 61 | Martin, Mimi | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/8/2020 | | 889 | | | | | 1,656.00 | 1,560.00 | 1,560.00 | There is no basis for the claim in the Debtor's books and records. |
| 62 | Miller, Danielle | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/7/2020 | | 9780 | | | | | 1,847.82 | | 1,847.82 | There is no basis for the claim in the Debtor's books and records. |
| 63 | Miller, Jean C | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/8/2020 | | 889 | | | | | 1,679.94 | | 1,679.94 | There is no basis for the claim in the Debtor's books and records. |
| 64 | Nelson, Barbara | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/9/2020 | | 9780 | | | | | 3,200.00 | | 3,200.00 | There is no basis for the claim in the Debtor's books and records. |
| 65 | Parra, Shannon | 20-11558 (KBO) | 24 Hour Fitness United States, Inc. | 8/31/2020 | | 5635 | | | | | 1,520.00 | | 1,520.00 | There is no basis for the claim in the Debtor's books and records. |
| 66 | Rankin, Julie | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | | 24456 | | | | | 1,607.84 | | 1,607.84 | There is no basis for the claim in the Debtor's books and records. |
| 67 | Reider, Nancy | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/21/2020 | | 15763 | | | | | 1,847.83 | | 1,847.83 | There is no basis for the claim in the Debtor's books and records. |
| 68 | Rivero, Alberto | 20-11558 (KBO) | 24 Hour Fitness USA, Inc. | 7/11/2020 | | 1296 | | | | 2,300.00 | 2,300.00 | | 2,300.00 | There is no basis for the claim in the Debtor's books and records. |
| 69 | Runyon, Laurie H. | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 8/31/2020 | | 27740 | | | | | 1,848.00 | | 1,848.00 | There is no basis for the claim in the Debtor's books and records. |
| 70 | Rushodin, Jessa | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 12/10/2021 | | 27718 | | | | | 1,794.94 | | 1,794.94 | There is no basis for the claim in the Debtor's books and records. |
| 71 | Simmons, Eva G. | 20-11561 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/30/2020 | | 20881 | | | | | 3,941.98 | | 3,941.98 | There is no basis for the claim in the Debtor's books and records. |
| 72 | Smith, Kristen A | 20-11558 (KBO) | 24 Hour Fitness USA, Inc. | 9/1/2020 | | 5319 | | | | | 1,970.99 | | 1,970.99 | There is no basis for the claim in the Debtor's books and records. |
| 73 | Stafford, Vickie | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 8/31/2020 | | 5030 | | | | | 1,541.00 | | 1,541.00 | There is no basis for the claim in the Debtor's books and records. |
| 74 | Steinberg, David | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 8/31/2020 | | 5030 | | | | | 1,541.00 | | 1,541.00 | There is no basis for the claim in the Debtor's books and records. |

Schedule 1 - Thirty Seventh Omnibus Objection
RS FIT NW, LLC (Remaining Case) (f/k/a 24 Hour Fitness Worldwide, Inc., et al.)
Substantive No Liability Claims

| No. | Name of Claimant | Case Number | Debtor's Name | Date Claim Filed | Remaining Claim number (If applicable) | Claim Number | Secured | Status | Admin | Status | 503(b)(9) | Status | Priority | Status | Unsecured | Status | Total | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | Susko, Peter M | 20-11560 (KBO) | 24 Hour Fitness United States, Inc. | 9/6/2020 | | 9707 | - | | - | | - | | 1,621.96 | | - | | 1,621.96 | There is no basis for the claim in the Debtor's books and records. |
| 76 | Tu, Rosa Wai Yin | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/30/2020 | | 20115 | - | | - | | - | | 1,548.00 | | - | | 1,548.00 | There is no basis for the claim in the Debtor's books and records. |
| 77 | TONG, WEN | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/4/2020 | | 9063 | - | | - | | - | | 1,584.00 | | - | | 1,584.00 | There is no basis for the claim in the Debtor's books and records. |
| 78 | Ubau, Gerardo | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/2/2020 | | 23993 | - | | - | | - | | 1,548.00 | | - | | 1,548.00 | There is no basis for the claim in the Debtor's books and records. |
| 79 | Von Minden, Nancy M | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 7/2/2020 | | 816 | - | | - | | - | | 1,967.94 | | - | | 1,967.94 | There is no basis for the claim in the Debtor's books and records. |
| 80 | Wattman, Deborah Ann | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/22/2020 | | 18208 | - | | - | | - | | 1,848.00 | | - | | 1,848.00 | There is no basis for the claim in the Debtor's books and records. |
| 81 | Whitehead, Chad | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/12/2020 | | 12985 | - | | - | | - | | 499.99 | | - | | 499.99 | There is no basis for the claim in the Debtor's books and records. |
| 82 | Wieg, Keith | 20-11560 (KBO) | 24 Hour Fitness United States, Inc. | 9/8/2020 | | 10875 | - | | - | | - | | 1,872.00 | | - | | 1,872.00 | There is no basis for the claim in the Debtor's books and records. |
| 83 | Willie, Barbara | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | | 24046 | - | | - | | - | | 1,874.70 | | - | | 1,874.70 | There is no basis for the claim in the Debtor's books and records. |
| 84 | Wurzer, Mollly K. | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | | 24265 | - | | - | | - | | 1,743.00 | | - | | 1,743.00 | There is no basis for the claim in the Debtor's books and records. |
| 85 | Xu, Ju | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 4/5/2021 | | 27511 | - | | - | | - | | 1,541.00 | | - | | 1,541.00 | There is no basis for the claim in the Debtor's books and records. |
| 86 | Zhang, Ge | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/1/2020 | | 6817 | - | | - | | - | | 2,600.00 | U | | | | 2,600.00 | There is no basis for the claim in the Debtor's books and records. |
| | | | | | | | $ 1,848.00 | | $ 152,068.04 | | $ 2,300.00 | | $ 132,765.31 | | $ 9,352.70 | | $ 298,334.05 | |

TOTAL NUMBER OF CLAIMS: 86
TOTAL CLAIM AMOUNT: 298,334.05