**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| RS FIT NW LLC,[1] | : | Case No. 20-11568 (KBO) |
|  | : |  |
| Reorganized Debtor. | : | **Re: Docket No. 487** |

**CERTIFICATION OF COUNSEL REGARDING
REORGANIZED COMPANY'S FORTY-FIRST (SUBSTANTIVE)
OMNIBUS OBJECTION TO CERTAIN NO LIABILITY CLAIMS**

The undersigned hereby certifies that:

1. On March 1, 2022, the reorganized debtor (the "Reorganized Debtor") and All Day Holdings LLC (together with the Reorganized Debtor, the "Reorganized Company"), in the above-captioned case, filed the *Reorganized Company's Forty-First (Substantive) Omnibus Objection to Certain No Liability Claims* (the "Objection") [Docket No. 487].

2. The deadline to respond to the Objection was March 15, 2022 at 4:00 p.m. Eastern Time.

3. Below is a chart of the informal and formal responses received by the Reorganized Company and the status of each response.

| **Claimant:** | **Status:** |
|---|---|
| Rudinskas, Peter [Docket No. 499] | Resolved. The Reorganized Company has removed his claim from Schedule 1. |
| Payton, Tamela [Docket No. 512] | Resolved. Claimant has agreed for her claim to remain on Schedule 1. |

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [Docket No. 7], the remaining Reorganized Debtors' chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

4. Attached hereto as **<u>Exhibit A</u>** is a proposed form of order (the "<u>Proposed Order</u>"), which attaches Schedule 1 to the Proposed Order. No changes have been made to the Proposed Order. Schedule 1 has been revised as indicated in the chart in paragraph 3 above.

5. Attached hereto as **<u>Exhibit B</u>** is a blackline showing changes to the Proposed Order from the version of the proposed order filed with the Objection.

6. Accordingly, the Reorganized Company requests entry of the revised Proposed Order at the Court's earliest convenience.

| | |
|---|---|
| Dated: March 23, 2022<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Ryan Preston Dahl (admitted *pro hac vice*)<br>Eric M. Sherman (admitted *pro hac vice*)<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br><br>*Attorneys for the Reorganized Company* |