## SCHEDULE 1

**No Liability Claims**

**Schedule 1 - Thirty Ninth Omnibus Objection**
RS FIT NW, LLC (Remaining Case) (f/k/a 24 Hour Fitness Worldwide, Inc., et al.)
Substantive No Liability Claims

| No. | Name of Claimant | Case Number | Debtor's Name | Date Claim Filed | Claim Number | Secured | Status | Admin | Status | 503(b)(9) | Status | Priority | Status | Unsecured | Status | Total | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Asserted Claim Amount | | | | | | | |
| 1 | Agishian, Marissa | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/2/2020 | 23848 | - | - | - | - | - | - | - | - | 2,000,000.00 | - | 2,000,000.00 | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 2 | Aguiar, Laura | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/16/2020 | 14626 | - | - | - | - | - | - | 1,541.00 | - | - | - | 1,541.00 | There is no basis for the claim in the Debtor's books and records. |
| 3 | Alridge, Marion Brandon | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/7/2020 | 9953 | - | - | - | - | - | - | 1,200.00 | U | - | - | 1,200.00 | There is no basis for the claim in the Debtor's books and records. |
| 4 | Amaral, Donald | 20-11560 (KBO) | 24 Hour Fitness United States, Inc. | 10/1/2020 | 22266 | - | - | - | - | - | - | - | - | - | C,U | - | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 5 | Amaral, Donald | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 21420 | - | - | - | - | - | - | - | - | - | C,U | - | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 6 | Amaral, Donald | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/2/2020 | 20811 | - | - | - | - | - | - | - | - | - | C,U | - | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 7 | ANDRANGO, GLADYS | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/23/2020 | 18541 | - | - | - | - | - | - | - | - | 500,000.00 | - | 500,000.00 | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 8 | Baskett, Lynn H. | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/28/2020 | 19591 | - | - | - | - | - | - | 1,228.60 | - | 1,238.40 | - | 2,566.80 | There is no basis for the claim in the Debtor's books and records. |
| 9 | Batievri, Nadra | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/13/2020 | 25632 | - | - | - | - | - | - | 1,424.00 | - | 4.00 | - | 1,428.00 | There is no basis for the claim in the Debtor's books and records. |
| 10 | Baum, Rosa | 20-11560 (KBO) | 24 Hour Fitness United States, Inc. | 9/21/2020 | 16816 | - | - | - | - | - | - | - | - | - | C,U | - | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 11 | Beardall, Jennifer | 20-11560 (KBO) | 24 Hour Fitness USA, Inc. | 8/26/2020 | 3551 | - | - | - | - | - | - | 1,500.00 | - | - | - | 1,500.00 | There is no basis for the claim in the Debtor's books and records. |
| 12 | Bernard, Sebastien | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 2/7/2021 | 27374 | - | - | - | - | - | - | 966.00 | - | - | - | 966.00 | There is no basis for the claim in the Debtor's books and records. |
| 13 | Berry, Mark | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/2/2020 | 24045 | - | - | - | - | - | - | - | - | - | C,U | - | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 14 | Bido, Soraya | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 7/16/2020 | 1774 | - | - | - | - | - | - | 1,500.00 | - | - | - | 1,500.00 | There is no basis for the claim in the Debtor's books and records. |
| 15 | Bishop, Dianne Marie | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 23382 | - | - | - | - | - | - | 1,440.00 | - | - | - | 1,440.00 | There is no basis for the claim in the Debtor's books and records. |
| 16 | Borchard, Nicole | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 20915 | - | - | - | - | - | - | 1,161.98 | - | - | - | 1,161.98 | There is no basis for the claim in the Debtor's books and records. |
| 17 | Brown, Barbara | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/4/2020 | 7640 | - | - | - | - | - | - | 1,290.00 | - | - | - | 1,290.00 | There is no basis for the claim in the Debtor's books and records. |
| 18 | Byrne, Jake | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 12/26/2020 | 27166 | - | - | - | - | - | - | - | - | - | C,U | - | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 19 | Cai, Wyi | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | 23092 | - | - | - | - | - | - | 1,005.00 | - | - | - | 1,005.00 | There is no basis for the claim in the Debtor's books and records. |
| 20 | CAMPOS, ESTEBAN | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/29/2020 | 21195 | - | - | - | - | - | - | 1,500.00 | - | - | - | 1,500.00 | There is no basis for the claim in the Debtor's books and records. |
| 21 | Carlson, Pat | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/9/2020 | 11466 | - | - | - | - | - | - | 1,260.00 | - | - | - | 1,260.00 | There is no basis for the claim in the Debtor's books and records. |
| 22 | Carraway, Kristine | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 8/4/2020 | 2660 | - | - | - | - | - | - | 1,618.76 | - | - | - | 1,618.76 | There is no basis for the claim in the Debtor's books and records. |
| 23 | Cheney, Elizabeth L. | 20-11560 (KBO) | 24 Hour Fitness United States, Inc. | 9/9/2020 | 10974 | - | - | - | - | - | - | 1,500.00 | - | - | - | 1,500.00 | There is no basis for the claim in the Debtor's books and records. |
| 24 | Choi, Helen | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 20142 | - | - | - | - | - | - | 1,541.00 | - | - | - | 1,541.00 | There is no basis for the claim in the Debtor's books and records. |
| 25 | CLANON, PAUL | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/30/2020 | 18818 | - | - | - | - | - | - | 1,650.00 | - | - | - | 1,650.00 | There is no basis for the claim in the Debtor's books and records. |
| 26 | Crandell, Linda | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/4/2020 | 8750 | - | - | - | - | - | - | 1,060.00 | - | - | - | 1,060.00 | There is no basis for the claim in the Debtor's books and records. |
| 27 | Crosen, Joaquez | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/5/2020 | 25018 | - | - | - | - | - | - | - | - | - | C,U | - | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 28 | Crosen, Joaquez | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/1/2020 | 19890 | - | - | - | - | - | - | - | - | - | C,U | - | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 29 | Cui, Dongmao | 20-11562 (KBO) | 24 Hour Fitness Holdings LLC | 11/9/2020 | 26290 | - | - | - | - | - | - | 1,380.00 | - | - | - | 1,380.00 | There is no basis for the claim in the Debtor's books and records. |
| 30 | Davidov, Erez | 20-11563 (KBO) | 24 San Francisco LLC | 9/6/2020 | 9480 | - | - | - | - | - | - | 1,380.00 | - | - | - | 1,380.00 | There is no basis for the claim in the Debtor's books and records. |
| 31 | Dodson, Steven Odell | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/8/2020 | 11076 | - | - | - | - | - | - | 1,400.00 | - | - | - | 1,400.00 | There is no basis for the claim in the Debtor's books and records. |
| 32 | Destin, Rhonda | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/6/2020 | 25042 | - | - | - | - | - | - | - | - | 450,000.00 | - | 450,000.00 | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 33 | Du, Odette | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 22126 | - | - | - | - | - | - | 996.00 | - | - | - | 996.00 | There is no basis for the claim in the Debtor's books and records. |
| 34 | Dunn, Louisa | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/5/2020 | 9675 | - | - | - | - | - | - | 960.00 | - | - | - | 960.00 | There is no basis for the claim in the Debtor's books and records. |
| 35 | Eisenheimer, Rebecca J | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/30/2020 | 20682 | - | - | - | - | - | - | 1,438.11 | - | - | - | 1,438.11 | There is no basis for the claim in the Debtor's books and records. |
| 36 | Farahani Akbarian for Paya Farahanchi | 20-11560 (KBO) | 24 Hour Fitness United States, Inc. | 9/24/2020 | 18450 | - | - | - | - | - | - | 1,400.00 | - | - | - | 1,400.00 | There is no basis for the claim in the Debtor's books and records. |
| 37 | Feinblatt-Grozhka, Susan | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/1/2020 | 21547 | - | - | - | - | - | - | - | - | 1,000,000.00 | - | 1,000,000.00 | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 38 | Fickett, Patricia | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/30/2020 | 22108 | - | - | - | - | - | - | 972.00 | - | - | - | 972.00 | There is no basis for the claim in the Debtor's books and records. |
| 39 | Floyd, Shayne | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 20689 | - | - | - | - | - | - | 1,300.00 | - | - | - | 1,300.00 | There is no basis for the claim in the Debtor's books and records. |
| 40 | FRANCO, NATALIA | 20-11564 (KBO) | 24 New York LLC | 10/1/2020 | 21447 | - | - | - | - | - | - | 1,425.00 | - | - | - | 1,425.00 | There is no basis for the claim in the Debtor's books and records. |
| 41 | Gasparian, Rita | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 21585 | - | - | - | - | - | - | - | - | 350,000.00 | U | 350,000.00 | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 42 | Gee, Alyca H | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 1/4/2021 | 27265 | - | - | - | - | - | - | - | - | - | C,U | - | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 43 | GERSHEYTYN, SERGE | 20-11562 (KBO) | 24 Hour Fitness Holdings LLC | 10/2/2020 | 23200 | - | - | - | - | - | - | - | - | 1,000,000.00 | - | 1,000,000.00 | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 44 | Glaros, Greta | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/11/2020 | 12737 | - | - | - | - | - | - | 1,541.00 | - | - | - | 1,541.00 | There is no basis for the claim in the Debtor's books and records. |
| 45 | Golden, Richard N. | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/21/2020 | 16987 | - | - | - | - | - | - | - | - | 500,000.00 | - | 500,000.00 | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 46 | Goldsmith, Charles J. | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/29/2020 | 21444 | - | - | - | - | - | - | 1,315.80 | - | - | - | 1,315.80 | There is no basis for the claim in the Debtor's books and records. |
| 47 | Goldsmith, Marian R. | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/28/2020 | 19788 | - | - | - | - | - | - | 1,393.00 | - | - | - | 1,393.00 | There is no basis for the claim in the Debtor's books and records. |
| 48 | Gomez, John Harris | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/2/2020 | 24191 | - | - | - | - | - | - | - | - | 10,000,000.00 | - | 10,000,000.00 | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 49 | Gorsalía, Keval Bhavesh | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/16/2020 | 14672 | - | - | - | - | - | - | 984.06 | - | - | - | 984.06 | There is no basis for the claim in the Debtor's books and records. |
| 50 | Gordon, Laura | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/21/2020 | 16621 | - | - | - | - | - | - | 1,049.23 | - | - | - | 1,049.23 | There is no basis for the claim in the Debtor's books and records. |
| 51 | Hale, Sharon J | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 8/12/2020 | 3068 | - | - | - | - | - | - | 1,440.00 | - | - | - | 1,440.00 | There is no basis for the claim in the Debtor's books and records. |
| 52 | Hellman, Stephen N. | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/2/2020 | 20561 | - | - | - | - | - | - | 1,455.00 | - | - | - | 1,455.00 | There is no basis for the claim in the Debtor's books and records. |
| 53 | Horenstian, Erin M | 20-11560 (KBO) | 24 Hour Fitness United States, Inc. | 7/13/2020 | 1454 | - | - | - | - | - | - | 1,437.26 | - | - | - | 1,437.26 | There is no basis for the claim in the Debtor's books and records. |
| 54 | Joslin, Andra | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/29/2020 | 21856 | - | - | - | - | - | - | - | - | - | C,U | - | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 55 | Khan, Parvez A | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/10/2020 | 11864 | - | - | - | - | - | - | 1,443.00 | - | - | - | 1,443.00 | There is no basis for the claim in the Debtor's books and records. |
| 56 | Kieffer, Sheryl | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/21/2020 | 17059 | - | - | - | - | - | - | - | - | 1,000,000.00 | - | 1,000,000.00 | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 57 | Kieffer, Stephen | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/21/2020 | 17060 | - | - | - | - | - | - | - | - | 1,000,000.00 | - | 1,000,000.00 | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 58 | Kooiman, Annemarie A. | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/25/2020 | 19028 | - | - | - | - | - | - | - | - | - | C,U | - | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 59 | Lornell, Ricky | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 7/28/2020 | 2769 | - | - | - | - | - | - | 1,260.00 | - | - | - | 1,260.00 | There is no basis for the claim in the Debtor's books and records. |
| 60 | Maggio, Jeremy | 20-11560 (KBO) | 24 Hour Fitness United States, Inc. | 7/26/2020 | 1535 | - | - | - | - | - | - | 1,440.00 | - | - | - | 1,440.00 | There is no basis for the claim in the Debtor's books and records. |
| 61 | Malwane, Troy | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/1/2020 | 19584 | - | - | - | - | - | - | - | - | 250,000.00 | - | 250,000.00 | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 62 | Mandel, Dennis | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/23/2020 | 19342 | - | - | - | - | - | - | 984.00 | - | - | - | 984.00 | There is no basis for the claim in the Debtor's books and records. |
| 63 | Marcon, Margaret | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/4/2020 | 9169 | - | - | - | - | - | - | 1,273.00 | - | - | - | 1,273.00 | There is no basis for the claim in the Debtor's books and records. |
| 64 | Markopoulos, Andrea | 20-11560 (KBO) | 24 Hour Fitness United States, Inc. | 9/19/2020 | 15419 | - | - | - | - | - | - | 1,439.90 | - | - | - | 1,439.90 | There is no basis for the claim in the Debtor's books and records. |
| 65 | Marshall, Deborah D. | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/19/2020 | 15663 | - | - | - | - | - | - | 1,462.84 | - | - | - | 1,462.84 | There is no basis for the claim in the Debtor's books and records. |

**Schedule 1 - Thirty Ninth Omnibus Objection**
RS FIT NW, LLC (Remaining Case) (f/k/a 24 Hour Fitness Worldwide, Inc., et al.)
Substantive No Liability Claims

| No. | Name of Claimant | Case Number | Debtor's Name | Date Claim Filed | Claim Number | Secured | Status | Admin | Status | 503(b)(9) | Status | Priority | Status | Unsecured | Status | Total | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | Martinez, Ann | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/16/2020 | 25631 | - | | - | | - | | - | | 1,500,000.00 | | 1,500,000.00 | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 67 | Mitchell, Dorothy | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/22/2020 | 18178 | - | | - | | - | | - | | - | C,U | - | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 68 | Nikolay, Zinoniev | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 8/28/2020 | 3815 | - | | - | | - | | - | | 1,407.00 | | 1,407.00 | There is no basis for the claim in the Debtor's books and records. |
| 69 | Noah, Ruth A. | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | 24534 | - | | - | | - | | - | | 1,275.00 | | 1,275.00 | There is no basis for the claim in the Debtor's books and records. |
| 70 | O'Brien, Timothy | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 7/14/2020 | 1644 | - | | - | | - | | - | | 1,440.00 | | 1,440.00 | There is no basis for the claim in the Debtor's books and records. |
| 71 | Ontiveros, Irene A. | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 11/20/2020 | 26598 | - | | - | | - | | - | | 1,340.00 | | 1,340.00 | There is no basis for the claim in the Debtor's books and records. |
| 72 | Parents of D.W. a minor | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/29/2020 | 18935 | - | | - | | - | | - | | 75,000.00 | U | 75,000.00 | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 73 | Pascual Urbano, Luis A. | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/13/2020 | 1719 | - | | - | | - | | - | | 1,868.00 | | 1,868.00 | There is no basis for the claim in the Debtor's books and records. |
| 74 | Pigott, Barbara | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/9/2020 | 11669 | - | | - | | - | | - | | 1,360.00 | | 1,360.00 | There is no basis for the claim in the Debtor's books and records. |
| 75 | Pineda, Andrea E. | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 8/27/2020 | 3967 | - | | - | | - | | - | | 1,053.65 | | 1,053.65 | There is no basis for the claim in the Debtor's books and records. |
| 76 | Prystupa, Jeffrey | 20-11565 (KBO) | 24 Denver LLC | 10/5/2020 | 24981 | - | | - | | - | | - | | 5,000,000.00 | | 5,000,000.00 | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 77 | Paschall, Jeffrey | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/20/2020 | 25751 | - | | - | | - | | - | | 1,404.00 | | 1,404.00 | There is no basis for the claim in the Debtor's books and records. |
| 78 | Raj, Christina | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 19836 | - | | - | | - | | - | | - | C,U | - | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 79 | Ramos, Miranda | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/1/2020 | 21829 | - | | - | | - | | - | | - | C,U | - | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 80 | Ramos, Miranda | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 21822 | - | | - | | - | | - | | - | C,U | - | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 81 | Reed, Cynthia | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 21155 | - | | - | | - | | - | | 1,500.00 | | 1,500.00 | There is no basis for the claim in the Debtor's books and records. |
| 82 | Roberts, Bill | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 21523 | - | | - | | - | | - | | 1,000.00 | | 1,000.00 | There is no basis for the claim in the Debtor's books and records. |
| 83 | Samim, Lilo | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/29/2020 | 21763 | - | | - | | - | | - | | 1,440.00 | | 1,440.00 | There is no basis for the claim in the Debtor's books and records. |
| 84 | Satalino, Rachael | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/1/2020 | 21968 | - | | - | | - | | - | | 1,440.00 | | 1,440.00 | There is no basis for the claim in the Debtor's books and records. |
| 85 | Serra, Elisa | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | 24448 | - | | - | | - | | - | | - | C,U | - | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 86 | Smith, Alison | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/30/2020 | 20105 | - | | - | | - | | - | | 1,318.01 | | 1,318.01 | There is no basis for the claim in the Debtor's books and records. |
| 87 | Smith, Alycia  Renee | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 20067 | - | | - | | - | | - | | 959.98 | | 959.98 | There is no basis for the claim in the Debtor's books and records. |
| 88 | Sobri, Kiana | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 7/17/2020 | 1800 | - | | - | | - | | - | | 980.00 | | 980.00 | There is no basis for the claim in the Debtor's books and records. |
| 89 | Summerlin, Roger | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/14/2020 | 1514 | - | | - | | - | | - | | 1,440.00 | | 1,440.00 | There is no basis for the claim in the Debtor's books and records. |
| 90 | Thakkar, Bhakti | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/28/2020 | 2134 | - | | - | | - | | - | | 1,286.00 | | 1,286.00 | There is no basis for the claim in the Debtor's books and records. |
| 91 | Tieckmann, Joseph S. | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/29/2020 | 21509 | - | | - | | - | | - | | 1,332.00 | | 1,332.00 | There is no basis for the claim in the Debtor's books and records. |
| 92 | Vijak, Esther | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 12/10/2020 | 27005 | - | | - | | - | | - | | 1,290.00 | | 1,290.00 | There is no basis for the claim in the Debtor's books and records. |
| 93 | Villalobos, Araceli | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/4/2020 | 8430 | - | | - | | - | | - | | 1,380.00 | | 1,380.00 | There is no basis for the claim in the Debtor's books and records. |
| 94 | Vilsoet, Richard | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | 23456 | - | | - | | - | | - | | 1,019.90 | | 1,019.90 | There is no basis for the claim in the Debtor's books and records. |
| 95 | Vollmer, Dan J. | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/30/2020 | 20918 | - | | - | | - | | - | | 1,216.00 | | 1,216.00 | There is no basis for the claim in the Debtor's books and records. |
| 96 | Wilkerson-Bell, Shilan | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 3/15/2021 | 27472 | - | | - | | - | | - | | - | C,U | - | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 97 | Williams, Andre | 20-11562 (KBO) | 24 Hour Fitness Holdings LLC | 10/2/2020 | 23067 | - | | - | | - | | - | | 400,000.00 | U | 400,000.00 | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 98 | Williams, Andre | 20-11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/9/2020 | 11511 | - | | - | | - | | - | | 400,000.00 | U | 400,000.00 | Claimant has not obtained a judgment on the claim and has not moved to liquidate the claim. |
| 99 | Wu, Michelle | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 6/26/2020 | 7 | - | | - | | - | | - | | 1,492.00 | | 1,492.00 | There is no basis for the claim in the Debtor's books and records. |
| 100 | Young, Marilyn | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/6/2020 | 25084 | - | | - | | - | | - | | 1,494.00 | | 1,494.00 | There is no basis for the claim in the Debtor's books and records. |
| 101 | Zachy, Shawn | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/30/2020 | 20214 | - | | - | | - | | - | | 1,290.00 | | 1,290.00 | There is no basis for the claim in the Debtor's books and records. |
| 102 | Zeller, Matthew | 20-11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 20856 | - | | - | | - | | - | | 1,500.00 | | 1,500.00 | There is no basis for the claim in the Debtor's books and records. |

**TOTAL NUMBER OF CLAIMS:** 102
**TOTAL CLAIM AMOUNT:** 25,517,441.22 | $ - | $ - | $ - | $ 91,198.92 | $ 25,426,242.40 | $ 25,517,441.22