## SCHEDULE 1

**No Liability Claims**

**Schedule 1 - Fortieth Omnibus Objection**
RS FIT NW, LLC (Remaining Case) (f/k/a 24 Hour Fitness Worldwide, Inc., et al.)
Substantive No Liability Claims

| No. | Name of Claimant | Case Number | Debtor's Name | Date Claim Filed | Claim Number | Secured | Status | Admin | Status | 503(b)(9) | Status | Priority | Status | Unsecured | Status | Total | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Aker, Eric | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/2/2020 | 22440 | - | - | - | - | - | - | 150.00 | - | - | - | 150.00 | There is no basis for the claim in the Debtor's books and records. |
| 2 | Alony, Arieh | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/1/2020 | 21361 | - | - | - | - | - | - | 955.00 | - | - | - | 955.00 | There is no basis for the claim in the Debtor's books and records. |
| 3 | Anderson, Colene | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 8/27/2020 | 3646 | - | - | - | - | - | - | 324.00 | - | - | - | 324.00 | There is no basis for the claim in the Debtor's books and records. |
| 4 | Baltz, Robert | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/1/2020 | 21400 | - | - | - | - | - | - | 946.00 | - | - | - | 946.00 | There is no basis for the claim in the Debtor's books and records. |
| 5 | Bashant, June | 20–11563 (KBO) | 24 San Francisco LLC | 9/16/2020 | 14817 | - | - | - | - | - | - | 349.99 | - | - | - | 349.99 | There is no basis for the claim in the Debtor's books and records. |
| 6 | Battaglino, Lisa | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 8/7/2020 | 3026 | - | - | - | - | - | - | 924.00 | - | - | - | 924.00 | There is no basis for the claim in the Debtor's books and records. |
| 7 | Bellasalma, Chrisinta | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/4/2020 | 8863 | - | - | - | - | - | - | 937.84 | - | - | - | 937.84 | There is no basis for the claim in the Debtor's books and records. |
| 8 | Bhattacharya, Joy | 20–11560 (KBO) | 24 Hour Fitness United States, Inc. | 10/1/2020 | 21536 | - | - | - | - | - | - | 100.00 | - | - | - | 100.00 | There is no basis for the claim in the Debtor's books and records. |
| 9 | Blackmer, Keith | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/16/2020 | 13269 | - | - | - | - | - | - | 375.00 | - | - | - | 375.00 | There is no basis for the claim in the Debtor's books and records. |
| 10 | Blanca, Mercedes | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 6/29/2020 | 25 | - | - | - | - | - | - | 399.37 | - | - | - | 399.37 | There is no basis for the claim in the Debtor's books and records. |
| 11 | Botros, Naima | 20–11559 (KBO) | 24 Hour Holdings II LLC | 8/27/2020 | 3500 | - | - | - | - | - | - | 400.00 | - | - | - | 400.00 | There is no basis for the claim in the Debtor's books and records. |
| 12 | Boyd, Bruce | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/28/2020 | 18217 | - | - | - | - | - | - | 420.00 | - | - | - | 420.00 | There is no basis for the claim in the Debtor's books and records. |
| 13 | Bracco, Richard | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/3/2020 | 8278 | - | - | - | - | - | - | 350.00 | - | - | - | 350.00 | There is no basis for the claim in the Debtor's books and records. |
| 14 | Bral, Alan | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | 23322 | - | - | - | - | - | - | 401.00 | - | - | - | 401.00 | There is no basis for the claim in the Debtor's books and records. |
| 15 | Brock, Matthew | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/25/2020 | 17994 | - | - | - | - | - | - | 405.00 | - | 44.99 | - | 449.99 | There is no basis for the claim in the Debtor's books and records. |
| 16 | Brown, Annastasia | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/23/2020 | 17444 | - | - | - | - | - | - | 187.96 | - | - | - | 187.96 | There is no basis for the claim in the Debtor's books and records. |
| 17 | Bulpin, Richard W | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 21278 | - | - | - | - | - | - | 274.96 | - | 99.98 | - | 374.94 | There is no basis for the claim in the Debtor's books and records. |
| 18 | Burns, Debra | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 22173 | - | - | - | - | - | - | 656.00 | U | - | - | 656.00 | There is no basis for the claim in the Debtor's books and records. |
| 19 | Caille, Janet | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 6/30/2020 | 165 | - | - | - | - | - | - | 382.50 | - | - | - | 382.50 | There is no basis for the claim in the Debtor's books and records. |
| 20 | Capel, Nancy M. | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/11/2020 | 12909 | - | - | - | - | - | - | 936.00 | - | - | - | 936.00 | There is no basis for the claim in the Debtor's books and records. |
| 21 | Carnie, Darin | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/14/2020 | 13276 | - | - | - | - | - | - | 261.77 | - | - | - | 261.77 | There is no basis for the claim in the Debtor's books and records. |
| 22 | Carrillo, Susana | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/23/2020 | 17707 | - | - | - | - | - | - | 300.00 | - | - | - | 300.00 | There is no basis for the claim in the Debtor's books and records. |
| 23 | Carrington, Gloria | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 22023 | - | - | - | - | - | - | 938.00 | - | - | - | 938.00 | There is no basis for the claim in the Debtor's books and records. |
| 24 | Cirera, Alexandre | 20–11558 (KBO) | 24 Hour Fitness United States, Inc. | 8/5/2020 | 2853 | - | - | - | - | - | - | 249.96 | - | - | - | 249.96 | There is no basis for the claim in the Debtor's books and records. |
| 25 | Clark, Collin | 20–11560 (KBO) | 24 Hour Fitness United States, Inc. | 10/20/2020 | 25726 | - | - | - | - | - | - | 83.98 | - | - | - | 83.98 | There is no basis for the claim in the Debtor's books and records. |
| 26 | Clinkscales, Paul | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/2/2020 | 23007 | - | - | - | - | - | - | 923.91 | - | - | - | 923.91 | There is no basis for the claim in the Debtor's books and records. |
| 27 | Cooper, Ira | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/16/2020 | 13891 | - | - | - | - | - | - | 249.99 | - | - | - | 249.99 | There is no basis for the claim in the Debtor's books and records. |
| 28 | Cooper, Robert | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/23/2020 | 16747 | - | - | - | - | - | - | 299.99 | - | - | - | 299.99 | There is no basis for the claim in the Debtor's books and records. |
| 29 | Costas, Becky | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | 23501 | - | U | - | - | - | - | 900.00 | - | - | - | 900.00 | There is no basis for the claim in the Debtor's books and records. |
| 30 | Coultas, Marjorie D. | 20–11560 (KBO) | 24 Hour Fitness United States, Inc. | 9/16/2020 | 14600 | - | - | - | - | - | - | 936.00 | - | - | - | 936.00 | There is no basis for the claim in the Debtor's books and records. |
| 31 | Cui, Jingyuan | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 8/28/2020 | 4158 | - | - | - | - | - | - | 415.67 | - | - | - | 415.67 | There is no basis for the claim in the Debtor's books and records. |
| 32 | Dreifuss, Raymond Henry | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/3/2020 | 7739 | - | - | - | - | - | - | 250.00 | - | - | - | 250.00 | There is no basis for the claim in the Debtor's books and records. |
| 33 | DuBose-Roberts, Gwendolyn | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | 23937 | - | - | - | - | - | - | 360.00 | - | - | - | 360.00 | There is no basis for the claim in the Debtor's books and records. |
| 34 | E. M. | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 22239 | - | - | - | - | - | - | 324.74 | - | - | - | 324.74 | There is no basis for the claim in the Debtor's books and records. |
| 35 | EBERWEIN, DAVID | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/7/2020 | 10154 | - | - | - | - | - | - | 413.00 | - | - | - | 413.00 | There is no basis for the claim in the Debtor's books and records. |
| 36 | Eddings, D Rachealle | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/30/2020 | 20478 | - | - | - | - | - | - | 928.00 | - | - | - | 928.00 | There is no basis for the claim in the Debtor's books and records. |
| 37 | Edler, Jana | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/3/2020 | 7994 | - | - | - | - | - | - | 347.89 | - | - | - | 347.89 | There is no basis for the claim in the Debtor's books and records. |
| 38 | Effenbeck, Sara | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/5/2020 | 8854 | - | - | - | - | - | - | 400.00 | - | - | - | 400.00 | There is no basis for the claim in the Debtor's books and records. |
| 39 | Entezari, Zahra | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/25/2020 | 18024 | - | - | - | - | - | - | 200.00 | - | - | - | 200.00 | There is no basis for the claim in the Debtor's books and records. |
| 40 | Ercolini, Beth M. | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 20638 | - | - | - | - | - | - | 400.00 | - | - | - | 400.00 | There is no basis for the claim in the Debtor's books and records. |
| 41 | Faccone, Erica | 20–11560 (KBO) | 24 Hour Fitness United States, Inc. | 10/20/2020 | 25790 | - | - | - | - | - | - | 83.98 | - | - | - | 83.98 | There is no basis for the claim in the Debtor's books and records. |
| 42 | Ferraez, Francisco | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/4/2020 | 8676 | - | - | - | - | - | - | 310.00 | - | - | - | 310.00 | There is no basis for the claim in the Debtor's books and records. |
| 43 | Ferriolo, Joseph | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/16/2020 | 14785 | - | - | - | - | - | - | 900.00 | - | - | - | 900.00 | There is no basis for the claim in the Debtor's books and records. |
| 44 | Fiedler, James N | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/13/2020 | 12765 | - | - | - | - | - | - | 198.00 | - | - | - | 198.00 | There is no basis for the claim in the Debtor's books and records. |
| 45 | Finke, Lauralee | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/8/2020 | 10347 | - | - | - | - | - | - | 228.00 | - | - | - | 228.00 | There is no basis for the claim in the Debtor's books and records. |
| 46 | Fisher, Belinda L. | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/16/2020 | 14575 | - | - | - | - | - | - | 82.00 | - | 4,918.00 | - | 5,000.00 | There is no basis for the claim in the Debtor's books and records. |
| 47 | Fisher, LaMar S | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/16/2020 | 14589 | - | - | - | - | - | - | 401.00 | - | 4,599.00 | - | 5,000.00 | There is no basis for the claim in the Debtor's books and records. |
| 48 | Fleming, Thomas V. | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | 22475 | - | - | - | - | - | - | 941.99 | - | - | - | 941.99 | There is no basis for the claim in the Debtor's books and records. |
| 49 | Fleming, Brittany | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/28/2020 | 19511 | - | - | - | - | - | - | 252.00 | - | 252.00 | - | 504.00 | There is no basis for the claim in the Debtor's books and records. |
| 50 | Foster, Tyler C | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/2/2020 | 22969 | - | - | - | - | - | - | 161.45 | - | - | - | 161.45 | There is no basis for the claim in the Debtor's books and records. |
| 51 | Franko, Anna | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 8/31/2020 | 5082 | - | - | - | - | - | - | 296.00 | - | - | - | 296.00 | There is no basis for the claim in the Debtor's books and records. |
| 52 | Friedberg, Jerry | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 7/4/2020 | 563 | - | - | - | - | - | - | 180.00 | - | - | - | 180.00 | There is no basis for the claim in the Debtor's books and records. |
| 53 | Furutani, Terrance | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/26/2020 | 25962 | - | - | - | - | - | U | 369.52 | - | - | - | 369.52 | There is no basis for the claim in the Debtor's books and records. |
| 54 | Gillaspie, Shawn | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/23/2020 | 17521 | - | - | - | - | - | - | 129.97 | - | - | - | 129.97 | There is no basis for the claim in the Debtor's books and records. |
| 55 | Gin, Peggy | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/9/2020 | 11065 | - | - | - | - | - | - | 946.00 | - | - | - | 946.00 | There is no basis for the claim in the Debtor's books and records. |
| 56 | Gleckman, Melody | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/9/2020 | 12255 | - | - | - | - | - | - | 200.00 | - | - | - | 200.00 | There is no basis for the claim in the Debtor's books and records. |
| 57 | Gomez, Jorge | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/9/2020 | 11560 | - | - | - | - | - | - | 350.00 | - | - | - | 350.00 | There is no basis for the claim in the Debtor's books and records. |
| 58 | Grefrath, Lisa H | 20–11565 (KBO) | 24 Denver LLC | 3/10/2021 | 27466 | - | - | - | - | - | - | 430.00 | - | - | - | 430.00 | There is no basis for the claim in the Debtor's books and records. |
| 59 | Grimm, Brittany | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/22/2020 | 2104 | - | - | - | - | - | - | 412.50 | - | - | - | 412.50 | There is no basis for the claim in the Debtor's books and records. |
| 60 | GUZMAN, SERJIO C. | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/4/2020 | 7822 | - | - | - | - | - | - | 352.00 | - | - | - | 352.00 | There is no basis for the claim in the Debtor's books and records. |
| 61 | Hallman, Daniel | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/22/2020 | 17344 | - | - | - | - | - | - | 215.00 | - | - | - | 215.00 | There is no basis for the claim in the Debtor's books and records. |
| 62 | Haniff, Ancel | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/18/2020 | 15856 | - | - | - | - | - | - | 369.70 | - | - | - | 369.70 | There is no basis for the claim in the Debtor's books and records. |
| 63 | Haro, Sylvia | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 11/19/2020 | 26731 | - | - | - | - | - | - | 895.65 | - | - | - | 895.65 | There is no basis for the claim in the Debtor's books and records. |
| 64 | Hernandez, Erika A | 20–11560 (KBO) | 24 Hour Fitness United States, Inc. | 9/29/2020 | 21541 | - | - | - | - | - | - | 125.00 | - | - | - | 125.00 | There is no basis for the claim in the Debtor's books and records. |
| 65 | Hoag, Dana L | 20–11558 (KBO) | 24 Hour Fitness United States, Inc. | 6/29/2020 | 735 | - | - | - | - | - | - | 913.00 | - | - | - | 913.00 | There is no basis for the claim in the Debtor's books and records. |
| 66 | Holder, Travius | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/15/2020 | 14334 | - | - | - | - | - | - | 636.73 | U | - | - | 636.73 | There is no basis for the claim in the Debtor's books and records. |
| 67 | Hsu-Lee, Ami | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/1/2020 | 6795 | - | - | - | - | - | - | 98.54 | - | - | - | 98.54 | There is no basis for the claim in the Debtor's books and records. |
| 68 | Hunt, Barbara Ann | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/17/2020 | 1958 | - | - | - | - | - | - | 282.00 | - | - | - | 282.00 | There is no basis for the claim in the Debtor's books and records. |
| 69 | Hurtado, Marco | 20–11560 (KBO) | 24 Hour Fitness United States, Inc. | 7/17/2020 | 1523 | - | - | - | - | - | - | 350.00 | - | - | - | 350.00 | There is no basis for the claim in the Debtor's books and records. |
| 70 | Hwang, Sun | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | 22684 | - | - | - | - | - | - | 415.68 | - | - | - | 415.68 | There is no basis for the claim in the Debtor's books and records. |
| 71 | Jackson, Michael J. | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 7/7/2020 | 1072 | - | - | - | - | - | - | 941.40 | - | - | - | 941.40 | There is no basis for the claim in the Debtor's books and records. |
| 72 | Jacobs, Jeffrey E. | 20–11563 (KBO) | 24 San Francisco LLC | 9/28/2020 | 17173 | - | - | - | - | - | - | 301.83 | - | - | - | 301.83 | There is no basis for the claim in the Debtor's books and records. |
| 73 | Jargalsaikhan, Surdaa | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 20670 | - | - | - | - | - | - | 912.00 | - | 1,000.50 | - | 1,912.50 | There is no basis for the claim in the Debtor's books and records. |
| 74 | Ji, Zhiwen | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/6/2020 | 9377 | - | - | - | - | - | - | 400.00 | - | - | - | 400.00 | There is no basis for the claim in the Debtor's books and records. |
| 75 | Johnson, Jeffrey Wade | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/30/2020 | 22154 | - | - | - | - | - | - | 190.25 | - | - | - | 190.25 | There is no basis for the claim in the Debtor's books and records. |
| 76 | Jones-Harry, Marsha | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/9/2020 | 10891 | - | - | - | - | - | - | 282.51 | - | - | - | 282.51 | There is no basis for the claim in the Debtor's books and records. |
| 77 | Juarez, Valerie M | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | 22680 | - | - | - | - | - | - | 910.00 | - | 910.00 | - | 1,820.00 | There is no basis for the claim in the Debtor's books and records. |
| 78 | Karen Ratcliff (member #5M21335) | 20–11562 (KBO) | 24 Hour Fitness Holdings LLC | 4/15/2021 | 27543 | - | - | - | - | - | - | 938.50 | - | - | - | 938.50 | There is no basis for the claim in the Debtor's books and records. |
| 79 | Kennedy, Michael | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 8/13/2020 | 2731 | - | - | - | - | - | - | 912.00 | - | - | - | 912.00 | There is no basis for the claim in the Debtor's books and records. |
| 80 | Knowles, Anne Mary | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/28/2020 | 19700 | - | - | - | - | - | - | 249.99 | - | - | - | 249.99 | There is no basis for the claim in the Debtor's books and records. |
| 81 | Knue, Michael N. | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/13/2020 | 12742 | - | - | - | - | - | - | 375.00 | - | - | - | 375.00 | There is no basis for the claim in the Debtor's books and records. |
| 82 | KRUMMEL, WILLIAM ALAN | 20–11560 (KBO) | 24 Hour Fitness United States, Inc. | 9/25/2020 | 16936 | - | - | - | - | - | - | 399.98 | - | - | - | 399.98 | There is no basis for the claim in the Debtor's books and records. |
| 83 | Krupski, Ann | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/2/2020 | 485 | - | - | - | - | - | - | 1,848.00 | - | - | - | 1,848.00 | There is no basis for the claim in the Debtor's books and records. |
| 84 | Kubick, Theodore R. | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/17/2020 | 15471 | - | - | - | - | - | - | 199.99 | - | - | - | 199.99 | There is no basis for the claim in the Debtor's books and records. |

**Schedule 1 - Fortieth Omnibus Objection**
RS FIT NW, LLC (Remaining Case) (f/k/a 24 Hour Fitness Worldwide, Inc., et al.)
Substantive No Liability Claims

| No. | Name of Claimant | Case Number | Debtor's Name | Date Claim Filed | Claim Number | Secured | Status | Admin | Status | 503(b)(9) | Status | Priority | Status | Unsecured | Status | Total | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | Laman, William J. | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/3/2020 | 7624 | - | - | - | - | - | - | 99.00 | - | - | - | 99.00 | There is no basis for the claim in the Debtor's books and records. |
| 86 | Lee, Young H | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/1/2020 | 6532 | - | - | - | - | - | - | 225.00 | - | - | - | 225.00 | There is no basis for the claim in the Debtor's books and records. |
| 87 | Leigh, Denise | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/25/2020 | 18696 | - | - | - | - | - | - | 945.25 | - | - | - | 945.25 | There is no basis for the claim in the Debtor's books and records. |
| 88 | Linson, Felicia | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 21778 | - | - | - | - | - | - | 901.14 | - | - | - | 901.14 | There is no basis for the claim in the Debtor's books and records. |
| 89 | Lothan, Patricia A. | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | 22801 | - | - | - | - | - | - | 219.00 | - | - | - | 219.00 | There is no basis for the claim in the Debtor's books and records. |
| 90 | Majekodunmi, Wale | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/13/2020 | 13364 | - | - | - | - | - | - | 912.00 | - | - | - | 912.00 | There is no basis for the claim in the Debtor's books and records. |
| 91 | MAJZLIN, JEROME | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/30/2020 | 20444 | - | - | - | - | - | - | 159.43 | - | - | - | 159.43 | There is no basis for the claim in the Debtor's books and records. |
| 92 | Majzlin, Jill | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/30/2020 | 20437 | - | - | - | - | - | - | 150.41 | - | - | - | 150.41 | There is no basis for the claim in the Debtor's books and records. |
| 93 | MCallaghan, Timothy | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/8/2020 | 996 | - | - | - | - | - | - | 225.00 | - | - | - | 225.00 | There is no basis for the claim in the Debtor's books and records. |
| 94 | McCrory, Alec | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/17/2020 | 15041 | - | - | - | - | - | - | 324.74 | - | - | - | 324.74 | There is no basis for the claim in the Debtor's books and records. |
| 95 | McMurray, James | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 8/27/2020 | 4116 | - | - | - | - | - | - | 187.47 | - | - | - | 187.47 | There is no basis for the claim in the Debtor's books and records. |
| 96 | Miles, Jessica | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/1/2020 | 286 | - | - | - | - | - | - | 390.00 | - | - | - | 390.00 | There is no basis for the claim in the Debtor's books and records. |
| 97 | Miles, Sharon R. | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 8/17/2020 | 2598 | - | - | - | - | - | - | 912.00 | - | - | - | 912.00 | There is no basis for the claim in the Debtor's books and records. |
| 98 | Miller, Denise | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/2/2020 | 23270 | - | - | - | - | - | - | 415.00 | - | - | - | 415.00 | There is no basis for the claim in the Debtor's books and records. |
| 99 | Miller, Jennifer Kpana | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/3/2020 | 7261 | - | - | - | - | - | - | 318.93 | - | - | - | 318.93 | There is no basis for the claim in the Debtor's books and records. |
| 100 | Minter, Donovan | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/14/2020 | 13053 | - | - | - | - | - | - | 160.00 | - | - | - | 160.00 | There is no basis for the claim in the Debtor's books and records. |
| 101 | Neiman, Melissa | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 7/7/2020 | 823 | - | - | - | - | - | - | 99.98 | - | - | - | 99.98 | There is no basis for the claim in the Debtor's books and records. |
| 102 | Newbury, Chantelle-Marie | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/23/2020 | 17473 | - | - | - | - | - | - | 249.96 | - | - | - | 249.96 | There is no basis for the claim in the Debtor's books and records. |
| 103 | Newman, Carol R | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 11/17/2020 | 26523 | - | - | - | - | - | - | 399.98 | - | - | - | 399.98 | There is no basis for the claim in the Debtor's books and records. |
| 104 | O'Donnell, Christopher J. | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/18/2020 | 16243 | - | - | - | - | - | - | 200.00 | - | - | - | 200.00 | There is no basis for the claim in the Debtor's books and records. |
| 105 | Ofsink, Karen | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/30/2020 | 19926 | - | - | - | - | - | - | 360.00 | - | - | - | 360.00 | There is no basis for the claim in the Debtor's books and records. |
| 106 | Ogata, AnnaLyn | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/8/2020 | 10894 | - | - | - | - | - | - | 400.00 | - | - | - | 400.00 | There is no basis for the claim in the Debtor's books and records. |
| 107 | Oppong-Addae, Sharonda | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/30/2020 | 20406 | - | - | - | - | - | - | 361.16 | - | - | - | 361.16 | There is no basis for the claim in the Debtor's books and records. |
| 108 | Osborne, June | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/22/2020 | 16584 | - | - | - | - | - | - | - | - | 249.00 | U | 249.00 | There is no basis for the claim in the Debtor's books and records. |
| 109 | Padawer, Craig | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/3/2020 | 6529 | - | - | - | - | - | - | 400.00 | - | - | - | 400.00 | There is no basis for the claim in the Debtor's books and records. |
| 110 | Padock, Cynthia | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/30/2020 | 20160 | - | - | - | - | - | - | 128.97 | - | - | - | 128.97 | There is no basis for the claim in the Debtor's books and records. |
| 111 | Parikh, Maniari | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/14/2020 | 1675 | - | - | - | - | - | - | 249.99 | - | - | - | 249.99 | There is no basis for the claim in the Debtor's books and records. |
| 112 | Parks, Maria Teresa | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/8/2020 | 24861 | - | - | - | - | - | - | 300.00 | - | - | - | 300.00 | There is no basis for the claim in the Debtor's books and records. |
| 113 | Patnana, Sri | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/15/2020 | 25584 | - | - | - | - | - | - | 249.96 | - | - | - | 249.96 | There is no basis for the claim in the Debtor's books and records. |
| 114 | Perez, James Rodriguez | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/25/2020 | 19206 | - | - | - | - | - | - | 162.00 | - | 2.00 | - | 164.00 | There is no basis for the claim in the Debtor's books and records. |
| 115 | PHILLIPS, JOHN MILTON | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 7/20/2020 | 2028 | - | - | - | - | - | - | 200.00 | - | - | - | 200.00 | There is no basis for the claim in the Debtor's books and records. |
| 116 | Poore, Christine | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/17/2020 | 1838 | - | - | - | - | - | - | 294.00 | - | - | - | 294.00 | There is no basis for the claim in the Debtor's books and records. |
| 117 | Quillinan, James V | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/9/2020 | 12167 | - | - | - | - | - | - | 75.00 | - | - | - | 75.00 | There is no basis for the claim in the Debtor's books and records. |
| 118 | Reseck Jr., John | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/1/2020 | 5207 | - | - | - | - | - | - | 312.00 | - | - | - | 312.00 | There is no basis for the claim in the Debtor's books and records. |
| 119 | Rexin, Susan | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/4/2020 | 8487 | - | - | - | - | - | - | 115.50 | - | - | - | 115.50 | There is no basis for the claim in the Debtor's books and records. |
| 120 | RICHARDSON, ARTHUR A | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/1/2020 | 5115 | - | - | - | - | - | - | 350.00 | - | - | - | 350.00 | There is no basis for the claim in the Debtor's books and records. |
| 121 | Roberts, Renee L | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/2/2020 | 6556 | - | - | - | - | - | - | 249.96 | - | - | - | 249.96 | There is no basis for the claim in the Debtor's books and records. |
| 122 | Romero, Eliseo | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/1/2020 | 6464 | - | - | - | - | - | - | 336.00 | - | - | - | 336.00 | There is no basis for the claim in the Debtor's books and records. |
| 123 | Romero, Jenica | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 20578 | - | - | - | - | - | - | 300.00 | - | - | - | 300.00 | There is no basis for the claim in the Debtor's books and records. |
| 124 | Sarvey, Robin Ann | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 8/3/2020 | 2484 | - | - | - | - | - | - | 916.76 | - | - | - | 916.76 | There is no basis for the claim in the Debtor's books and records. |
| 125 | Scott, Holly | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 7/24/2020 | 2398 | - | - | - | - | - | - | 936.00 | - | - | - | 936.00 | There is no basis for the claim in the Debtor's books and records. |
| 126 | Scott, James E. | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/30/2020 | 20516 | - | - | - | - | - | - | 99.00 | - | - | - | 99.00 | There is no basis for the claim in the Debtor's books and records. |
| 127 | Settle, Cheryl L. | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/23/2020 | 17866 | - | - | - | - | - | - | 200.00 | - | - | - | 200.00 | There is no basis for the claim in the Debtor's books and records. |
| 128 | Simmerman, Sarah L | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/1/2020 | 22034 | - | - | - | - | - | - | 249.99 | - | - | - | 249.99 | There is no basis for the claim in the Debtor's books and records. |
| 129 | Smith, Betty Jo | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 8/10/2020 | 2933 | - | - | - | - | - | - | 405.00 | - | - | - | 405.00 | There is no basis for the claim in the Debtor's books and records. |
| 130 | Smith, David Vincent | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/10/2020 | 11237 | - | - | - | - | - | - | 400.00 | - | - | - | 400.00 | There is no basis for the claim in the Debtor's books and records. |
| 131 | Soule, Amanda | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/2/2020 | 22763 | - | - | - | - | - | - | 329.43 | - | - | - | 329.43 | There is no basis for the claim in the Debtor's books and records. |
| 132 | Spoone, Samuel Mark | 20–11565 (KBO) | 24 Denver LLC | 10/7/2020 | 24819 | - | - | - | - | - | - | 408.00 | - | - | - | 408.00 | There is no basis for the claim in the Debtor's books and records. |
| 133 | Strickland, Stanley R | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/11/2020 | 11711 | - | - | - | - | - | - | 940.00 | - | - | - | 940.00 | There is no basis for the claim in the Debtor's books and records. |
| 134 | Suarez, Jessica | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/3/2020 | 20986 | - | - | - | - | - | - | 938.98 | - | - | - | 938.98 | There is no basis for the claim in the Debtor's books and records. |
| 135 | Sullivan, Sean & Nanette | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/2/2020 | 6694 | - | - | - | - | - | - | - | - | 800.00 | U | 800.00 | There is no basis for the claim in the Debtor's books and records. |
| 136 | Tajlil, Attila | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 10/1/2020 | 20644 | - | - | - | - | - | - | 375.00 | - | - | - | 375.00 | There is no basis for the claim in the Debtor's books and records. |
| 137 | Taylor, Michael | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 9/30/2020 | 20354 | - | - | - | - | - | - | 135.00 | - | - | - | 135.00 | There is no basis for the claim in the Debtor's books and records. |
| 138 | Vallentine, Connie | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/16/2020 | 1755 | - | - | - | - | - | - | 130.00 | - | - | - | 130.00 | There is no basis for the claim in the Debtor's books and records. |
| 139 | Vidaurri, Sapphira | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/6/2020 | 25124 | - | - | - | - | - | - | 600.00 | U | - | - | 600.00 | There is no basis for the claim in the Debtor's books and records. |
| 140 | Webster, Philip | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/21/2020 | 25817 | - | - | - | - | - | - | 101.59 | - | - | - | 101.59 | There is no basis for the claim in the Debtor's books and records. |
| 141 | White, Auntwanette | 20–11561 (KBO) | 24 Hour Fitness USA, Inc. | 7/30/2020 | 2086 | - | - | - | - | - | - | 406.00 | - | - | - | 406.00 | There is no basis for the claim in the Debtor's books and records. |
| 142 | Wood, Kelly J | 20–11560 (KBO) | 24 Hour Fitness United States, Inc. | 10/13/2020 | 25504 | - | - | - | - | - | - | 907.77 | - | - | - | 907.77 | There is no basis for the claim in the Debtor's books and records. |
| 143 | Wright, Melanie | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 9/2/2020 | 7680 | - | - | - | - | - | - | 200.00 | - | - | - | 200.00 | There is no basis for the claim in the Debtor's books and records. |
| 144 | Wylde, Andrew | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 10/20/2020 | 25786 | - | - | - | - | - | - | 911.64 | - | - | - | 911.64 | There is no basis for the claim in the Debtor's books and records. |
| 145 | Zimmerman, Deborah | 20–11558 (KBO) | 24 Hour Fitness Worldwide, Inc. | 8/28/2020 | 3944 | - | - | - | - | - | - | 390.00 | - | - | - | 390.00 | There is no basis for the claim in the Debtor's books and records. |

**TOTAL NUMBER OF CLAIMS:** 145
**TOTAL CLAIM AMOUNT:** 74,639.14   $ -   $ -   $ -   $ 62,812.67   $ 11,826.47   $ 74,639.14