**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RS FIT NW LLC, | Case No. 20-11568 (KBO) |
| Reorganized Debtor.[1] | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"),[2] the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On March 30, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Fernanda Xavier Tavares (MMLID#11394512), 3241 Yarrow St., Wheat Ridge, CO 80033-5961:

- Reorganized Company's Eighth Notice of Claims Satisfied in Full [Docket No. 492]

Dated: April 4, 2022

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 4, 2022, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [Docket No. 7], the remaining Reorganized Debtors' chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

SRF 60567