**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                                                              :
In re                                                            :       Chapter 11
                                                                          :
RS FIT NW LLC,                             :       Case No. 20–11568 (KBO)
                                                                          :
              Reorganized Debtor.     :
                                                                            :
------------------------------------------------------------ x

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned case:

| DATE | TIME |
|---|---|
| May 24, 2022 | 9:00 a.m. prevailing Eastern Time |
| June 28, 2022 | 9:00 a.m. prevailing Eastern Time |