**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
                                                     :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| RS FIT NW LLC, | : | Case No. 20–11568 (KBO) |
| | : | |
| Reorganized Debtor. | : | |
| | : | |

---------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned case:

| DATE | TIME |
|---|---|
| May 24, 2022 | 9:00 a.m. prevailing Eastern Time |
| June 28, 2022 | 9:00 a.m. prevailing Eastern Time |

**Dated: April 6th, 2022**
**Wilmington, Delaware**

*/s/ Karen B. Owens*
**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:229412.12 00162/001