**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| RS FIT NW LLC,[1] | : | Case No. 20-11568 (KBO) |
| | : | |
| Reorganized Debtor. | : | **Re: Docket No. 527** |
| | : | |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE REORGANIZED COMPANY'S FORTY-THIRD (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN NO LIABILITY CLAIMS**

TO:    Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

**PLEASE TAKE NOTICE** that on March 29, 2022, the reorganized debtor (the "Reorganized Debtor") and All Day Holdings LLC (together with the Reorganized Debtor, the "Reorganized Company"), in the above-captioned case, filed the *Reorganized Company's Forty-Third (Substantive) Omnibus Objection to Certain No Liability Claims* (the "Forty-Third Omnibus Objection") [Docket No. 527] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  A hearing on the Forty-Third Omnibus Objection is scheduled for April 28, 2022 at 10:00 a.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers (with all attachments) together with a copy of the Forty-Third Omnibus Objection.  Copies of any Proof of Claim can be requested from the undersigned counsel to the Reorganized Company.

---

[1]  The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372).  By order dated March 16, 2021 [Docket No. 7], the remaining Reorganized Debtors' chapter 11 cases were closed.  The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

Dated: April 14, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

-and-

ROPES & GRAY LLP
Ryan Preston Dahl (admitted *pro hac vice*)
Eric M. Sherman (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090

*Counsel to the Reorganized Company*

2