| Reference | Footnote |
|---|---|
| Part 1(c) | In the ordinary course of business, the Company will engage in certain barter transactions whereby equipment is exchanged for freight services. While these barter transactions may not relate directly to the bankruptcy, they have been included by the Reorganized Debtor out of an abundance of caution. |
| Part 3 | Pursuant to the Plan, holders of administrative, secured, and/or priority claims were not impaired. The amounts paid to holders of allowed claims as reflected in the table are not meant to be an admission of that claim's priority or classification status. |
| Part 3(a) | Primarily relates to the payment of various cure costs. |
| Part 3(b) | Primarily relates to the payment of various liens. |
| Part 3(c) | Primarily relates to the payment of various tax amounts. |
| Part 3(d) | Pursuant to the Plan, certain holders of unsecured claims (non-membership related) are entitled to pro-rata distribution of up to the $1,500,000 general unsecured recovery pool, not to exceed 1% of any claim amount.<br><br>Certain holders of unsecured claims (specifically membership-related) are entitled to a gift card based on the value of their unsecured claim.<br><br>Certain holders of unsecured claims (non-membership related) are eligible to receive warrants in lieu of a cash recovery provided they meet the criteria in the Plan.<br><br>**As of the issuance of this PCR, all claims are in the process of being reviewed by the Reorganized Debtor and its advisors, and the claim objection deadline has been extended by the Court.** |