## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **RS FIT NW LLC,** | **Case No. 20-11568 (KBO)** |
| **Reorganized Debtor.**[1] | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On April 25, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Don Batstone (MMLID#11212416), 6587 49th Street Ct N, Oakdale, MN, 55128-2003:

- Third Motion of Reorganized Company to Estimate and Allow Unliquidated Membership Claims for Distribution Purposes [Docket No. 467]

On April 25, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Beatrice-Renee Mays-Walton (MMLID#8462674), 7116 Dalegrove Dr., Las Vegas, NV, 89129-6212:

- Motion of Reorganized Company to Estimate Certain Contingent and Unliquidated Claims for Distribution Purposes [Docket No. 484]

*[Remainder of page left blank intentionally]*

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [Docket No. 7], the remaining Reorganized Debtors' chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 27, 2022

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 27, 2022, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 61078