Gmail

Patty Van <june4mtn@gmail.com>

**FILED** 2022 MAY 11 AM 10: 41
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Response to Objection Case 20-11568-KBO

**Patty Van** <june4mtn@gmail.com>    Thu, May 5, 2022 at 4:13 PM
Draft To: ryan.dahl@ropesgray.com, eric.sherman@ropesgray.com, ljones@pszjlaw.com, pkeane@pszjlaw.com

To Whom It May Concern:

Below is my response to the Objection mailed to me by postal mail and received on the evening of May 2, 2022. I will mail this response today, to the Bankruptcy Court at the address listed in the Objection, however, it is unreasonable to demand that the deadline for acceptance be May 6, 2022 at 4PM EST when that only gives those that are responding 4 days to complete all required tasks. I have no control over the time it takes the official United States postal service to deliver mail.

United States Bankruptcy Court
District of Delaware
Case No. 20-11568(KBO)

Response to Reorganized Company's Forty-Fifth (Substantive) Omnibus <u>Objection To Certain No Liability Claims</u>

Claimant: Patty VanDevander
Claim No. 14132
Basis for amount of Claim: $52.82 was the amount of money deducted from my checking account by 24 Hour Fitness USA, Inc as monthly fees preceding the months when I was guaranteed access to the 24 Hour Fitness facility, but was not able to use the facility being closed by 24 Hour Fitness. I signed a contract with 24 Hour Fitness at the start of my membership allowing them access to my checking account for an agreed upon amount of money each month with the promise they would provide me access to their facility each month, This did not occur during the time period that 24 Hour Fitness continued to withdraw funds from my account. Then, the company declared bankruptcy and my facility never reopened.

Specific factual basis and supporting legal argument upon which I base my claim is the Consumer Protection Act. "As a purchaser of goods and services from" 24 Hour Fitness, I am financially protected against "deceptive, fraudulent business practices."

My documentation for Proof of Claim was previously submitted as requested.

Patty VanDevander
2543 S. Franklin Street
Denver, CO 80210
june4mtn@gmail.com