

FILED

2022 JUN -1   AM 10: 26

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

*Via Federal Express*

May 31, 2022

Office of the Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

      Re:    RS FIT NW LLC, Reorganized Debtor
             Case No. 20-11568-KBO

Dear Office of the Clerk:

      I am the attorney for XR, a minor by his father Luis Reyes, a contingency creditor in the above captioned bankruptcy.

      Enclosed please find my client's Objection to Forty-Eighth Omnibus Objection.

Respectfully yours,

Michael K. Eidman

/de
Enclosure

cc via email:
ryan.dahl@ropesgray.com, eric.sherman@ropesgray.com, Ropes & Gray LLP
pkeane@pszjlaw.com, Pachulski Stang Ziehl & Jones LLP

**Michael K. Eidman**, *Member of NY and NJ Bars*

Seymour H. Eidman, *NY Bar (1998 - 2019)*

3 Columbus Circle, 15th Floor | New York, NY 10019 | Tel: 212.489.0500 | Fax: 201.503.1336

New Jersey Office | 157 Engle Street | Englewood, NJ 07631 | Tel: 201.503.1330 | Fax: 201.503.1336 | www.eidmanlaw.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

**In re**

**RS FIT NW LLC,**

**Reorganized Debtor.**

FILED

2022 JUN -1   AM 10: 26

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Chapter 11**

**Case No. 20-11568 (KBO)**

**Objection to Forth Eighth Omnibus Objection**

1. I, MICHAEL K. EIDMAN, ESQ., an attorney duly admitted to practice before the Courts of the States of New Jersey and New York (and before the local Federal Courts) represent plaintiff XR, a minor, by his father Luis Reyes, in reference to claim numbers 17025 and 16758, which appear as numbers 30 and 31 on Schedule 1 ("No Liability Claims") to the Reorganized Company's Forty-Eighth (Substantive) Omnibus Objection to Certain No Liability Claims.

2. This claim arises from an incident which took place on May 6, 2019 at one of the debtors' facilities (24 Hour Fitness USA, Inc.) located at 260 East State Route 4, Paramus, NJ 07652. At that time, my client was 19 months old, having been born on October 27, 2017. My young client was in day-care at that facility and was not being properly supervised. As a result, he fell and suffered a non-displaced spiral fracture to the shaft of his left tibia, which is the larger of the two bones that connect the knee to the ankle.

3. The injury was diagnosed in a local emergency room and on the next day, my client's pediatrician referred him to an orthopedist who casted the leg. The left leg remained casted until May 30, 2019. My client continued to follow-up with the orthopedist and at an office visit on November 27, 2019, the orthopedist reported that the fracture had been fully healed. The hospital and medical records are attached.

4. Medical charges by the orthopedist totaled $909.00 and $341.34 were not reimbursed by insurance. (The bill is attached).

5. Proofs of Claim were duly and timely filed.

6. The basis of the claim is that the debtor(s) failed to fulfill its duties to properly supervise a 19 month-old infant who had been entrusted to their care by his parents and who was then returned to the parents which a badly fractured leg.

7. On Schedule 1 to the Reorganized Debtor's Objection, is stated as the purported reason for disallowance, that *"claimant has not obtained a judgment on the claim and has not moved to liquidate the claim."* The Court should note that no judgment had been obtained because the Bankruptcy Petition was filed prior to the institution of formal legal proceedings by the infant's parents.

8. As attorney for these debtors, the undersigned has authority to resolve this claim and may be reached as follows:

Michael K. Eidman, Esq.
157 Engle Street
Englewood, NJ 07631
Telephone (201) 503-1330
Fax number (201) 503-1336
Email address: michael@eidmanlaw.com

9. The undersigned hereby certifies, under the penalties of perjury, that the foregoing is correct to his best knowledge and belief.

Dated: May 31, 2022

_____
MICHAEL K. EIDMAN



**Hackensack
Meridian *Health*
Hackensack University
Medical Center**

30 Prospect Avenue
Hackensack, NJ 07601

## CERTIFICATION OF MEDICAL RECORDS

I hereby certify that these are true copies of the original medical records kept in the regular course of business of Hackensack University Medical Center. I further certify that the record was created at the time of the condition, act, transaction, occurrence or event or within a reasonable time thereafter.

Patient Name: _XAVIER REYES_

Medical Records #: _103210846_

Date of Service: _05.07.2019_

Maribeth Jimenez
Operations Manager
Health Information Management
Health Information Management

_07.11.2019_
Date

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

## ED Arrival Information

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type |
|---|---|---|---|---|---|---|
| - | 5/6/2019 22:21 | Less Urgent-4 | Car | Family Member | PER (PEDIATRICS ETD SVCS) | Emergency |

| Arrival Complaint |
|---|
| - |

## Chief Complaint

| Ankle Pain | can't bear weight on left ankle |
|---|---|

## Reason For Visit History

| User | Date & Time |
|---|---|
| Brittany A Torner, RN | 05/08/2019 22:24 |

| Reason For Visit |
|---|
| Ankle Pain |

Comment: can't bear weight on left ankle

## Means of Arrival from 5/6/19 2221 to 5/7/19 02:03:00

| Date and Time | Means of Arrival | ALS | BLS | BLS Triage Tag ID Number: | RFID Scan | Accompanied By | User |
|---|---|---|---|---|---|---|---|
| 05/08/19 2223 | - | - | - | - | - | Parent | BAT |

## Pre-Arrival Pre-Hospital Treatment from 5/8/19 2221 to 5/7/19 02:03:00

| Date and Time | Prehospital Treatment | Equipment | O2 Flow Rate (l/min) | O2 Device | Temp | Temp src | Pulse | Resp | BP | Blood Glucose Meter (mg/dl) | IV Site | Size-Type IV Cathether | IV Solution | Pre Arrival Medications | User |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/06/19 2223 | No | - | - | - | - | - | - | - | - | - | - | - | - | - | BAT |

## PCP

| Primary Care Physician | Office Phone | Office Fax |
|---|---|---|
| STARER, YVETTE | 201-569-2400 | 201-816-0136 |

## Vital Signs 5/6/19 2221--5/7/19 02:03:00 before discharge

| Date/Time | Temp | Resp | BP | Pulse | Pulse Source | Heart Rate | Heart Rate source | Pain Rating | Patient Position |
|---|---|---|---|---|---|---|---|---|---|
| 05/08/19 2246 | - | - | - | - | - | - | - | 0 | - |
| 05/08/19 2247 | 97.9 (36.6) | 28 | - | 128 | Monitor | 128 | Monitor | - | - |

## Pain Screening 5/8/19 2221--5/7/19 02:03:00 before discharge

| Date/Time | Scale Used | Pain Rating | Face | Legs | Activity | Cry | Consolability | FLACC Score | Pain Score Acceptable |
|---|---|---|---|---|---|---|---|---|---|
| 05/08/19 2246 | FLACC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Yes |

## Airway from 5/6/19 2221 to 5/7/19 02:03:00

| Date and Time | Airway (WDL) | Obstructed? | Interventions to Clear Airway | User |
|---|---|---|---|---|
| 05/08/19 2247 | WDL | - | - | EG |

## Breathing from 5/6/19 2221 to 5/7/19 02:03:00

| Date and Time | Breathing (WDL) | Chest Assessment | Respiratory Pattern | Breath Sounds L | Breath Sounds R | SpO2 | User |
|---|---|---|---|---|---|---|---|
| 05/08/19 2247 | WDL | - | - | - | - | 99 % | EG |

## Circulation from 5/6/19 2221 to 5/7/19 02:03:00

| Date and Time | Circulation (WDL) | L Radial Pulse | R Radial Pulse | Heart Rhythm | Capillary Refill | Color | User |
|---|---|---|---|---|---|---|---|
| 05/08/19 2247 | WDL | - | - | - | - | - | EG |

## Disability from 5/6/19 2221 to 5/7/19 02:03:00

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

**Disability from 5/8/19 2221 to 5/7/19 02:03:00 (continued)**

| Date and Time | Disabil ity (WDL) | Level of Consci ousnes s | History of LOC? | History of Neurol ogical Traum a? | Sudde n Onset of Severe Heada che? | Glasgo w Coma Scal e Eye Openin g | Glasgo w Coma Scal e Motor Respo nse | Glasgo w Coma Scal e Verbal Respo nse | Glasgo w Coma Scale Total Score | Size L Pupil (mm) | Size R Pupil (mm) | Reactl on L Pupil | Reactl on R Pupil | User |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/08/19 2247 | WDL | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | EG |

**Interpreter Information from 5/8/19 2221 to 5/7/19 02:03:00**

| Date and Time | Is English the patient's primary language? | Primary Language? | Does Patient Need an Interpreter for treatment? | User |
|---|---|---|---|---|
| 05/08/19 2223 | Yes | -- | -- | BAT |

## HUMC OB Newborn Delivery Summary

Sex: Male
Band ID: 78543
Delivery Type: C-Section, Low Transverse

Birth Order Number: 1

### Apgar Scores

| Apgar 1 Minute: | Skin color:<br>Heart rate:<br>Total: 9 | Grimace:<br>Muscle tone: | Breathing: |
|---|---|---|---|
| Apgar 5 Minute: | Skin color:<br>Heart rate:<br>Total: 9 | Grimace:<br>Muscle tone: | Breathing: |
| Apgar 10 Minute: | Skin color:<br>Heart rate:<br>Total: | Grimace:<br>Muscle tone: | Breathing: |

Living Status:

### Apgar Scores

| Apgars | Skin Color | Heart Rate | Grimace | Muscle tone | Breathing | Total |
|---|---|---|---|---|---|---|
| 1 Min. | | | | | | 9 |
| 5 Min. | | | | | | 9 |
| 10 Min. | | | | | | |

Living Status:

### Presentation and Position

No data filed

### Cord Information

No data filed

### Resuscitation

No data filed

### Measurements

Weight: 2970 g

### Allergies (Reviewed on: 05/07/19)

No Known Allergies

### Allergy Review History

Reviews between Jul 10, 2019 0758 and Jul 11, 2019 0758

** No allergies reviewed in this time frame **

### Review Info

| User | Date and Time |
|---|---|
| RYTZA M LAMOUR, MD [598733] | 5/7/2019 1:00 |

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| sodium chloride 0.9 % nebulizer solution | | 11/20/2018 | -- | -- | Historical Provider, MD |

## Medical History

### Medical as of 5/7/2019
Medical last reviewed by Brittany A Tonner, RN on 5/6/2019
None

## Surgical History

### Surgical as of 5/7/2019
Surgical last reviewed by Brittany A Tonner, RN on 5/6/2019
None

## Social History

### Tobacco Use as of 5/7/2019
Tobacco Use never marked as reviewed

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Assessed | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Unknown | — | — |

### Alcohol Use as of 5/7/2019
Alcohol Use never marked as reviewed
None

### Drug Use as of 5/7/2019
Drug Use never marked as reviewed
None

### Sexual Activity as of 5/7/2019
Sexual Activity never marked as reviewed
None

### Activities of Daily Living as of 5/7/2019
Activities of Daily Living never marked as reviewed
None

### Social Documentation as of 5/7/2019
Social Documentation never marked as reviewed
None

## ED Clinical Impression

| Diagnosis | Comment | Added By | Time Added | Team Role |
|---|---|---|---|---|
| **Final diagnosis** | | | | |
| Closed fracture of left ankle, initial encounter [S82.892A] | | Rytza M Lamour, MD | 06/07/2019 0157 | Attending Provider |

## Medications with Linked Lines
None

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

## Diagnosis

| Diagnosis | Comment | Added By | Time Added |
|---|---|---|---|
| Closed fracture of left ankle, initial encounter | | Rytza M Lamour, MD | 5/7/2019 1:57 |

## ED Course

There is no data filed.

## All Notes

### ED Notes by Emily Gambuti, RN at 5/6/2019 22:48

Author: Emily Gambuti, RN
Filed: 5/6/2019 22:50
Editor: Emily Gambuti, RN (Registered Nurse)

Service: —
Date of Service: 5/6/2019 22:48

Author Type: Registered Nurse
Status: Signed

Parents report that pt came home from babysitter today and was unable to bear weight on left foot.
Report pt tried to walk and fell right to the floor. Denies known injury / trauma.
Pt awake, alert, age appropriate, being carried by Father. Unable to stand on scale. Respirations
even and unlabored. Skin warm and dry. No obvious deformity or swelling noted to left leg. Toes
warm and moveable. Pedal pulses palpable. Cap refill <2 seconds. No facial grimacing when
manipulating left leg. Able to flex and extend left leg when in Father's arms. In no acute distress.
Pending room placement.

### ED Notes by Jennifer Szilva, RN at 5/7/2019 0:33

Author: Jennifer Szilva, RN
Filed: 5/7/2019 0:34
Editor: Jennifer Szilva, RN (Registered Nurse)

Service: —
Date of Service: 5/7/2019 0:33

Author Type: Registered Nurse
Status: Signed

Pt stood up
Pt lifts of left foot
Does not bear weight
Pt taken to xray

### ED Provider Notes by Rytza M Lamour, MD at 5/7/2019 1:04

Author: Rytza M Lamour, MD
Filed: 5/9/2019 2:10
Editor: Rytza M Lamour, MD (Physician)

Service: —
Date of Service: 5/7/2019 1:04

Author Type: Physician
Status: Signed

-------------------- HISTORY OF PRESENT ILLNESS ---------------------

5/7/2019, 1:04.

**History Provided by:** father

**Chief Complaint:** ankle pain

Nursing notes reviewed.

Xavier Reyes is a 18 m.o. male with no pertinent PMHx, presenting to the Pediatric ED for left ankle
pain. Father reports that the Pt is not bearing weight on left leg. Father states that he took the Pt to the ED and
when he went to pick him up the Pt started crying. The attendant did not say whether the Pt fell down. Father
notes that they went to eat afterwards and did not put the Pt down. When they got home the Pt tried to walk
and fell down twice. Father is concerned and brought the Pt to the ED for further evaluation.

**Immunizations:** UTD
**Pediatrician:** YVETTE STARER, MD
-------------------------- REVIEW OF SYSTEMS --------------------------

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

**All Notes (continued)**

**ED Provider Notes by Rytza M Lamour, MD at 5/7/2019  1:04 (continued)**

## Review of Systems
**Musculoskeletal: Positive for arthralgias.**

All other review of systems reviewed and are negative.
---------------------------- PAST HISTORY ----------------------------

**Medical History:**
History reviewed. No pertinent past medical history.

**Surgical History:**
History reviewed. No pertinent surgical history.

**Social History:**
Patient lives at home with mother and father.

The patient's home medications have been reviewed.

**Allergies:** Patient has no known allergies.

---------------------------- PHYSICAL EXAM ----------------------------

Pulse 128  |  Temp 97.9 °F (36.6 °C)  |  Resp 28  |  Ht 76.2 cm (30")  |  Wt 10.9 kg (24 lb 0.5 oz)  |  SpO2 99%  |  BMI 18.77 kg/m$^2$

**Constitutional:** He is active. No distress. Non-toxic. Well hydrated and well appearing. He is attentive and interactive. Patient is smiling and playful, and behaves appropriately for age.
**Head:** Normocephalic, atraumatic.
**ENT:** Moist mucous membranes.
**Eyes:** Conjunctivae are normal. No scleral icterus.
**Neck:** Neck is supple.
**Cardiovascular:** Normal rate.
**Pulmonary/Chest:** No respiratory distress. Normal effort
**Musculoskeletal:** (+) There is tenderness to bas of left ankle, no swelling noted.  Distal neurovascular status intact.
**Skin:** Skin is warm and dry.
**Neurological:** Alert, awake, and oriented for age

------------------------------ ED COURSE ------------------------------

**Differential Diagnoses:** Differentials include, but are not limited to:
1. Fracture vs contusion

**Plan:**
Will obtain the following:
Orders Placed This Encounter
Procedures
  • XR ANKLE COMPLETE LEFT

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

**All Notes (continued)**

**ED Provider Notes by Rytza M Lamour, MD at 5/7/2019 1:04 (continued)**

Medications
ibuprofen (ADVIL, MOTRIN) 100 MG/5ML suspension
100 mg (100 mg Oral Given 5/7/19 0120)

---------------------------- ED COURSE ----------------------------

1:04 Initial evaluation at this time.

1:18
Personally reviewed the results of the XR left ankle and radiologist's interpretation, as documented below:
1. Best seen on the first view is obliquely oriented lucency involving
the mid to distal femur suggesting nondisplaced spiral fracture in the
appropriate clinical context. Consider orthopedics follow-up and
follow-up plain films as needed.
2. Normal alignment of the left ankle without additional acute
Fracture.

1:30
Placed left ankle in posterior splint. Advised to follow up with ortho.

2:03
Reassured father, shared results and explained clinical impression. Instructions were given as well as return indications. Advised to follow up with PCP as needed. Parent understands, patient is stable for discharge at this time.

---------------------------- COUNSELING ----------------------------

**Counseling:** The emergency provider has spoken with the father and discussed today's findings, in addition to providing specific details for the plan of care and counseling regarding the diagnosis and prognosis. Questions are answered. He is agreeable with the plan. Discussed the specific return indications as well as the importance of follow-up.

---------------------- MEDICAL DECISION MAKING ----------------------

**Nursing Notes:** Reviewed and utilized the nursing notes.

**Old Medical Records:** Old records demonstrate no recent visit for similar complaints.

**Laboratory Studies:** Ordered and independently interpreted laboratory tests.
No results found for this visit on 05/07/19 (from the past 12 hour(s)).

**Imaging Studies:** Imaging studies were ordered and independently reviewed. Radiologist's interpretation includes:
Imaging Results

XR ANKLE COMPLETE LEFT (Final result)          Result time 05/07/19 01:18:04
**Final result by James G S Bramlette, MD (05/07/19 01:18:04)**

**Impression:**

Printed on 7/11/19 0758

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

### All Notes (continued)

#### ED Provider Notes by Rytza M Lamour, MD at 5/7/2019 1:04 (continued)

1. Best seen on the first view is obliquely oriented lucency involving
the mid to distal femur suggesting nondisplaced spiral fracture in the
appropriate clinical context. Consider orthopedics follow-up and
follow-up plain films as needed.
2. Normal alignment of the left ankle without additional acute
fracture.

**Narrative:**
TECHNIQUE: Left ankle 4 views

COMPARISON: No priors

HISTORY: Injury at school

FINDINGS:
Best seen on the frontal view is thin obliquely oriented lucency in the
mid to distal tibia suggesting probably nondisplaced spiral fracture.
No displaced fractures are identified and there is no malalignment. No
significant soft tissue swelling. No abnormality of the ankle.

**Critical Care:** The Patient did not require critical care.

---------------------- IMPRESSION AND DISPOSITION --------------------

#### CLINICAL IMPRESSION
1. Closed fracture of left ankle, initial encounter

#### DISPOSITION
Disposition: Discharged
Patient condition: Stable

#### PRESCRIPTION

**Medication List**

ASK your doctor about these medications
**sodium chloride** 0.9 % nebulizer solution

#### SCRIBE ATTESTATION
I, Rachel Guevarra, am scribing for, and in the presence of Rytza Lamour, MD

Electronically signed

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

### All Notes (continued)

#### ED Provider Notes by Rytza M Lamour, MD at 5/7/2019 1:04 (continued)

Rachel Guevarra
5/7/2019
1:04

I, Rytza Lamour, MD, personally performed the services as described in this documentation, as scribed by Rachel Guevarra in my presence, and it is both accurate and complete.

Rytza M Lamour, MD
05/09/19 0210

#### ED Notes by Brittany A Tonner, RN at 5/7/2019 1:57

| Author: Brittany A Tonner, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/7/2019 1:58 | Date of Service: 5/7/2019 1:57 | Status: Signed |
| Editor: Brittany A Tonner, RN (Registered Nurse) | | |

Splint placed by Dr Lamour
Patient tolerated well.
Cleared for discharge.

### Sedation Records

**Sedation Narrator Log**

No data selected in time range

**Dictations**

None

**Patient Lines/Drains/Airways Status**

Active Drain / Airway / Line

None

Inactive Drain / Airway / Line

None

**Lab Results (5/6/2019 - 5/7/2019)**

No matching results found

**Cardiology Results (5/6/2019 - 5/7/2019)**

No results found

### Imaging Results (5/6/2019 - 5/7/2019)

**XR ANKLE COMPLETE LEFT**

Resulted: 05/07/19 0112, Result status: Final result

| Ordering provider: Rytza M Lamour, MD 05/07/19 0026 | Resulted by: James G S Bramlette, MD |
|---|---|
| Performed: 05/07/19 0038 - 05/07/19 0048 | Accession number: 20888561 |
| Resulting lab: HUMC IMAGING | |

Printed on 7/11/19 0758

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

## Imaging Results (5/6/2019 – 5/7/2019) (continued)

### XR ANKLE COMPLETE LEFT (continued)

Resulted: 05/07/19 0112, Result status: Final result

Narrative:
TECHNIQUE: Left ankle 4 views

COMPARISON: No priors

HISTORY: Injury at school

FINDINGS:
Best seen on the frontal view is thin obliquely oriented lucency in the
mid to distal tibia suggesting probably nondisplaced spiral fracture.
No displaced fractures are identified and there is no malalignment. No
significant soft tissue swelling. No abnormality of the ankle.

Impression:

1. Best seen on the first view is obliquely oriented lucency involving
the mid to distal femur suggesting nondisplaced spiral fracture in the
appropriate clinical context. Consider orthopedics follow-up and
follow-up plain films as needed.
2. Normal alignment of the left ankle without additional acute
fracture.

---

### Medication Documentation Review Audit

### ED Prescriptions

None

### All Meds and Administrations 5/6/19 2221–5/7/19 02:03:00

**Ibuprofen (ADVIL, MOTRIN) 100 MG/5ML suspension 100 mg [156834718]**

Ordering Provider: Rytza M Lamour, MD
Ordered On: 05/07/19 0115
Dose (Remaining/Total): 10 mg/kg (0/1)
Frequency: ONCE
Admin Instructions: Take with food.

Status: Completed (Past End Date/Time)
Starts/Ends: 05/07/19 0130 - 05/07/19 0120
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 05/07/19 0120 Documented: 05/07/19 0120 | Given | 100 mg | Oral | Performed by: Jennifer Szilva, RN |

### ED Imaging Orders (From 05/08/19 2221 through 05/07/19 0203)

| Start | Ordered | | Status | Ordering Provider |
|---|---|---|---|---|
| 05/07/19 0027 | 05/07/19 0028 | XR ANKLE COMPLETE LEFT 1 TIME IMAGING | Final result | LAMOUR, RYTZA M |

| Start | Status | Ordering Provider |
|---|---|---|
| 05/07/19 0027 | Final result | LAMOUR, RYTZA M |

## Imaging - Other Orders and Results (5/6/2019 - 5/7/2019)

### XR ANKLE COMPLETE LEFT [156834717]

Electronically signed by: Rytza M Lamour, MD on 05/07/19 0437
Mode: Ordering in individual Order Protocol mode
This order may be acted on in another encounter.
Ordering user: Jennifer Szilva, RN 05/07/19 0026
Authorized by: Rytza M Lamour, MD
Lab status: Final result

Status: Completed

Communicated by: Jennifer Szilva, RN

Ordering provider: Rytza M Lamour, MD
Ordering mode: Individual Order Protocol

Questionnaire

| Question | Answer |
|---|---|
| Reason for exam: | Injury at school |
| *** Please confirm the test site matches the order | Left |

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

**Imaging - Other Orders and Results (5/6/2019 - 5/7/2019) (continued)**

## XR ANKLE COMPLETE LEFT [156834717] (continued)

**XR ANKLE COMPLETE LEFT**                                    Result status: Final result

Order status: Completed                          Performed: 05/07/19 0038 - 05/07/19 0049
Accession number: 20888561                       Resulting lab: HUMC IMAGING
Narrative:
TECHNIQUE: Left ankle 4 views

COMPARISON: No priors

HISTORY: Injury at school

FINDINGS:
Best seen on the frontal view is thin obliquely oriented lucency in the
mid to distal tibia suggesting probably nondisplaced spiral fracture.
No displaced fractures are identified and there is no malalignment. No
significant soft tissue swelling. No abnormality of the ankle.

Impression:

1. Best seen on the first view is obliquely oriented lucency involving
the mid to distal femur suggesting nondisplaced spiral fracture in the
appropriate clinical context. Consider orthopedics follow-up and
follow-up plain films as needed.
2. Normal alignment of the left ankle without additional acute
fracture.

**Medications - Other Orders and Results (5/6/2019 - 5/7/2019)**

## Ibuprofen (ADVIL, MOTRIN) 100 MG/5ML suspension 100 mg [156834718]

Electronically signed by: Rytza M Lamour, MD on 05/07/19 0437                        Status: Completed
Mode: Ordering in Telephone with readback mode
Ordering user: Jennifer Saliva, RN 05/07/19 0115          Communicated by: Jennifer Saliva, RN
Authorized by: Rytza M Lamour, MD                         Ordering provider: Rytza M Lamour, MD
Frequency: Once 05/07/19 0130 - 1 occurrence              Ordering mode: Telephone with readback

## Discharge Orders (From 05/06/19 2221 through 05/07/19 0203)

None

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

## Flowsheets (5/6/19 2221--5/7/19 02:03:00)

## Blood Administration

| Row Name | 05/06/19 2247 | | | | |
|---|---|---|---|---|---|
| **Vital Signs** | | | | | |
| Temp | 97.9 °F (36.6 °C) -EG | | | | |
| Temp src | — | | | | |
| Pulse | 128 -EG | | | | |
| Resp | 28 -EG | | | | |
| Patient Position | — | | | | |
| SpO2 | 99 % -EG | | | | |
| **OTHER** | | | | | |
| Mass Transfusion Protocol | — | | | | |
| **Pre-Transfusion Documentation** | | | | | |
| Previous Transfusion? | — | | | | |
| Pre-meds Given? | — | | | | |
| Informed Consent Obtained | — | | | | |
| Patient Education Complete? | — | | | | |
| **Blood Transfusion** | | | | | |
| Blood Component | — | | | | |
| Blood Warmer Used | — | | | | |
| Transfusion Reaction Suspected | — | | | | |
| Blood Unit Number | — | | | | |
| Blood Special Filter | — | | | | |
| **Transfusion Status** | | | | | |
| Transfusion Status | — | | | | |
| **Transfusion Status** | | | | | |
| Transfusion Status | — | | | | |
| **Blood Component Volumes (ml)** | | | | | |
| PRBC's | — | | | | |
| Albumin | — | | | | |
| FFP | — | | | | |
| Platelets | — | | | | |
| Cryoprecipitate | — | | | | |
| Other Blood Prod | — | | | | |
| **Suspected Transfusion Reaction** | | | | | |
| Provider Notified? | — | | | | |
| Provider Name | — | | | | |
| Date Provider Notified | — | | | | |
| Time Provider Notified | — | | | | |
| Blood Bank Notified | — | | | | |
| Blood Bank Tech Notified (Name) | — | | | | |
| Date Blood Bank Tech Notified | — | | | | |
| Time Blood Bank Tech Notified | — | | | | |
| Clinical Symptoms | — | | | | |
| Reaction Interventions | — | | | | |
| Nursing Clerical Checks | — | | | | |
| Component Type | — | | | | |
| Solution Injected into Tubing W/ Blood | — | | | | |
| Previous Transfusions | — | | | | |
| Previous Reactions | — | | | | |
| Blood Sample Collection | — | | | | |
| Urine Sample Collection | — | | | | |
| Comments | — | | | | |
| Suspected Transfusion for Donor Bag | — | | | | |

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

| Flowsheets (5/6/19 2221--5/7/19 02:03:00) (continued) |
| --- |

**Blood Administration (continued)**

| Row Name | 05/06/19 2247 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Suspected Transfusion Reaction 'THIS GROUP IS READ ONLY FOR HISTORICAL PURPOSES' | | | | | | |
| Suspected Reaction? | — | | | | | |
| Surgical EBL | | | | | | |
| EBL (ml) | — | | | | | |

**User Key**                                                       (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
| --- | --- | --- |
| EG | Emily Gambuti, RN | 02/27/18 - |

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

## Nutrition (5/6/19 2221--5/7/19 02:03:00)

**Initial Screening**

No documentation.

**Nutrition Screen**

No documentation.

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

## Flowsheets (5/6/19 2221--5/7/19 02:03:00)

### Custom Formula Data

| Row Name | 05/08/19 2248 | 05/08/19 2247 | | |
|---|---|---|---|---|
| **Vitals** | | | | |
| Pct Wt Change | — | 267.01 %<br>- EG at 05/08/19 2248 | | |
| Pct Birth Wt | — | 367.01 %<br>- EG at 05/08/19 2248 | | |
| Pct Wt Change | — | 267.01 %<br>- EG at 05/08/19 2248 | | |
| **OTHER** | | | | |
| Ideal Body Weight (kg) | — | 9.58 kg<br>- EG at 05/08/19 2248 | | |
| Today's weight in kg | — | 10.9<br>- EG at 05/08/19 2248 | | |
| Adjusted Body Weight (KG) | — | 10.11 kg<br>- EG at 05/08/19 2248 | | |
| Today's weight in kg | — | 10.9<br>- EG at 05/08/19 2248 | | |
| Weight Change Percent | — | 0<br>- EG at 05/08/19 2248 | | |
| BMI (Calculated) | — | 205.5<br>- EG at 05/08/19 2248 | | |
| BMI HEIGHT | — | 30<br>- EG at 05/08/19 2248 | | |
| BMI Weight | — | 384.48<br>- EG at 05/08/19 2248 | | |
| Adj Body Weight 40% (kg) | — | 10.11 kg<br>- EG at 05/08/19 2248 | | |
| Current Pump TDD (units/kg/day) USED from DIASEND Flowsheet | — | 0 units/kg/day<br>- EG at 05/08/19 2248 | | |
| Current MDI Total Daily Dose (units/kg/day) | — | 0 units/kg/day<br>- EG at 05/08/19 2248 | | |
| BMI | — | 18.77<br>- EG at 05/08/19 2248 | | |
| BSA (Calculated - sq m) | — | 0.48 sq meters<br>- EG at 05/08/19 2248 | | |
| IBW/kg (Calculated) Male | — | -19 kg<br>- EG at 05/08/19 2248 | | |
| Low Range Vt 6cc/kg MALE | — | -114 mL<br>- EG at 05/08/19 2248 | | |
| Adult Moderate Range Vt 8cc/kg MA | — | -152 mL<br>- EG at 05/08/19 2248 | | |
| Adult High Range Vt 10cc/kg MALE | — | -190 mL<br>- EG at 05/08/19 2248 | | |
| IBW/kg (Calculated) FEMALE | — | -23.5 kg<br>- EG at 05/08/19 2248 | | |
| Low Range Vt 6cc/kg FEMALE | — | -141 mL<br>- EG at 05/08/19 2248 | | |
| Adult Moderate Range vt 8cc/kg FEMALE | — | -189 mL<br>- EG at 05/08/19 2248 | | |
| Adult High Range Vt 10cc/kg FEMALE | — | -235 mL<br>- EG at 05/08/19 2248 | | |
| Adj Body Weight 25% (kg) | — | 9.91 kg<br>- EG at 05/08/19 2248 | | |
| Lean Body Weight (kg) | — | 9.37 kg<br>- EG at 05/08/19 2248 | | |
| Weight Change | — | 0 lbs<br>- EG at 05/08/19 2248 | | |
| Weight Change (gm) | — | 0 gm<br>- EG at 05/08/19 2248 | | |
| Weight Change (kg) | — | 0 gm<br>- EG at 05/08/19 2248 | | |
| Weight Change (kg) | — | 1.41 gm<br>- EG at 05/08/19 2248 | | |
| Hamwi Method | — | -74<br>- EG at 05/08/19 2248 | | |
| **Vital Signs** | | | | |
| BMI (Calculated) | — | 18.8 | | |

Printed on 7/11/19 0758

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

## Flowsheets (5/6/19 2221--5/7/19 02:03:00) (continued)

### Custom Formula Data (continued)

| Row Name | 05/06/19 2248 | 05/06/19 2247 | | |
|---|---|---|---|---|
| | | -EG at 05/06/19 2248 | | |
| Ireton-Jones Method | — | -316.5 -EG at 05/06/19 2248 | | |

### Relevant Labs and Vitals

| | | | | |
|---|---|---|---|---|
| Temp | — | 36.6 -EG at 05/06/19 2248 | | |

### Vitals

| | | | | |
|---|---|---|---|---|
| Weight Change | — | Initial Weight -EG at 05/06/19 2248 | | |
| Weight Change Grams (lbs oz) | — | Initial Weight -EG at 05/06/19 2248 | | |

### Bronchiolitis Respiratory Intervention Score (RIS)

| | | | | |
|---|---|---|---|---|
| Work of Breathing Total RIS Score: | 0 -EG at 05/06/19 2248 | — | | |

### Charges

| Row Name | ED from 5/7/2019 in HUMC Pediatric Emergency Department | | | |
|---|---|---|---|---|

#### Lynx Charge Ticket

| | | | | |
|---|---|---|---|---|
| Nursing Notes | 1-2 notes -BT at 05/07/19 0157 | | | |
| Did this patient receive light to moderate conscious sedation? | No -BT at 05/07/19 0157 | | | |

### Vital Signs

| Row Name | 05/06/19 2247 | | | |
|---|---|---|---|---|

#### Vital Signs

| | | | | |
|---|---|---|---|---|
| Temp | 97.9 °F (36.6 °C) -EG at 05/06/19 2248 | | | |
| Temp Source | Axillary -EG at 05/06/19 2248 | | | |
| Pulse Source | Monitor -EG at 05/06/19 2248 | | | |
| Pulse | 128 -EG at 05/06/19 2248 | | | |
| Heart Rate source | Monitor -EG at 05/06/19 2248 | | | |
| Heart Rate | 128 -EG at 05/06/19 2248 | | | |
| Resp | 28 -EG at 05/06/19 2248 | | | |
| Capillary Refill | Less than/equal to 2 seconds -EG at 05/06/19 2248 | | | |
| SpO2 | 98 % -EG at 05/06/19 2248 | | | |
| Weight - Scale | 10.9 kg (24 lb 0.5 oz) -EG at 05/06/19 2248 | | | |
| Weight Method | Actual -EG at 05/06/19 2248 | | | |
| Height | 76.2 cm (30") -EG at 05/06/19 2248 | | | |

#### Oxygen Therapy

| | | | | |
|---|---|---|---|---|
| O2 Device | None (Room air) -EG at 05/06/19 2248 | | | |
| Pulse Oximeter Alarm On | No -EG at 05/06/19 2248 | | | |
| Incentive Spirometry | No -EG at 05/06/19 2248 | | | |

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

## Flowsheets (5/6/19 2221--5/7/19 02:03:00)

### Primary Triage Complete

| Row Name | 05/06/19 2250 | | | |
|---|---|---|---|---|
| **Primary Triage Completed** | | | | |
| Primary Triage Completed? | Yes -EG at 05/06/19 2250 | | | |

### Secondary Triage Complete

| Row Name | 05/06/19 2224 | | | |
|---|---|---|---|---|
| **Secondary Triage Completed** | | | | |
| Secondary Triage Completed? | Yes -BT at 05/06/19 2224 | | | |

### PEDs Initial Triage

| Row Name | 05/06/19 2223 | | | |
|---|---|---|---|---|
| **Primary Triage** | | | | |
| Date / Time: | Start -BT at 05/06/19 2223 | | | |
| Travel Screen: Are you pregnant? | Not applicable -BT at 05/06/19 2223 | | | |
| Have you traveled outside the northeast region in the past 3 weeks? | No -BT at 05/06/19 2223 | | | |
| **Peds Surge Triage** | | | | |
| Peds Surge Triage | Yes -BT at 05/06/19 2223 | | | |
| **Means of Arrival** | | | | |
| Accompanied By | Parent -BT at 05/06/19 2223 | | | |
| **Treatment Prior To Arrival** | | | | |
| Prehospital Treatment | No -BT at 05/06/19 2223 | | | |

Interpreter Services office available Mon-Fri 8A - 4P at ext. 3905; all other times contact the hospital operator for the Language Line.

| Is English the patient's primary language? | Yes -BT at 05/06/19 2223 | | | |
|---|---|---|---|---|

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

## Flowsheets (5/6/19 2221--5/7/19 02:03:00)

### PEDs Primary Triage Assesment

| Row Name | 05/06/19 2247 | | | | |
|---|---|---|---|---|---|
| **Airway** | | | | | |
| Airway (WDL) | WDL<br>-EG at 05/06/19 2247 | | | | |
| **Breathing (WDL)** | | | | | |
| Breathing (WDL) | WDL<br>-EG at 05/06/19 2247 | | | | |
| SpO2 | 89 %<br>-EG at 05/06/19 2248 | | | | |
| **Circulation (WDL)** | | | | | |
| Circulation (WDL) | WDL<br>-EG at 05/06/19 2247 | | | | |
| Pulse | 128<br>-EG at 05/06/19 2248 | | | | |
| **Disability/Neuro (WDL)** | | | | | |
| Disability (WDL) | WDL<br>-EG at 05/06/19 2247 | | | | |
| **Focused Assessment** | | | | | |
| Focused Assessments | Musculoskeletal<br>-EG at 05/06/19 2247 | | | | |
| **Skeletal/Ortho (WDL)** | | | | | |
| Skeletal/Ortho (WDL) | Exceptions (Abnormal)<br>}<br>-EG at 05/06/19 2247 | | | | |
| **Skeletal/Orthopedic** | | | | | |
| Affected Extremity | LLE<br>-EG at 05/06/19 2247 | | | | |
| **LLE** | | | | | |
| Range of Motion LLE | Minimal<br>-EG at 05/06/19 2247 | | | | |
| Pulses LLE | Palpable<br>-EG at 05/06/19 2247 | | | | |
| Color of affected area | Appropriate, even tone<br>-EG at 05/06/19 2247 | | | | |
| Capillary Refil | Less than/equal to 2<br>seconds<br>-EG at 05/06/19 2247 | | | | |

### PEDs Secondary Triage

| Row Name | 05/06/19 2224 | | | | |
|---|---|---|---|---|---|
| **Immunization Status** | | | | | |
| Immunizations Up To<br>Date | UTD<br>-BT at 05/06/19 2224 | | | | |
| Last Tetanus: | < 5 years<br>-BT at 05/06/19 2224 | | | | |
| Flu Immunization | <1 year<br>-BT at 05/06/19 2224 | | | | |
| Hx of Immunizations | Per Parent<br>-BT at 05/06/19 2224 | | | | |
| **Patient Own Medications** | | | | | |
| Did the patient bring in<br>own medications? | No<br>-BT at 05/06/19 2224 | | | | |

### Peds Diabetes Insulin Dosing

| Row Name | 05/06/19 2247 | | | | |
|---|---|---|---|---|---|
| **MDI Daily Dose Calculations** | | | | | |
| Current MDI Total<br>Daily Dose<br>(units/kg/day) | 0 units/kg/day<br>-EG at 05/06/19 2248 | | | | |
| **Insulin Use Data From DIASEND** | | | | | |
| Current Pump TDD<br>(units/kg/day) USED | 0 units/kg/day<br>-EG at 05/06/19 2248 | | | | |

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

## Flowsheets (5/6/19 2221--5/7/19 02:03:00) (continued)

### Peds Diabetes Insulin Dosing (continued)

| Row Name | 05/06/19 2247 | | | |
|---|---|---|---|---|
| from DIASEND Flowsheet | | | | |

**Pump Dosing Comparisons**

| Weight for Calculations (Kg) | 10.9 -EG at 05/06/19 2248 |
|---|---|

**OTHER**

| Height for Calculations | 30 -EG at 05/06/19 2248 |
|---|---|

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

## Flowsheets [5/6/19 2221--5/7/19 02:03:00]

### Bronchiolitis RIS

| Row Name | 05/06/19 2248 | | | |
|---|---|---|---|---|
| **Bronchiolitis Respiratory Intervention Score (RIS)** | | | | |
| Respiratory Rate (1Y-2Y) | 0 -EG at 05/06/19 2248 | | | |
| General Appearance | 0 -EG at 05/06/19 2248 | | | |
| Work of Breathing (Retractions: Nasal Flaring,Subcostal Retractions, Intercostal Retractions, Supra Clavicular Retractions, None) | 0-None -EG at 05/06/19 2248 | | | |
| Work of Breathing RIS Score: | 0 -EG at 05/06/19 2248 | | | |
| Auscultation | 0 -EG at 05/06/19 2248 | | | |
| Score | 0 -EG at 05/06/19 2248 | | | |
| Work of Breathing Total RIS Score: | 0 -EG at 05/06/19 2248 | | | |

### MSE Initiated

| Row Name | 05/07/19 0100 | | | |
|---|---|---|---|---|
| **MSE Initiated** | | | | |
| MSE Initiated? | Yes -RL at 05/07/19 0100 | | | |

### Pain

| Row Name | 05/06/19 2248 | | | |
|---|---|---|---|---|
| **Pain Screening** | | | | |
| Scale Used | FLACC -EG at 05/06/19 2248 | | | |
| Pain Rating | 0 -EG at 05/06/19 2248 | | | |
| Face | 0 -EG at 05/06/19 2248 | | | |
| Legs | 0 -EG at 05/06/19 2248 | | | |
| Activity | 0 -EG at 05/06/19 2248 | | | |
| Cry | 0 -EG at 05/06/19 2248 | | | |
| Consolability | 0 -EG at 05/06/19 2248 | | | |
| FLACC Score | 0 -EG at 05/06/19 2248 | | | |
| Pain Score Acceptable | Yes -EG at 05/06/19 2248 | | | |

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

## Flowsheets (5/6/19 2221--5/7/19 02:03:00)

### Triage Plan

| Row Name | 05/06/19 2250 | | | |
|---|---|---|---|---|
| Triage Plan | | | | |
| Classification | 4 | | | |
| | -EG at 05/06/19 2250 | | | |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| RL | Rytza M Lamour, MD | 04/04/19 - 05/16/19 |
| BT | Brittany A Tonner, RN | 02/07/19 - |
| EG | Emily Gambuti, RN | 02/27/18 - |

### ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| Treat and Release | | Xavier Reyes discharge to home/self care. |

The patient's condition at discharge is Stable

### ED Clinical Impression

| Diagnosis | Comment | Added By | Time Added | Team Role |
|---|---|---|---|---|
| Final diagnosis | | | | |
| Closed fracture of left ankle, initial encounter [S82.892A] | | Rytza M Lamour, MD | 05/07/2019 0157 | Attending Provider |

### Follow-up Information

| Follow up With | Specialties | Details | Why | Contact Info |
|---|---|---|---|---|
| Yvette Starer, MD | Pediatric General, Pediatric Primary Care | | If symptoms worsen | 32 Franklin Street Tenafly NJ 07670 201-569-2400 |
| Amit Y Merchant, DO | Orthopaedic Surgery - General | | If symptoms worsen | 30 PROSPECT AVE WFAN BLDG, 3RD FL Hackensack NJ 07601 551-996-4334 |

### Discharge Instructions

None

### Discharge References/Attachments

Leg Fracture in Children (Discharge Care) (ENGLISH)

| Results | | | | | (Order) |
|---|---|---|---|---|---|

| | | | Delivery Summary | | | |
|---|---|---|---|---|---|---|

### Cardiac Cath Patient Assessment

No data filed

## TRANSFER INFORMATION (5/6/19 2221--5/7/19 02:03:00)

### Transfer Charting

| Row Name | 05/06/19 2223 | | | |
|---|---|---|---|---|
| Dispatcher Called | --- | | | |
| Name of Dispatcher | --- | | | |
| ETA of Ambulance | --- | | | |
| Ambulance Arrived | --- | | | |

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

## TRANSFER INFORMATION (5/6/19 2221--5/7/19 02:03:00) (continued)

### Transfer Charting (continued)

| Row Name | 05/06/19 2223 |
|---|---|
| Transfer Mode | --- |
| Type of Transfer | --- |
| Accompanied By | Parent -BT |
| Transfer Equipment | --- |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials: | Name |
|---|---|
| BT | Brittany A Tonner, RN |

## TRANSFER CHECKLIST (5/6/19 2221--5/7/19 02:03:00)

### Transfer Checklist

| Row Name | 05/06/19 2224 |
|---|---|
| Reason for Transfer | --- |
| Accepting Hospital | --- |
| Bed Assignment | --- |
| Accepting Physician | --- |
| Sending Physician | --- |
| Report to Transfer Team | --- |
| Report to Receiving Facility | --- |
| Receiving Facility Phone Number | --- |
| Spoke with | --- |
| EMTALA Transfer Form Signed by Patient | --- |
| Copy of Records and DI Obtained | --- |
| Faxed Records to Receiving Facility | --- |
| Risks/Benefits/Alternatives to Transport Explained | --- |
| Extended Transfer Checklist | --- |
| Dentures | --- |
| Vision | --- |
| Hearing Aid | --- |
| Health Aids | --- |
| Jewelry | --- |
| Clothing | --- |
| Other Valuables | --- |
| Jewelry Removed | --- |
| Valuables/Belongings Listed Above Removed | --- |
| If Given to Security, Provide Officer's Name and Case #: | --- |
| If Given to Family/Friend, Provide Name: | --- |
| Valuables Sent? | --- |
| Valuables Returned? | --- |
| Did the patient bring in own medications? | No -BT |
| Permanent Dental Work Noted in Front of Chart | --- |
| Valuables Given To | --- |
| Responsible person(s) in the waiting room? | --- |

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

## TRANSFER CHECKLIST (5/6/19 2221–5/7/19 02:03:00) (continued)

**Transfer Checklist (continued)**

**User Key**
(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| BT | Brittany A Tonner, RN |

**AVS Reports**

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

**AVS Reports (continued)**

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

**AVS Reports (continued)**

After Visit Summary printed by Brittany A Tonner, RN on 5/7/2019 1:58

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

**AVS Reports (continued)**



### AFTER VISIT SUMMARY

**Xavier Reyes**

#### Instructions

Read the attached information
Leg Fracture in Children (Discharge Care) (ENGLISH)

Follow up with YVETTE GYARRE, MD
When If symptoms worsen
Specialty: Pediatric General, Pediatric Primary Care
Contact: 32 Franklin Street
Tenafly NJ 07670
201-569-2400

Follow up with ANDY Y PARPOIANT, DO
When If symptoms worsen
Specialty: Orthopaedic Surgery - General
Contact: 30 PROSPECT AVE
WFAN BLDG, 3RD FL
Hackensack NJ 07601
551-996-4234

### What's Next

You currently have no upcoming appointments scheduled.

#### Today's Visit

You were seen by RYTZA M LAMOUR, MD

Reason for Visit
Ankle Pain

Diagnosis
Closed fracture of left ankle, initial encounter

Imaging Tests
AR ANKLE COMPLETE LEFT

Medications given
Ibuprofen (ADVIL, MOTRIN)

*Vital Signs of Your Visit*

Temperature: 97.9 °F     Pulse: 128

Respiration: 28     Oxygen saturation: 99%

Hackensack University Medical Center          .
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

**AVS Reports (continued)**

## Your Medication List

ASK your doctor about these medications

 sodium chloride 0.9 % nebulizer solution          Take 3 mL by nebulization as needed for Wheezing

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

## AVS Reports (continued)

 Attached Information

### Leg Fracture in Children

#### WHAT YOU NEED TO KNOW:

A leg fracture is a break in any of the 3 long bones of your child's leg. The femur is the largest bone and goes from your child's hip to his knee. The fibula and tibia are the 2 bones in your child's lower leg that go from the knee to the ankle. Your child may have a Salter-Harris fracture, which is when a bone breaks through a growth plate. Growth plates are found at the ends of your child's long bones, and help to regulate bone growth.



Femur

Fibula — —— Tibia

&ADAM

#### DISCHARGE INSTRUCTIONS:

**Seek care immediately if:**

- Your child has increased pain in his injured leg that does not go away, even after taking medicine.

- Your child's cast gets wet or damaged.

- Your child's leg or toes are numb.

- Your child's skin or toenails below the injured leg become swollen, cold, white, or blue.

**Contact your child's healthcare provider if:**

- Your child has a fever.

- Your child's cast or brace is too tight.

- There are new blood stains or a bad smell coming from under the cast.

- Your child has new or worsening trouble moving his or her leg.

Xavier Reyes (MRN: 103210846) • Printed at 5/7/19 0158

Page 3 of 6   Epic

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

**AVS Reports (continued)**

- You have questions or concerns about your child's condition or care.

**Medicines:**

- **Prescription pain medicine** may be given. Ask how to safely give this medicine to your child.

- **NSAIDs**, such as ibuprofen, help decrease swelling, pain, and fever. This medicine is available with or without a doctor's order. NSAIDs can cause stomach bleeding or kidney problems in certain people. If your child takes blood thinner medicine, **always** ask if NSAIDs are safe for him. Always read the medicine label and follow directions. **Do not give these medicines to children under 6 months of age without direction from your child's healthcare provider.**

- **Acetaminophen** decreases pain and fever. It is available without a doctor's order. Ask how much to give your child and how often to give it. Follow directions. Read the labels of all other medicines your child uses to see if they also contain acetaminophen, or ask your child's doctor or pharmacist. Acetaminophen can cause liver damage if not taken correctly.

- **Give your child's medicine as directed.** Contact your child's healthcare provider if you think the medicine is not working as expected. Tell him or her if your child is allergic to any medicine. Keep a current list of the medicines, vitamins, and herbs your child takes. Include the amounts, and when, how, and why they are taken. Bring the list or the medicines in their containers to follow-up visits. Carry your child's medicine list with you in case of an emergency.

- **Do not give aspirin to children under 18 years of age.** Your child could develop Reye syndrome if he takes aspirin. Reye syndrome can cause life-threatening brain and liver damage. Check your child's medicine labels for aspirin, salicylates, or oil of wintergreen.

**Care for your child at home:**

- **Have your child rest** as much as possible and get plenty of sleep.

- **Apply ice** on your child's leg for 15 to 20 minutes every hour or as directed. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a towel. Ice helps prevent tissue damage and decreases swelling and pain.

- **Elevate** your child's leg above the level of his or her heart as often as possible. This will help decrease swelling and pain. Prop your child's leg on pillows or blankets to keep it elevated comfortably.

- **Have your child use crutches** as directed. Crutches will help your child walk and take some weight off the injured leg while it heals.

**Cast or brace care:** Your child may need a cast or brace. These devices help decrease pain and keep his leg bones from moving while they heal.

- Your child may take a bath as directed. Do **not** let your child's cast or brace get wet. Before bathing, cover the cast or brace with 2 plastic trash bags. Tape the bags to your child's skin above the cast to seal out the water. Have your child keep his leg out of the water in case the bag breaks. If a plaster cast gets wet and soft, call your child's healthcare provider.

- Check the skin around the cast or brace every day. You may put lotion on any red or sore areas.

Xavier Reyes (MRN: 103210846) • Printed at 5/7/19 0156

Page 4 of 6  Epic

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

**AVS Reports (continued)**

- If your child has a hip spica cast, you will be taught to help your child use the bathroom and take a bath. You will learn how to clean the cast and keep it dry. You will also learn how to move and dress your child.

- Do not let your child push down or lean on the cast or brace because it may break.

- Do not let your child scratch the skin under the cast by putting a sharp or pointed object inside the cast.

**Physical therapy:** Your child may need physical therapy. A physical therapist will help him with exercises to make his bones and muscles stronger

**Follow up with your child's healthcare provider or bone specialist as directed:** Your child may need to return to have his or her cast removed. He or she may also need an x-ray to check how well the bone has healed. Write down your questions so you remember to ask them during your visits.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

## Medications administered during your visit

| Admin Date | Administered |
|---|---|
| 05/07/2019 01:20 | ibuprofen (ADVIL, MOTRIN) 100 MG/5ML suspension 100 mg |

## Physician Affairs Statement

If you have been referred to a specialist today, please confirm that they accept your insurance before making an appointment. If you need another referral, please contact our Physician Referral Service at 055-385-4325. Available 24 hours a day, 7 days a week.

## Special Instructions

Special Instructions: IMPORTANT: We evaluated and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, comprehensive medical care. In most cases, you must have your doctor examine and evaluate you again. Inform your doctor about any new or persistent problems. We cannot identify and treat all injuries or illnesses in one Emergency Department visit.

Do the following:

Return to the emergency department immediately if your current symptoms worsen or you develop new symptoms. Otherwise follow up with your doctor as stated above. Please take your medicine as prescribed and bring your medication list to your next physician appointment

You must follow the above instructions carefully. Take your medications as prescribed. Most importantly, see a doctor again as discussed. If you have problems that we have not discussed, call or visit your doctor right away. If you cannot reach your doctor, return to the Emergency Department.

Xavier Reyes (MRN: 103210846) • Printed at 5/7/19 0158                    Page 5 of 6  Epic

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

**AVS Reports (continued)**

Special Instructions (continued)

If you have been referred to a specialist today, please confirm that they accept your insurance before making an appointment. If you need another referral, please contact physician Affairs at 551-996-2072, Monday through Friday between 7:30AM and 6:00PM.

Fact Sheet Provided

"I have received this information and my questions have been answered satisfactorily. I have been given the opportunity to discuss these instructions with the nurse and physician. I understand the written and discussed instructions."

Xavier Reyes (MRN: 103210846) · Printed at 5/7/19 0758                    Page 6 of 6   Epic

**Patient-Level E-Signature Documents:**

No documentation.

**Encounter-Level E-Signature Documents:**

Printed on 7/11/19 0758

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

**Encounter-Level E-Signature Documents: (continued)**

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

**Encounter-Level E-Signature Documents: (continued)**

HMH - Consent for Treatment ED/IP (Esign) - Received on 5/8/2019



### Consent For Treatment - Hackensack University Medical Center

| Patient Name: | Reyes, Xavier | DOB: | 10/27/17 | Attending Physician: | | PCP: | YVETTE STARER, MD |
|---|---|---|---|---|---|---|---|
| MRN: | 103210846 | HAR: | 2004003849 | CSN: | 5048322471 | Sex: | 2 |

**CONSENT TO CARE:** I wish to be treated by and/or admitted to a Medical Center of the **Hackensack Meridian Health Network at the Medical Center named above (Hackensack University Medical Center).** While I am a patient, I give permission to my doctor(s), medical center employees, and all other caregivers to provide care in ways they judge are beneficial to me. I understand that this care may include tests, examinations and medical treatments. I understand that **Hackensack Meridian *Health*** includes teaching medical centers and that under the appropriate supervision, medical students, fellows and medical residents of Rutgers University, **Hackensack Meridian *Health*,** or other teaching affiliates may participate in my care and treatment but I may decline such participation. Rutgers University medical students, fellows and medical residents are students and/or employees of Rutgers, The State University of New Jersey, a body corporate and politic and an instrumentality of the State of New Jersey. I understand that no guarantees have been or can be made to me about the outcome of the care that I receive. I hereby authorize the medical center to preserve, use and /or transfer for scientific and/or teaching purposes, or dispose of any specimens or tissues taken from my body during my treatment or admission and hereby waive any claim or right I may have in such specimens or tissues. ☐ I elect to opt out of the teaching program.

**1. INDEPENDENT PHYSICIANS:** I understand and agree that: (i) the physicians who participate in my care and treatment at the medical center are independent contractors or private practitioners who have been granted the privilege of using medical center facilities for the care and treatment of their patients; (ii) these physicians are not the agent or employee of the medical center and (iii) the medical center is not in any way responsible for the judgement or conduct of any physicians providing medical services at the medical centers. While physicians who practice at the medical center must be admitted to the staff and continue to meet certain educational and experience requirements, I agree that the medical center is not responsible for the care provided to me by them.

**2. PATIENT RIGHTS:** Information regarding Advance Directives and the New Jersey Patient Bill of Rights is available on our website at http://www.hackensackmeridian.org and can be found under the "Patients and Visitors" tab.

**3. PERSONAL VALUABLES:** I understand that the medical center and its employees are not

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

**Encounter-Level E-Signature Documents: (continued)**

responsible for the loss of, or damage to, any money, articles or personal property. I acknowledge that these items should be sent home with family and friends. I accept full responsibility for any items that I keep in my possession and waive any claim that I may have if they are lost or damaged.

**4. RELEASE OF INFORMATION:** The medical center may use or disclose all or part of my financial and medical information, as permitted under applicable law. I agree that the medical center may verify my address through a database search of the Federal Credit Reporting System and may be required to release my information to federal and state agencies that monitor healthcare facilities, as well as to industries that produce and/or manufacture medical products. I consent to the release of my name, general condition and room telephone number when requested. The medical center may provide access to my medical information in order to facilitate the provision of post hospital care treatment or services, as well as in connection with the medical center's efforts to obtain payment. I can access additional information regarding the medical center's privacy policies at https://www.hackensackmeridianhealth.org/hipaa.-.privacy-practices/

**5. PRE-CERTIFICATION REQUIREMENTS:** I understand that my health insurance policy or benefits program (i.e., Medicare) may include certain conditions concerning pre-certification and provision of care by in-network providers and if I do not comply with those conditions, I may be responsible for charges that otherwise might be covered by my insurance. I agree to pay such charges.

**6. ASSIGNMENT OF BENEFITS:** I authorize my insurance benefits to be paid directly to the medical center. Under the terms of my policy this payment may not exceed the balance due for services performed during this period or treatment. I further authorize the medical center to appeal on my behalf any denial by my insurance carrier.

**7. FINANCIAL AGREEMENT:** When billed, I agree to make prompt payment to the medical center for all charges not paid by my insurance or benefits program, to the fullest extent permitted by law. I understand that in addition to my bill from the medical center, I will receive separate bills from physicians for professional services (i.e., anesthesia, emergency services, pathology, radiology, etc.). I authorize payment directly to my physicians for benefits otherwise payable to me for such services. I understand that (i) these separate physician charges may not be covered, in whole or in part, by my insurance or benefits program, and (ii) physicians providing treatment may not participate with my insurance or benefits program. Regardless, I agree that I am financially responsible for all medical center and physician charges not paid by my insurance or benefits program. I understand I that should call my insurance company or benefits program if I have questions about insurance coverage.

**8. DEPOSIT REQUEST:** A deposit may be requested of me because I will be paying for all and/or part of the medical center bill. The medical center's acceptance of partial payment does not relieve me of responsibility for the full amount.

**9. NEW JERSEY HOSPITAL CARE ASSISTANCE PROGRAM:** I understand that I may access Charity Care, Medicaid, and NJ Family Care. Information is available at http://www.hackensackmeridian.org on the "Pay a Bill" FAQ page or I can call the Hackensack Meridian Financial Assistance Offices at the phone numbers indicated on the referenced website.

Hackensack University Medical Center
30 Prospect Ave
Hackensack NJ 07601-1912

Reyes, Xavier
MRN: 103210846, DOB: 10/27/2017, Sex: M
Acct #: 2004003849
Adm: 5/7/2019, D/C: 5/7/2019

**Encounter-Level E-Signature Documents: (continued)**

**10. MEDICARE PAYMENT REQUEST:** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that direct payment of authorized benefits be made on my behalf. I assign benefits payable for physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment. *THE SERVICE YOU RECEIVE MAY NOT BE COVERED BY YOUR MEDICARE INSURANCE. IN THIS EVENT YOU WILL BE RESPONSIBLE FOR ALL CHARGES NOT COVERED. For Medicare Inpatients: I have received "AN IMPORTANT MESSAGE FROM MEDICARE" / "TRICARE" and I understand my rights as outlined in this document.*

**11. MEDICAID Services:** I certify that services covered by this claim have been received and I request that payment for these services be made on my behalf. I assign the benefits payable for medical center services to the medical center furnishing care and the benefits payable for physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicaid for payment on my behalf. I authorize the release of my medical information necessary to process this claim in accordance with program policy.

**12.** I authorize the medical center, its providers, and agents, including debt collectors, to contact me at any wireless or residential phone number that I provide or which is listed in my name. I agree that this contact may be by way of live operator, artificial or pre-recorded voice, or auto-dialer technologies for any permissible purpose, including communications about my account communications, which communications may contain protected health information. In order to revoke this authorization, I must provide Hackensack Meridian Health written notice directed to "Patient Accounts". For Questions and/or concerns please contact Customer Service for the above named medical center using the phone number provided on our website at www.hackensackmeridian.org under the "Patients and Visitors" tab, Billing & Insurance - Customer Service.

I have read the information contained above, any questions I had have been answered, and I understand its contents. I attest that my personal information provided to the hospital is correct. I understand that providing incorrect information for the purpose of avoiding payment or for any other reason may be considered a violation of state and/or federal law.

_Jallain Raya_           Date/Time: 5/6/2019, 10:21:48 PM

Patient's Signature

Date/Time: **5/6/2019, 10:21:48 PM**

Witness Type: ⬚ Next of Kin/Power of Attorney (if applicable) ⬚ Witness ⬚ HMH Employee

**END OF REPORT**



**TENAFLY PEDIATRICS P.A.**
**Pediatrics and Adolescent Medicine**

# REYES, XAVIER

18M 12D old Male, DOB: 10/27/2017
Account Number: 784245
9 EAST PALISADES BLVD , APT 2A , PALISADES PARK ,
NJ-07650
Home: 201-341-2354
Guarantor: REYES, MARIA   Insurance: UNITED HEALTH
CARE
Appointment Facility: Fort Lee - Tenafly Pediatrics, PA

---

05/08/2019                                    Progress Notes:  YVETTE STARER, MD

### Reason for Appointment
1. Fever, vomit/ankle

### History of Present Illness
ENT/respiratory:
  fever yes, tactile x 1day, took Tylenol. nasal discharge none. cough none. ear pain none. sick contacts no. stomach ache no. vomiting several times this am. Accompanied by Mother.
  fractured his left ankle x 3 days ago.
Dermatology:
  rash none.

### Current Medications
None

### Past Medical History
  Born at HUMC at 39 weeks via C-sec.
  Eczema.
  Left ankle fx 5/2019.

### Allergies
N.K.D.A.

### Review of Systems
General:
  appetite normal.  energy level unchanged.
M. Doherty, RMA.

### Vital Signs
Sick Wt(naked) 23.563, Temp 101.8, Method t.

### Examination
General Exam:
  General appearance: alert, well hydrated, no distress.
  HEENT: TMs normal, pharynx and tonsils normal.
  Oral cavity: erythematous tonsils.
  Neck: supple, no lymphadenopathy.
  Heart: no murmurs, RRR, normal S1S2.
  Lungs: clear to auscultation.
  Abdomen: soft, NT/ND, no HSM, BS present.
  Extremities: warm, well-perfused.
  Skin: normal.
  Neurologic exam: nonfocal.

### Assessments

---

Patient: REYES, XAVIER   DOB: 10/27/2017   Progress Note: YVETTE STARER, MD   05/08/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://10.100.1.5:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounte...   5/30/2019

1. Viral infection - B34.9 (Primary)

## Treatment
### 1. Viral infection
Notes: fever control. follow up prn if not improved.
signs of dehydration and worsening abdominal pain, continued vomiting discussed, then go to ER. Start gatorade/pedialyte
and advance slowly as tolerated.

### 2. Others
Notes: ankle fracture: referred to peds ortho, names supplied.

#### Labs
Lab: Rapid Strep- in-house    Negative
Lab: Strep Culture - in-house    Negative

## Procedure Codes
87880 Rapid Strep
87070 Strep

## Follow Up
call later today

*[signature]*

**Electronically signed by Yvette Starer , MD on 05/10/2019 at 09:56 AM EDT**

**Sign off status: Completed**

Fort Lee - Tenafly Pediatrics, PA
301 Bridge Plaza North
Fort Lee, NJ 07024-5059
Tel: 201-592-8787
Fax: 201-592-6350

Patient: REYES, XAVIER   DOB: 10/27/2017   Progress Note: YVETTE STARER, MD   05/08/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*


englewood
orthopedic
associates

## PATIENT HISTORY

Patient Name: __Xavier Reyes__  Height: _____  Weight: __23.5 lbs__  Today's Date: __5/9/19__

Age __18 months__  Date of Birth __10/27/2017__  Who Referred You: __Dr. Starer__

Name of Primary Care/Family Physician: __Terafly Pediatrics__

Emergency Contact: __Luis Reyes__  Phone #: __646-630-2671__

### CHIEF COMPLAINT
Why are you seeing the doctor today? __fracture ankle__
_____
_____
_____

Have you been treated for this problem?  (✓) No  ( ) Yes

Date of injury / Onset of problem: __5/6/19__

Current problem is the result of a(n): CHECK all that apply
☐ Car Accident  ☐ Work Accident  ☑ Other Accident  State accident occurred in: _____

### PAST MEDICAL HISTORY *(are you currently receiving treatment or have you received treatment in the past for any of the following conditions?)*

| Yes | No | | Yes | No | | Yes | No | | Yes | No | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | Anemia | | ✓ | Diabetes | | ✓ | Low Blood Pressure | | ✓ | Sexually Transmitted Disease |
| | ✓ | Arthritis | | ✓ | Epilepsy | | ✓ | Lung Problems | | ✓ | Stroke |
| | ✓ | Asthma | | ✓ | Heart Disease | | ✓ | Phlebitis/Blood Clots | | ✓ | TB |
| | ✓ | Birth Defects | | ✓ | Hepatitis | | ✓ | Polio | | ✓ | Thyroid Disease |
| | ✓ | Bladder Problems | | ✓ | HIV | | ✓ | Psychological | | ✓ | Ulcer |
| | ✓ | Bleeding Disorder | | ✓ | High Blood Pressure | | ✓ | Recurrent Infection | | ✓ | Currently Pregnant |
| | ✓ | Bowel Problem(s) | | ✓ | Kidney Disease | | ✓ | Rheumatic Fever | | | |
| | ✓ | Cancer | | ✓ | Intestinal Disorder | | ✓ | Scarlet Fever | | | |

Please specify any other medical problems: _____
_____
_____

### DRUG ALLERGIES: *Please describe any drug symptom(s) you have, listing your common reaction and treatment for this problem*

| Allergy To (drug name) | Reaction (itching, cough, hives, etc) | How is/was reaction treated: |
|---|---|---|
| | | |
| | | |
| | | |

(✓) I do NOT have any known drug allergies

### SURGICAL HISTORY:

| Surgery/Hospitalizations | Year | Any complications |
|---|---|---|
| | | |
| | | |
| | | |

Have you ever had any problem with anesthesia?  (✓) No  ( ) Yes - describe: _____

*Over please*

Reviewed by _____

**FAMILY HISTORY:** *(Have mother, father, grandparents, brothers or sisters been treated in the past or are currently receiving treatment for any of the following conditions?)*

____Cancer    ____Diabetes    ____Heart Disease    ____Tuberculosis    ____Kidney Disease    ✓Arthritis
____None of these    ____Other (specify)

## PLEASE LIST HEALTH STATUS OR CAUSE OF DEATH FOR THE FOLLOWING FAMILY MEMBERS:

Mother: _Maria Reyes_    Father: _Luis Reyes_

### SOCIAL HISTORY

Marital Status: ( ) Single    ( ) Married    ( ) Divorced    ( ) Separated    ( ) Widowed

( ) Employed - occupation_____    ( ) Work in home    ( ) Student    ( ) Retired

Children? ( ) No    ( ) Yes - #_____    Do you live alone? ( ) No    ( ) Yes

Smoking currently? ( ) No    ( ) Yes    ____ # packs per day for_____ years.

Do you consume alcohol products? ( ) No    ( ) Yes    if yes, amount and frequency_____

**REVIEW OF SYSTEMS:** *Please mark the following symptoms you have experienced on a regular basis*

**GENERAL**
✓ fever
____ night sweats
____ weight gain
____ weight loss

**EYES**
____ blurring
____ eyestrain
____ glasses/contacts
____ discharge

**THROAT**
____ soreness
____ hoarseness
____ difficulty swallowing

**GASTROINTESTINAL**
____ nausea
✓ vomiting
____ belching
____ diarrhea

**SKIN**
____ eruptions/rashes
____ cyanosis (bluish tint)
____ jaundice (yellow tint)

**EARS**
____ deafness
____ ringing in ears
____ pain
____ discharge

**GENITOURINARY**
____ pain
____ frequent urination
____ incontinence

**NEUROMUSCULAR**
____ fever
____ night sweats
____ weight gain
____ weight loss

**HEAD**
____ headache
____ fainting/blackouts
____ trauma

**NOSE**
____ sinusitis
____ obstruction

**CARDIOVASCULAR**
____ chest pain
____ rapid/throbbing heartbeat
____ faintness
____ fluid/swelling in extremities

**RESPIRATORY**
____ chest pain
____ difficulty breathing
____ bloody sputum
Date of last chest x-ray_____

**FEMALE REPRODUCTIVE:**
Are you or could you be pregnant? ( ) No    ( ) Yes

**MEDICATIONS:** *Please list all medications you take with or without a prescription (use additional paper if needed)*

| Medication Name | Dosage / # per day | Reason you take this | Any side effects |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Patient signature: _Maria Reyes_    Date: _5/9/19_
Reviewed by: _____, M.D.    Date: _____
Annual update *(to be completed after one year)*: There are NO CHANGES to the above information in my medical history.

Patient Signature: _____    Date: _____



### englewood orthopedic associates

**Reyes, Xavier**
18M 13D old Male, DOB: 10/27/2017
Account Number: 293704
9 E PALISADES BLVD, APT 2A, PALISADES PARK, NJ-07650-1659
Home: 201-341-2354
Guarantor: Reyes, Maria   Insurance: United Healthcare
Payer ID: 87726
PCP: Yvette R Starer
Appointment Facility: EOA - Paramus

05/09/2019                                                   Peter A Salob, MD

**Current Medications**
Taking
• none

**Past Medical History**
Per Father otherwise healthy

**Surgical History**
denies

**Family History**
No Family History documented.

**Social History**
General:
Smoking Are you a: nonsmoker. Alcohol Screening Points 0, Interpretation Negative. Marital Status: single.

**Allergies**
N.K.D.A.

**Review of Systems**
ROS/PAS:
Eyes denies.  Ears, Nose, Throat denies. Neck pain denies.  Numbness denies.  Lungs, Breathing denies.  Digestion denies.  Bowel Movement denies.  Bladder, Prostate denies. Infections denies.  Psychological Problems denies.

**Reason for Appointment**
1. NP Left Ankle FX 5/6/19

**History of Present Illness**
Lower Leg:
18 month 13 day old male presents with c/o of left lower leg pain.
Mom/Dad states that he goes with him to the gym. He goes to daycare there. When he is done Xavier usually runs to dad. Three days ago he was carried by personel to his dad. When they got home he was not able to put weight on it. He tried to walk and fell. He cried uncntrollably. Parents took him to HUMC where xrays taken there were read for a fracture. He was placed in a splint. Prior issues has not occured. Denies numbness or tingling down leg, prior injuries, or similar episodes.

**Vital Signs**
Ht /, Wt 23, BP /, HR /, Pain Scale /.

**Examination**
Imaging Studies:
Tibia/Fibula X-Ray: faint lucency in the distal tibia.

**Assessments**
1. Closed nondisplaced spiral fracture of shaft of left tibia, initial encounter - S82.245A (Primary)

**Treatment**
**1. Closed nondisplaced spiral fracture of shaft of left tibia, initial encounter**
Notes: Xrays show a faint fracture, consistent with a toddler spiral fracture. Discussed with parents that this is a stable fracture. He was placed in a cast for 3 weeks. He should be walking in 10 days. Will follow up in 3 weeks. for repeat xrays in the cast and examination.

**Procedures**
Casting:
Short leg cast(SLC)  the cast was applied in the usual fashion. The patient was instructed to keep the cast clean and dry. Also to call the office with any problems with the cast.

---

Patient: Reyes, Xavier   DOB: 10/27/2017    Progress Note: Peter A Salob, MD    05/09/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://192.168.0.106:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encou...    6/8/2019

**Follow Up**
3 Weeks

**Electronically Signed by Peter Salob MD, MD on 06/08/2019 at 01:22 PM EDT.**

**Sign off status: Pending**

EOA - Paramus
1 West Ridgewood Avenue
Paramus, NJ 076522359
Tel: 201-569-2770
Fax: 201-569-1774

Patient: Reyes, Xavier   DOB: 10/27/2017   Progress Note: Peter A Salob, MD   05/09/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

MRN:103210846



Patient:Reyes, Xavier

## HACKENSACK UNIVERSITY MEDICAL CENTER
### DEPARTMENT OF RADIOLOGY
Radiology Consultation
Confidential Medical Information. If you received this document in error,
please call (551) 996-2640 immediately.

| | | | |
|---|---|---|---|
| Ord Prov: | Rytza M Lamour, MD | PCP: | Starer, Yvette |
| | HUMC PEDS EMERGENCY ROOM | Auth Prov: | Rytza M Lamour |
| | 30 PROSPECT AVE | | |
| | HACKENSACK NJ 07601 | | |

| | | | |
|---|---|---|---|
| Location: | HUMC MAIN HOSPITAL | DOB: | 10/27/17 Sex: Male |
| Service Date: | 05/07/2019 | Billing #: | |
| Pt Class: | Emergency | Accession#: | 20888551 |

## Final

**Procedure:**     XR ANKLE COMPLETE LEFT

**Ordering Diagnosis:**     None Specified
**Reason For Exam:**     Injury at school

TECHNIQUE: Left ankle 4 views

COMPARISON: No priors

HISTORY: Injury at school

FINDINGS:

Reyes, Xavier (MRN 103210846) Printed at 5/9/19 1302

Patient: Reyes, Xavier (MRN #: 103210846)

Best seen on the frontal view is thin obliquely oriented lucency in the mid to distal tibia suggesting probably nondisplaced spiral fracture. No displaced fractures are identified and there is no malalignment. No significant soft tissue swelling. No abnormality of the ankle.

## IMPRESSION:

1. Best seen on the first view is obliquely oriented lucency involving the mid to distal femur suggesting nondisplaced spiral fracture in the appropriate clinical context. Consider orthopedics follow-up and follow-up plain films as needed.
2. Normal alignment of the left ankle without additional acute fracture.

| | | |
|---|---|---|
| Dictated: James G S Bramlette, MD | 5/7/19 | |
| Signed: James G S Bramlette, MD | 5/7/19 | 0112 |

CC:

**Hackensack Meridian *Health* Test Results Release Policy for MyChart:** Test results are available for patients to view through their HMH MyChart account. Most outpatient test results will be sent after 3 business days. Breast imaging with pathology results are sent to MyChart after 16 calendar days. Sensitive test results (genetic tests, cancer markers, anatomic pathology, HIV, STD, Hepatitis, and pregnancy) will be displayed after 14 calendar days.



**englewood orthopedic associates**

**Reyes, Xavier**
19M 3D old  Male, DOB: 10/27/2017
Account Number: 293704
9 E PALISADES BLVD, APT 2A, PALISADES PARK, NJ-
07650-1659
Home: 201-341-2354
Guarantor: Reyes, Maria   Insurance: United Healthcare
Payer ID: 87726
PCP: Yvette R Starer
Appointment Facility: EOA - Paramus

05/30/2019                                        Progress Notes:  Peter A Salob, MD

## Current Medications
Taking
- none
- Medication List reviewed and reconciled with the patient

## Past Medical History
Per Father otherwise healthy

## Surgical History
denies

## Family History
No Family History documented.

## Social History
General:
Smoking  Are you a:  nonsmoker. Alcohol Screening  Did you have a drink containing alcohol in the past year?  No, Points 0, Interpretation  Negative. Marital Status: single.

## Allergies
N.K.D.A.

## Review of Systems
ROS/PAS:
Eyes denies. Ears, Nose, Throat denies. Neck pain denies. Numbness denies. Lungs, Breathing denies. Digestion denies. Bowel Movement denies. Bladder, Prostate denies. Infections denies. Psychological Problems denies.

## Reason for Appointment
1. FU nondisplaced spiral fracture of shaft of left tibia

## History of Present Illness
Fracture Follow Up:
Here for follow up of the left tibia fracture. Since the fracture it is now three weeks. Has been Immobilized in a short leg cast. Pain since last visit is much improved. Dad states that he has been running around in the cast.

## Vital Signs
Ht /, Wt 23, BP /, HR /, Pain Scale /.

## Examination
Imaging Studies:
Tibia/Fibula X-Ray: good healing in the distal tibia.

## Assessments
1. Closed nondisplaced spiral fracture of shaft of left tibia with routine healing - S82.245D (Primary)

## Treatment
**1. Closed nondisplaced spiral fracture of shaft of left tibia with routine healing**
Notes: Xrays show good healing. Cast was removed. Discussed with parents that he is going to take a step backwards, in regards to walking, he will probably walk with a limp for the next month. Will follow up in 3 weeks. for repeat xrays and examination.

## Follow Up
3 Weeks

**Electronically Signed by Peter Salob MD, MD on 06/08/2019 at 01:22 PM EDT.**

**Sign off status: Pending**

Patient: Reyes, Xavier   DOB: 10/27/2017    Progress Note: Peter A Salob, MD    05/30/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://192.168.0.106:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encou...    6/8/2019

**EOA - Paramus**
**1 West Ridgewood Avenue**
**Paramus, NJ 076522359**
**Tel: 201-569-2770**
**Fax: 201-569-1774**

**Patient: Reyes, Xavier   DOB: 10/27/2017   Progress Note: Peter A Salob, MD   05/30/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# englewood orthopedic associates

## Reyes, Xavier

19M 30D old  Male, DOB: 10/27/2017
Account Number: 293704
9 E PALISADES BLVD, APT 2A, PALISADES PARK, NJ-07650-1659
Home: 201-341-2354
Guarantor: Reyes, Maria   Insurance: United Healthcare
PCP: Yvette R Starer
Appointment Facility: Englewood Orthopedic Associates

---

**06/26/2019**                                          **Progress Notes:  Peter A Salob, MD**

### Current Medications
Taking
- none
- Medication List reviewed and reconciled with the patient

### Past Medical History
Per Father otherwise healthy

### Surgical History
denies

### Family History
No Family History documented.

### Social History
General:
Smoking  Are you a:  nonsmoker. Alcohol Screening  Did you have a drink containing alcohol in the past year?  No, Points 0, Interpretation  Negative. Marital Status: single.

### Allergies
N.K.D.A.

### Review of Systems
ROS/PAS:
    Eyes denies. Ears, Nose, Throat denies. Neck pain denies. Numbness denies. Lungs, Breathing denies. Digestion denies. Bowel Movement denies. Bladder, Prostate denies. Infections denies. Psychological Problems denies.

### Reason for Appointment
1.  FU nondisplaced spiral fracture of shaft of left tibia

### Assessments
1. Closed nondisplaced spiral fracture of shaft of left tibia with routine healing - S82.245D (Primary)

### Treatment
1. Closed nondisplaced spiral fracture of shaft of left tibia with routine healing
Notes: Xrays show good healing. Patient can return to all activities. Will follow up on a as needed basis.

### Follow Up
prn

### History of Present Illness
Fracture Follow Up:
    Here for follow up of the left tibia fracture. Since the fracture it is now seven weeks. Pain since last visit is much improved.

### Vital Signs
Ht /, Wt 23, BP /, HR /, Pain Scale /.

### Examination
Imaging Studies:
    Tibia/Fibula X-Ray: good healing in the distal tibia.

### Procedure Codes
73590 X-RAY/TIBIA & FIB/ ANT & LAT

---

Patient: Reyes, Xavier   DOB: 10/27/2017   Progress Note: Peter A Salob, MD   06/26/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://10.80.90.8:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encount...   12/12/2019

**Electronically Signed by Peter Salob MD, MD on 06/28/2019 at 08:39 AM EDT.**

**Sign off status: Completed**

---

**Englewood Orthopedic Associates**
**401 S Van Brunt Street**
**Englewood, NJ 076314600**
**Tel: 201-569-2770**
**Fax: 201-569-1774**

---

Patient: Reyes, Xavier   DOB: 10/27/2017   Progress Note: Peter A Salob, MD   06/26/2019

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Reyes, Xavier (MR # 51176494) DOB: 10/27/2017

## Patient Information

| Patient Name | MRN | Sex | DOB | Age |
|---|---|---|---|---|
| Xavier Reyes | 51176494 | Male | 10/27/2017 (2 y.o.) | |

## Progress Notes by Peter A Salob, MD at 11/27/2019 11:20 AM

| | | |
|---|---|---|
| Author: Peter A Salob, MD | Service: — | Author Type: Physician |
| Filed: 12/2/2019 11:44 AM | Encounter Date: 11/27/2019 | Status: Signed |
| Editor: Peter A Salob, MD (Physician) | | |

### Englewood Orthopedic Associates
Englewood Health - Physicians Network
401 S. Van Brunt Street
Englewood, NJ 07631
(201) 569-2770

| | |
|---|---|
| **Patient Name:** | Xavier Reyes |
| **MRN:** | 51176494 |
| **Age:** | 2 y.o. |
| **D.O.B.** | 10/27/2017 |

**Chief Complaint:** Ankle Injury (Closed nondisplaced spiral fracture of shaft of left tibia )

**History**

Xavier is a 2 y.o. male who presents today for left leg pain. Mom states that a few months after the cast was removed he started limping again. She does not know of other injury.

Histories, Allergies, and Medications were reviewed with the patient during this visit.

**Review of Systems:**

Const: No fever or chills.
Eyes: No visual changes.
ENT: No epistaxis or congestion.
Resp: No shortness of breath, cough, or wheezing.
Cardio: No chest pain, palpitations, or lightheadedness.
GI: No abdominal pain, nausea or vomiting, or diarrhea.
GU: No urinary frequency, hematuria, or dysuria.
MSK: See HPI
Skin: No rashes.
Neuro: No confusion, headache, or focal weakness.
Psych: No depression or anxiety.
Lymph: No lymphadenopathy.
All other systems were reviewed and are negative.

**Physical Exam:**

**Left Leg**
Inspection: No swelling, Ecchymosis: none

Reyes, Xavier (MR # 51176494) DOB: 10/27/2017

**Alignment: normal**
**Palpation: Non-Tender throughout**
**Calves: calf soft and non-tender. Homman sign - Negative**
**Achilles: Non-tender, full ROM**
**Passive ROM: Full**
**Active Resisted Motion: Inversion - No pain, Eversion - No pain, DF - no pain, PF - no pain.**
**Reflexes: Achilles, Patella - 2+**
**Sensation - Intact, Motor - Intact**

Imaging
X-rays Left Tib/Fib: 2 views of the Tibia/Fibula - demonstrate no evidence of bony
abnormalities.

**Assessment / Plan:**

**1. Closed displaced spiral fracture of shaft of left tibia with routine healing, subsequent**
**encounter**

Xrays show that the fracture is totally healed. It could be that he stepped awkardly and injured
his leg again. I had him walk in the office and he does not look in any pain. Not really favoring
the leg. Will see him back in a month if he is still limping at which time we talked about
physical therapy.

**Follow up: Return in about 2 months (around 1/27/2020).**

Electronically Signed By: Peter A Salob, MD
Contact #: Dept: 201-569-2770
Electronically signed by Peter A Salob, MD at 12/2/2019 11:44 AM

## Revision History Audit Trail

| Date/Time | User | Provider Type | Action |
| --- | --- | --- | --- |
| 12/2/2019 11:44 AM | Peter A Salob, MD | Physician | Sign |
| 12/2/2019 11:44 AM | Peter A Salob, MD | Physician | Sign when Signing Visit |
| 11/27/2019 12:14 PM | Peter A Salob, MD | Physician | Sign when Signing Visit |

Englewood Orthopedic Associates
Patient Transaction Report
Patient Name: Reyes,Xavier
DOB: 10/27/2017 ; Record #: 293704 ; Acct #: 293704
Date Range: 07/09/2015-06/07/2019

| Provider | Bill# | Encounter | SDate | Code/CPT | Amount |
|---|---|---|---|---|---|
| Salob,Peter A | 645473 | 1309694 | 05/09/2019 | 99203 New Patient/Office Visit-3 | 250.00 |
| Salob,Peter A | 645473 | 1309694 | 05/09/2019 | 29405 SHORT LEG CAST, NON WEIGHT BEARING | 327.00 |
| Salob,Peter A | 645473 | 1309694 | 05/09/2019 | Q4040 CAST SPL SHORT LEG CAST PED FIBRGLS | 40.00 |
| | 645473 | 1309694 | 05/29/2019 | United Healthcare (adjust) | -370.26 |
| | 645473 | 1309694 | 05/29/2019 | United Healthcare | -197.40 |
| | | | | Balance | 49.34 |
| Salob,Peter A | 649201 | 1309811 | 05/30/2019 | 99213 Established Patient/Office Visit-3 | 165.00 |
| Salob,Peter A | 649201 | 1309811 | 05/30/2019 | 73590 X-RAY/1IBIA & FIB/ ANT & LAT | 127.00 |
| | | | | Balance | 292.00 |

| | |
|---|---|
| Total Charges | 909.00 |
| Total Payments | -197.40 |
| Total Contractual Adjustments | -370.26 |
| Total Insurance Withheld | 0.00 |
| Total Writeoff/ Adjustments | 0.00 |
| Total Refunds | 0.00 |
| Total Balance | 341.34 |