**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                                             :
In re                                                        :        Chapter 11
                                                             :
RS FIT NW LLC,                                               :        Case No. 20–11568 (KBO)
                                                             :
                     Reorganized Debtor.                     :
                                                             :
------------------------------------------------------------ x

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned case:

| DATE | TIME |
|------|------|
| July 26, 2022 | 1:00 p.m. prevailing Eastern Time |
| August 25, 2022 | 9:00 a.m. prevailing Eastern Time |
| September 28, 2022 | 9:00 a.m. prevailing Eastern Time |

**Dated: June 3rd, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:229412.13 00162/001