UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

In re:

RS FIT NW LLC

      Reorganized Debtor

Chapter 13

Case No. 20-11568 (KBO)

---

**CREDITOR BRIANA MAKELMI'S OBJECTION TO THE COMPANY'S FORTY-EIGHTH OMNIBUS OBJECTION TO CERTAIN "NO LIABILITY" CLAIMS**

1. I am an attorney duly admitted to practice in the State Courts New York and the Federal Courts, including bankruptcy courts in the Eastern and Southern District Court in New York. I am not admitted to practice in Delaware. I am submitting this objection as an attorney under the authority of Local Rule 9010-1 e iii in that I am appearing solely for the purpose of objecting to the rejection of ALL of Briana Makelemi's claims and to advise the court of a resolution of any remaining claim.

2. My client is Briana Makelemi. I represent Ms. Makelemi for a personal injury matter. Ms. Makelemi was injured at the Valley Stream New York 24 Hour Fitness because of the negligence of one of the employees there, namely her personal trainer. As a direct and proximate result of said negligence, Ms. Makelemi sustained serious permanent personal injuries.

3. My client filed a claim against a number of 24 Hour Fitness corporate entities as she did not know which corporate entity employed the trainer or owned the facility where she worked out. These claims all allege similar facts and injuries.

4. I received this purposed objection to a variety of claims alleging "no liability". Aside from a bald assertion that there is "no liability", counsel for the Reorganized Debtor failed to file a single shred of "evidence" that the claim is a no liability claim such as an affidavit from the trainer, medical records etc. Accordingly, at least one of Ms. Makelemi's claim should stand.

5. Since receiving this objection, I have spoken with counsel for the Reorganized Debtor, Eric Sherman of Ropes and Gray. He stated that he would only object to multiple claims, but would allow claim number 23794 for Ms. Makelemi to proceed. As the court can

see from the email annexed hereto as Exhibit A, Mr. Sherman has made it clear that he will allow that claim to proceed and that the Reorganized Debtor will pay on that claim.

6. Accordingly, should the court disallow certain of Ms. Makelemi's claims, she respectfully requests that in any Order, her claim number 23794 should be permitted to proceed.

Dated: Valley Stream, New York
June 7, 2022

Yours, etc.

Law Office of Ellen Zweig PC
70 Sunrise Highway, Suite 500
Valley Stream, New York  11581
212-677-7785

Mailing Address
PO Box 731
Valley Stream, New York  11582

TO:  Pachulski Stang Ziehl and Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware  19899-8705

Ropes and Gray
1211 Avenue of the Americas
New York, New York  10036



## 24HF - Makelemi

**From:** "Sherman, Eric" <Eric.Sherman@ropesgray.com>
**To:** "ezweig@mail.com" <ezweig@mail.com>
**Date:** Jun 1, 2022 3:12:15 PM

Ellen,

As discussed, we will remove one claim (claim number 23794) from the omnibus objection and that claim will remain outstanding. The other claims will stay on the objection. And as I mentioned, it does not matter which debtor-entity the claim exists against.

I'll be filing a certification of counsel in the next few weeks with a revised schedule that reflects this. Let me know of any questions.

Eric

**Eric Sherman**
**ROPES & GRAY LLP**
T +1 212 596 9147 | M +1 908 930 2844
1211 Avenue of the Americas
New York, NY 10036-8704
Eric.Sherman@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

Affirmation of Service

Ellen Zweig, an attorney duly admitted to practice law in the State of New York, hereby affirms the following under penalty of perjury pursuant to CPLR 2106:

I am an attorney admitted to practice law in the State of New York. I served the enclosed Objection on the attorneys for the Reorganized Debtor at :

Pachulski Stang Ziehl and Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware  19899-8705

Ropes and Gray
1211 Avenue of the Americas
New York, New York  10036

By depositing same in an official depository of the US Postal Service in the State of New York with the proper postage paid on June 8, 2022.

Dated: Valley Stream, New York
       June 8, 2022

Ellen Zweig