**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | Chapter 11 |
| RS FIT NW LLC,[1] | Case No. 20-11568 (KBO) |
| Reorganized Debtor. | Re: Docket No. 1646, Case No. 20-11558-KBO |

---

**NOTICE OF WITHDRAWAL OF MOTION OF MEPT WESTWOOD VILLAGE, LLC FOR PAYMENT OF POSTPETITION RENT AND ALLOWANCE OF ADMINISTRATIVE CLAIMS [Docket No. 1646, Case No. 20-11558-KBO]**

MEPT Westwood Village, LLC ("Landlord") filed Claim No. 27309, which included its administrative priority claim for post-petition rent in the amount of $121,613.57. The Reorganized Debtor has agreed that upon withdrawal of Landlord's Motion of MEPT Westwood Village, LLC for Payment of Postpetition Rent and Allowance of Administrative Claims [Docket No. 1646, Case No. 20-11558-KBO] (the "Motion"), Claim No. 27309 will be an allowed claim. Accordingly, Landlord hereby withdraws its Motion.

DATED: June 28, 2022       **Respectfully submitted,**

By: /s/ James Tobia
James Tobia (#3798)
*The Law Office of James Tobia, LLC*
1716 Wawaset Street
Wilmington, DE  19806
(302) 655-5303
jtobia@tobialaw.com

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [Docket No. 7], the remaining Reorganized Debtors' chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

*-and-*

By: *s/ Chase C. Alvord*
    Chase C. Alvord, WSBA #26080
    Tousley Brain Stephens PLLC
    calvord@tousley.com
    1700 Seventh Avenue, Suite 2200
    Seattle, WA 98101
    Tel:  (206) 682-5600/Fax:  (206) 682-2992
    (admitted *pro hac vice*)
    (lead counsel)

*Attorneys for MEPT Westwood Village, LLC*