UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re: RS FIT NW LLC,    Case No. 20-11568
Reorganized Debtor

Debtor(s)    ☐ Jointly Administered

# CORRECTED Post-confirmation Report     Chapter 11

Quarter Ending Date: 03/31/2022    Petition Date: 06/15/2020

Plan Confirmed Date: 12/22/2020    Plan Effective Date: 12/29/2020

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

◯ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Peter J. Keane    Peter J. Keane
Signature of Responsible Party    Printed Name of Responsible Party

07/06/2022    Pachulski Stang Ziehl & Jones LLP
Date    919 N. Market Street, 17th Floor
Wilmington, DE 19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)    1

Debtor's Name: RS FIT NW LLC, Reorganized Debtor
Case No. 20-11568

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $1,261,676 | $25,561,829 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $58,650 | $250,535 |
| d. Total transferred (a+b+c) | $1,320,326 | $25,812,364 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $63,268,146 | $0 | $63,268,146 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| i | Weil, Gotshal & Manges LLP | Lead Counsel | $0 | $12,692,742 | $0 | $12,692,742 |
| ii | Ropes & Gray LLP | Co-Counsel | $0 | $268,168 | $0 | $268,168 |
| iii | FTI Consulting Inc. | Financial Professional | $0 | $7,409,593 | $0 | $7,409,593 |
| iv | Lazard Ltd | Financial Professional | $0 | $11,593,615 | $0 | $11,593,615 |
| v | Pachulski Stang Ziehl & Jones L | Local Counsel | $0 | $776,932 | $0 | $776,932 |
| vi | Deloitte Tax LLP | Financial Professional | $0 | $1,625,860 | $0 | $1,625,860 |
| vii | Prime Clerk LLC | Other | $0 | $13,235,583 | $0 | $13,235,583 |
| viii | Hilco Real Estate, LLC | Other | $0 | $11,375,000 | $0 | $11,375,000 |
| ix | PricewaterhouseCoopers | Financial Professional | $0 | $729,188 | $0 | $729,188 |
| x | Cooley LLP | Other | $0 | $1,958,339 | $0 | $1,958,339 |
| xi | Morris James LLP | Other | $0 | $219,754 | $0 | $219,754 |
| xii | AlixPartners LLP | Other | $0 | $1,383,373 | $0 | $1,383,373 |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name RS FIT NW LLC, Reorganized Debtor                              Case No. 20-11568

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name RS FIT NW LLC, Reorganized Debtor    Case No. 20-11568

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $1,250,807 | $0 | $1,250,807 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Akin Gump | Special Counsel | $0 | $14,207 | $0 | $14,207 |
| | ii | Anderson Kill | Special Counsel | $0 | $74,936 | $0 | $74,936 |
| | iii | Brown Sims | Special Counsel | $0 | $208 | $0 | $208 |
| | iv | Cobalt LLP | Special Counsel | $0 | $1,040 | $0 | $1,040 |
| | v | Colliers International | Other | $0 | $107,109 | $0 | $107,109 |
| | vi | Daijogo & Pederson, LLP | Special Counsel | $0 | $22,346 | $0 | $22,346 |

UST Form 11-PCR (12/01/2021)              4

Debtor's Name  RS FIT NW LLC,                                                                        Case No.  20-11568
               Reorganized Debtor

|     |        |                                    |                  |     |           |     |           |
|-----|--------|------------------------------------|------------------|-----|-----------|-----|-----------|
|     | vii    | Dietze and Davis, P.C.             | Special Counsel  | $0  | $235      | $0  | $235      |
|     | viii   | DLA Piper                          | Special Counsel  | $0  | $16,859   | $0  | $16,859   |
|     | ix     | Hudson & Calleja, LLC              | Special Counsel  | $0  | $266      | $0  | $266      |
|     | x      | Kennedy & Couvillier               | Special Counsel  | $0  | $7,725    | $0  | $7,725    |
|     | xi     | Kennedys                           | Special Counsel  | $0  | $23,113   | $0  | $23,113   |
|     | xii    | Latham & Watkins LLP               | Special Counsel  | $0  | $243,398  | $0  | $243,398  |
|     | xiii   | Littler Mendelson, P.C.            | Special Counsel  | $0  | $6,403    | $0  | $6,403    |
|     | xiv    | Marshall and Stevens               | Other            | $0  | $70,200   | $0  | $70,200   |
|     | xv     | Morgan Lewis & Bockius             | Special Counsel  | $0  | $2,796    | $0  | $2,796    |
|     | xvi    | Morrison Foerster                  | Special Counsel  | $0  | $959      | $0  | $959      |
|     | xvii   | illsbury Winthrop Shaw Pittman     | Special Counsel  | $0  | $9,360    | $0  | $9,360    |
|     | xviii  | Prindle, Goetz, Barnes & Reinh     | Special Counsel  | $0  | $2,049    | $0  | $2,049    |
|     | xix    | Property Tax Solutions             | Other            | $0  | $69,139   | $0  | $69,139   |
|     | xx     | Reed Smith                         | Special Counsel  | $0  | $259,313  | $0  | $259,313  |
|     | xxi    | Thorndal Armstrong Delk Balke      | Special Counsel  | $0  | $943      | $0  | $943      |
|     | xxii   | Venable LLP                        | Special Counsel  | $0  | $177,938  | $0  | $177,938  |
|     | xxiii  | Wendel Rosen LLP                   | Special Counsel  | $0  | $58,318   | $0  | $58,318   |
|     | xxiv   | Ogletree, Deakins, Nash, Smoak     | Special Counsel  | $0  | $1,107    | $0  | $1,107    |
|     | xxv    | Lopez & Morales P.A.               | Special Counsel  | $0  | $1,111    | $0  | $1,111    |
|     | xxvi   | Greenup, Hartston & Rosenfeld      | Special Counsel  | $0  | $65,713   | $0  | $65,713   |
|     | xxvii  | Ritsema & Lyon, P.C. Attorney      | Special Counsel  | $0  | $6,092    | $0  | $6,092    |
|     | xxviii | Stewart Greenblatt, Manning &      | Special Counsel  | $0  | $5,395    | $0  | $5,395    |
|     | xxix   | Abrams, Fensterman, Fensterma      | Special Counsel  | $0  | $778      | $0  | $778      |
|     | xxx    | Goldberg Segalla                   | Special Counsel  | $0  | $1,751    | $0  | $1,751    |
|     | xxxi   |                                    |                  |     |           |     |           |
|     | xxxii  |                                    |                  |     |           |     |           |
|     | xxxiii |                                    |                  |     |           |     |           |
|     | xxxiv  |                                    |                  |     |           |     |           |
|     | xxxv   |                                    |                  |     |           |     |           |
|     | xxxvi  |                                    |                  |     |           |     |           |
|     | xxxvii |                                    |                  |     |           |     |           |
|     | xxxvii |                                    |                  |     |           |     |           |
|     | xxxix  |                                    |                  |     |           |     |           |
|     | xl     |                                    |                  |     |           |     |           |
|     | xli    |                                    |                  |     |           |     |           |
|     | xlii   |                                    |                  |     |           |     |           |
|     | xliii  |                                    |                  |     |           |     |           |
|     | xliv   |                                    |                  |     |           |     |           |
|     | xlv    |                                    |                  |     |           |     |           |
|     | xlvi   |                                    |                  |     |           |     |           |
|     | xlvii  |                                    |                  |     |           |     |           |
|     | xlviii |                                    |                  |     |           |     |           |

Debtor's Name RS FIT NW LLC, Reorganized Debtor   Case No. 20-11568

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvii | | | | | |
| | lxxxviii | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

Debtor's Name RS FIT NW LLC, Reorganized Debtor    Case No. 20-11568

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $64,518,953 | $0 | $64,518,953 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $1,470,548 | $37,837,210 | $37,837,210 | 100% |
| b. Secured claims | $0 | $110,992 | $8,524,488 | $8,524,488 | 100% |
| c. Priority claims | $0 | $0 | $2,472,273 | $2,472,273 | 100% |
| d. General unsecured claims | $1,500,000 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?    Yes ○    No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ○

UST Form 11-PCR (12/01/2021)    7

| | |
|---|---|
| Debtor's Name RS FIT NW LLC, Reorganized Debtor | Case No. 20-11568 |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Chris Nelson | Chris Nelson |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Financial Officer | 04/20/2022 |
| Title | Date |

Debtor's Name RS FIT NW LLC, Reorganized Debtor     Case No. 20-11568


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name RS FIT NW LLC, Reorganized Debtor

Case No. 20-11568


Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)    10