IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RS FIT NW LLC,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-11568 (KBO)<br><br>Ref Docket No. 461[2] |

### SECOND NOTICE OF WITHDRAWAL OF CERTAIN CLAIMS FROM THE REORGANIZED COMPANY'S SEVENTH NOTICE OF CLAIMS SATISFIED IN FULL

**PLEASE TAKE NOTICE** that on February 11, 2022, RS FIT NW LLC, the successor to debtor 24 Hour Fitness Worldwide, Inc. (the "Reorganized Debtor") and All Day Holdings LLC (together with the Reorganized Debtor, the "Reorganized Company"),[3] filed the *Reorganized Company's Seventh Notice of Claims Satisfied in Full* [Docket No. 461] (the "Seventh Satisfaction Notice")[4] identifying certain Claims listed in Exhibit A to the Seventh Satisfaction Notice, which shall be satisfied in the ordinary course in the Reorganized Company's business through dues credits, extension of membership terms, or otherwise, as applicable.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [Docket No. 7], the remaining reorganized debtor affiliates' (the "Reorganized Debtors") chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

[2] Docket numbers refer to RS FIT NW LLC (20-11568 (KBO)).

[3] Prior to the occurrence of the Effective Date (as defined below), the Reorganized Debtor was debtor and debtors-in-possession (collectively, with then debtor 24 Hour Fitness Worldwide Inc. and its affiliated debtors and debtors-in-possession, the "Debtors") in the above-captioned chapter 11 cases.

[4] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Seventh Satisfaction Notice.

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Company hereby withdraws, without prejudice, the following claims from the Seventh Satisfaction Notice:

| Claimant | Claim No. |
|---|---|
| Constance Bails | 27565 |
| John Bails | 27563 |

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Company expressly reserves the right to (a) amend, modify or supplement the Seventh Satisfaction Notice, and (b) file additional objections to any Claims in these chapter 11 cases (filed or not) that have been or may be asserted against the Debtors, including but not limited to the claims listed above, which are hereby removed from the Seventh Satisfaction Notice.

Dated: July 20, 2022
      Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

-and-

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
Eric M. Sherman (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090

*Attorneys for the Reorganized Company*