**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| RS FIT NW LLC,[1] | Case No. 20-11568 (KBO) |
| Reorganized Debtor. | **Re: Docket No. 660** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE REORGANIZED COMPANY'S FORTY-NINTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN NO LIABILITY CLAIMS**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

**PLEASE TAKE NOTICE** that on July 26, 2022, the reorganized debtor (the "Reorganized Debtor") and All Day Holdings LLC (together with the Reorganized Debtor, the "Reorganized Company"), in the above-captioned case, filed the *Reorganized Company's Forty-Ninth (Substantive) Omnibus Objection to Certain No Liability Claims* (the "Forty-Ninth Omnibus Objection") [Docket No. 660] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. A hearing on the Forty-Ninth Omnibus Objection is scheduled for August 25, 2022 at 9:00 a.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers (with all attachments) together with a copy of the Forty-Ninth Omnibus Objection. Copies of any Proof of Claim can be requested from the undersigned counsel to the Reorganized Company.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [Docket No. 7], the remaining Reorganized Debtors' chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

|  |  |
|---|---|
| Dated: August 11, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
|  | */s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400 |
|  | -and- |
|  | ROPES & GRAY LLP<br>Ryan Preston Dahl (admitted *pro hac vice*)<br>Eric M. Sherman (admitted *pro hac vice*)<br>1211 Avenue of the Americas<br>New York, NY  10036<br>Telephone:  (212) 596-9000<br>Facsimile:  (212) 596-9090 |
|  | *Counsel to the Reorganized Company* |

2