**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                                             :
In re                                                        :   Chapter 11
                                                             :
RS FIT NW LLC,                                               :   Case No. 20–11568 (KBO)
                                                             :
          Reorganized Debtor.                               :
                                                             :
------------------------------------------------------------ x

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned case:

| DATE | TIME |
|---|---|
| October 26, 2022 | 2:00 p.m. prevailing Eastern Time |
| November 29, 2022 | 2:00 p.m. prevailing Eastern Time |

**Dated: September 9th, 2022**
**Wilmington, Delaware**

*Ka B. O*
**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:229412.14 00162/001