| Reference | Footnote |
|---|---|
| Part 1(c) | In the ordinary course of business, the Company will engage in certain barter transactions whereby equipment is exchanged for freight services. While these barter transactions may not relate directly to the bankruptcy, they have been included by the Reorganized Debtor out of an abundance of caution.<br><br>Pursuant to the Plan, holders of general unsecured Membership Agreement Claims are entitled to receive a Gift Card of $25.00 or $50.00, depending on the value of their allowed claim. The face value of the Gift Cards issued is included in Part 1(c). |
| Part 3 | Pursuant to the Plan, holders of administrative, secured, and/or priority claims were not impaired. The amounts paid to holders of allowed claims as reflected in the table are not meant to be an admission of that claim's priority or classification status. |
| Part 3(a) | Primarily relates to the payment of various cure costs and other administrative expenses or claims. |
| Part 3(b) | Primarily relates to the payment of various liens. |
| Part 3(c) | Primarily relates to the payment of various tax and other priority amounts. |
| Part 3(d) | Pursuant to the Plan, certain holders of general unsecured claims (non-Membership Agreement related) are entitled to pro-rata distribution of up to the $1,500,000 General Unsecured Claim Recovery Cash Pool, not to exceed 1% of any claim amount.<br><br>Certain holders of general unsecured claims (specifically Membership Agreement related) are entitled to a Gift Card based on the value of their unsecured Membership Agreement Claim.<br><br>Certain holders of general unsecured claims (non-Membership Agreement related) are eligible to receive warrants in lieu of a cash recovery provided they meet the criteria in the Plan.<br><br>The total anticipated payments under the Plan represents the sum of the face value of Gift Cards issued to holders of general unsecured Membership Agreement Claims, and distributions made to holders of general unsecured non-Membership Agreement Claims. As previously noted, certain holders of general unsecured non-Membership Agreement Claims are entitled to a pro-rata distribution not to exceed 1% of any claim amount.<br><br>**As of the issuance of this PCR, all claims are in the process of being reviewed by the Reorganized Debtor and its advisors, and the claim objection deadline has been extended by the Court.** |