**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
                                                           :
In re                                                      :   Chapter 11
                                                           :
RS FIT NW LLC,                                             :   Case No. 20–11568 (KBO)
                                                           :
       Reorganized Debtor.                                 :
                                                           :
---------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned case:

| DATE | TIME |
| --- | --- |
| January 17, 2023 | 9:00 a.m. prevailing Eastern Time |
| February 14, 2023 | 9:00 a.m. prevailing Eastern Time |

Dated: November 21st, 2022
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:229412.15 00162/001