IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RS FIT NW LLC, | : | Case No. 20-11568 (KBO) |
| | : | |
| Reorganized Debtor.[1] | : | Jointly Administered |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Hanson Bridgett LLP and the Law Office of Susan E. Kaufman, LLC hereby withdraw their appearances as counsel to ACRE Investment Company, LLC (the "Creditor") in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that, the undersigned law firm of Montgomery McCracken Walker & Rhoads LLP and Rimon, P.C. hereby enter their appearances as counsel to Creditor in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 USC §§ 342 and 1109(b) and Fed. R. Bankr. P. 2002 and 9010, the undersigned counsel demands that notice of all matters, including, without limitation, distribution on claim no. 17593 that was allowed by Court order entered on February 18, 2022 at Docket No. 471, be served upon the following counsel:

| | |
|---|---|
| Montgomery McCracken Walker & Rhoads LLP<br>Attn: Marc J. Phillips<br>1105 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>Tel: (302) 504-7823<br>Fax : (215) 731-3777<br>Email: mphillips@mmwr.com | RIMON, P.C.<br>Attn : Jacquelyn H. Choi<br>2029 Century Park East, Suite 400N<br>Los Angeles, CA 90067<br>Tel: (310) 525-5859<br>Fax: (310) 525-5859<br>Email: jacquelyn.choi@rimonlaw.com |

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [RS FIT Docket No. 7], the remaining reorganized debtor affiliates' (the "Reorganized Debtors") chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

1

| | |
|---|---|
| Dated:  April 12, 2023 | LAW OFFICE OF SUSAN E. KAUFMAN, LLC<br><br>/s/  Susan E. Kaufman<br>Susan E. Kaufman  (No. 3381)<br>919 N. Market Street, Suite 460<br>Wilmington, DE 19801<br>Ph: (302) 472-7420<br>Fax: (302) 792-7420<br>*Former Attorneys for ACRE Investment Company, LLC* |
| Dated:  April 12, 2023 | HANSON BRIDGETT LLP<br><br>/s/  Nancy J. Newman<br>Nancy J. Newman<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Ph: (415) 995- 5052<br>Fax: (415) 995-3450<br>*Former Attorneys for ACRE Investment Company, LLC* |
| Dated: April 13, 2023 | MONTGOMERY MCCRACKEN WALKER & RHOADS LLP<br><br>/s/ Marc J. Phillips<br>Marc J. Phillips (No. 4445)<br>1105 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>(302) 504-7823<br>*Attorneys for ACRE Investment Company, LLC* |
| Dated: April 13, 2023 | RIMON, P.C.<br><br>By: _____<br>Jacquelyn H. Choi<br>2029 Century Park East, Suite 400N<br>Los Angeles, California 90067<br>Tel: (310) 525-5859<br>Email: Jacquelyn.Choi@rimonlaw.com<br>*Attorneys for ACRE Investment Company, LLC* |