**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
:
In re : Chapter 11
:
RS FIT NW LLC, : Case No. 20–11568 (KBO)
:
Reorganized Debtor. :
:
------------------------------------------------------------ x

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned case:

| DATE | TIME |
|---|---|
| June 28, 2023 | 10:30 a.m. prevailing Eastern Time |
| July 27, 2023 (virtual hearing only) | 9:30 a.m. prevailing Eastern Time |

**Dated: April 21st, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:229412.17 00162/001