**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
                                                             :
In re                                                        :    Chapter 11
                                                             :
RS FIT NW LLC,                                               :    Case No. 20–11568 (KBO)
                                                             :
                    Reorganized Debtor.                      :
                                                             :
------------------------------------------------------------ x
```

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned case:

| DATE | TIME |
|------|------|
| August 24, 2023 | 2:00 p.m. prevailing Eastern Time |
| September 26, 2023 | 9:30 a.m. prevailing Eastern Time |

**Dated: June 30th, 2023**
**Wilmington, Delaware**

*Ka B. O*
**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:229412.18 00162/001