## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------------------ x
|  |  : |  |
| --- | --- | --- |
| In re | : | Chapter 11 |
|  | : |  |
| RS FIT NW LLC, | : | Case No. 20–11568 (KBO) |
|  | : |  |
| Reorganized Debtor. | : |  |
|  | : |  |

------------------------------------------------------------ x

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned case:

| DATE | TIME |
| --- | --- |
| October 26, 2023 | 10:30 a.m. prevailing Eastern Time |
| November 28, 2023 | 10:30 a.m. prevailing Eastern Time |

**Dated: September 20th, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:229412.19 00162/001