**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| RS FIT NW LLC,[1] | : | Case No. 20-11568 (KBO) |
|  | : |  |
| Reorganized Debtor. | : |  |
|  | : |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 26, 2023 AT 4:00 P.M. (EASTERN TIME)[2]**

> **THE BELOW LISTED MATTERS HAVE BEEN RESOLVED OR ADJOURNED.**
> **THE COURT HAS CANCELLED THE HEARING.**

**RESOLVED MATTERS[3]**

1.   **Seventh Omnibus Claims Objection** – Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims [Filed: 4/19/21] (Docket No. 75).

     Response Deadline:    May 5, 2021 at 4:00 p.m. Eastern Time.

     Responses Received:

     a)    Response of Dennis R. Tolton [Filed: 5/12/21] (Docket No. 96).

           (i)    Response of Dennis R. Tolton [Filed: 5/12/21] (Docket No. 1798).

           (ii)   Notice of Deficiency [Filed: 5/12/21] (Docket No. 1799).

---

[1]  The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [Docket No. 7], the remaining Reorganized Debtors' chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

[2]  This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020.  Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov, or the documents may be obtained for free by accessing the Debtors' restructuring website at https://restructuring.primeclerk.com/24hourfitness.

[3]  Docket numbers refer to Case Nos. 20-11558 (KBO) and 20-11568 (KBO).

Related Documents:

a) Notice of Submission of Proofs of Claim in Connection with the Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims [Filed: 5/5/21] (Docket No. 87).

b) Certification of Counsel Regarding Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims [Filed: 5/17/21] (Docket No. 104).

c) [Signed] Order Sustaining the Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims [Filed: 5/17/21] (Docket No. 111).

d) Certification of Counsel Regarding Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims as It Relates to Claimant, Dennis R. Tolton [Filed: TBF] (Docket No. TBF).

Status:  This matter has been resolved as it relates to Dennis R. Tolton.  An order will be filed under certification of counsel resolving the objection of Dennis R. Tolton.  An order has been entered on the remaining claims.

2. **Twenty-Fifth Omnibus Claims Objection** – Reorganized Company's Twenty-Fifth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 9/24/21] (Docket No. 280).

Response Deadline:    October 8, 2021 at 4:00 p.m. Eastern Time.

Responses Received:

a) Objection of the JoAnthony Lanard McGee Estate to Reclassify Certain Misclassified Claims [Filed: 10/15/21] (Docket No. 323).

Related Documents:

a) Notice of Submission of Proofs of Claim in Connection with the Reorganized Company's Twenty-Fifth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 10/12/21] (Docket No. 303).

b) Certification of Counsel Regarding the Reorganized Company's Twenty-Fifth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 10/21/21] (Docket No. 320).

c) [Signed] Order Sustaining the Reorganized Company's Twenty-Fifth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 10/22/21] (Docket No. 322).

DOCS_DE:244919.1 00162/001

d)      Certification of Counsel Regarding Reorganized Company's Twenty-Fifth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: TBF] (Docket No. TBF).

Status:  This matter has been resolved as it relates to the JoAnthony Lanard McGee Estate.  An order will be filed under certification of counsel resolving the objection of JoAnthony Lanard McGee Estate.  An order has been entered on the remaining claims.

## ADJOURNED MATTER

3.      **Sixth Omnibus Claims Objection** – Reorganized Company's Sixth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 4/19/21] (Docket No. 74).

Response Deadline:    May 5, 2021 at 4:00 p.m. Eastern Time.

Responses Received:

a)      Response of Amritpal Singh [Filed: 5/4/21] (Docket No. 84).

Related Documents:

a)      Notice of Submission of Proofs of Claim in Connection with the Reorganized Company's Sixth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 5/5/21] (Docket No. 86).

b)      Certification of Counsel Regarding Reorganized Company's Sixth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 5/17/21] (Docket No. 103).

c)      [Signed] Order Sustaining the Reorganized Company's Sixth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 5/17/21] (Docket No. 110).

Status:  This matter has been adjourned with respect to the claims of Amritpal Singh and the Response of Amritpal Singh to the omnibus hearing scheduled on October 26, 2023 at 10:30 a.m. Eastern Time.  The objection to the claim of Anna Kang has been resolved and her claim has been withdrawn from the claims register.  An order has been entered on the remaining claims.

DOCS_DE:244919.1 00162/001

Dated: September 22, 2023
      Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

-and-

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
Eric M. Sherman (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090

*Attorneys for the Reorganized Company*

DOCS_DE:244919.1 00162/001