IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RS FIT NW LLC, *et al.*, | ) ) | Case No. 20-11568 (KBO) |
|  | ) ) | Jointly Administered |
| Reorganized Debtor.[1] | ) ) | **Related to Docket Nos. 781, 782, 791** |
|  | ) |  |

### ORDER GRANTING MOVANT'S REQUEST FOR CONTINUANCE ON SUMMARY JUDGEMENT

Upon consideration of the *Motion for Continuance of Hearing on Summary Judgement* [Docket No. 791] (the "Motion"), the following is hereby **ORDERED**:

1. The Motion is GRANTED as set forth herein.

2. The *Motion for Summary Judgment* filed by Rhonda Hudson [D.I. 781] and the *Reorganized Company's (I) Response to Motion for Summary Judgment and (II) Objection to Proofs of Claim Nos. 9404, 24973, and 27128 Filed by Rhoda Hudson* [D.I. 782] shall be heard on December 19, 2023 at 9:30 a.m. (prevailing Eastern time).

3. If the parties resolve their disputes or agree to a continued hearing date, the parties should notify the Court accordingly.

Dated: October 2, 2023
Wilmington, Delaware

Karen B. Owens
United States Bankruptcy Judge

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021, the remaining Reorganized Debtors' chapter 11 cases were closed. The Reorganized Debtor's corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.