**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RS FIT NW LLC,<br><br>            Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-11568 (KBO)<br><br>Re: Docket No. 795 |

**EIGHTH ORDER EXTENDING DEADLINE**
**TO OBJECT TO CLAIMS UNDER THE PLAN OF REORGANIZATION**

Upon the *Reorganized Company's Eighth Motion For the Entry of an Order Extending the Deadline to Object to Claims Under the Plan of Reorganization* (the "Motion")[2] of the above-captioned reorganized debtor in this chapter 11 case (the "Reorganized Debtor") and All Day Holdings LLC (together with the Reorganized Debtor, the "Reorganized Company"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and the Court having determined that the relief sought in the Motion is in the best interests of the Reorganized Company, the Debtors, and the Debtors' estates and creditors, and other parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [RS FIT Docket No. 7], the remaining reorganized debtor affiliates' (the "Reorganized Debtors") chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is GRANTED.

2.  Pursuant to the Plan, the Claims Extension Order and section 105(a) of the Bankruptcy Code, the Claims Objection Deadline is hereby extended through and including February 12, 2024.

3.  This Order is without prejudice to the Reorganized Company's right to request additional extensions of the Claims Objection Deadline.

4.  The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement or interpretation of this Order.

Dated: October 19th, 2023
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:245161.1 00162/001