# UNITED STATES BANKRUPTCY COURT

FOR THE  DISTRICT OF   DELAWARE

<div style="border-bottom: 1px solid"></div>

| | | |
|---|---|---|
| In re:  RS FIT NW LLC, | § | Case No.   20-11568 |
| Reorganized Debtor | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2023

Petition Date: 06/15/2020

Plan Confirmed Date: 12/22/2020

Plan Effective Date: 12/29/2020

This Post-confirmation Report relates to:  ◉ Reorganized Debtor

◯ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Peter J. Keane

Signature of Responsible Party

10/20/2023

Date

Peter J. Keane

Printed Name of Responsible Party

Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name RS FIT NW LLC, | Case No. 20-11568 |
|---|---|
| Reorganized Debtor | |

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $201,037 | $31,281,274 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $250 | $1,118,510 |
| d. Total transferred (a+b+c) | $201,287 | $32,399,784 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | *Aggregate Total* | $0 | $63,268,146 | $0 | $63,268,146 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Weil, Gotshal & Manges LLP | Lead Counsel | $0 | $12,692,742 | $0 | $12,692,742 |
| ii | Ropes & Gray LLP | Co-Counsel | $0 | $268,168 | $0 | $268,168 |
| iii | FTI Consulting Inc. | Financial Professional | $0 | $7,409,593 | $0 | $7,409,593 |
| iv | Lazard Ltd | Financial Professional | $0 | $11,593,615 | $0 | $11,593,615 |
| v | Pachulski Stang Ziehl & Jones L | Local Counsel | $0 | $776,932 | $0 | $776,932 |
| vi | Deloitte Tax LLP | Financial Professional | $0 | $1,625,860 | $0 | $1,625,860 |
| vii | Prime Clerk LLC | Other | $0 | $13,235,583 | $0 | $13,235,583 |
| viii | Hilco Real Estate, LLC | Other | $0 | $11,375,000 | $0 | $11,375,000 |
| ix | PricewaterhouseCoopers | Financial Professional | $0 | $729,188 | $0 | $729,188 |
| x | Cooley LLP | Other | $0 | $1,958,339 | $0 | $1,958,339 |
| xi | Morris James LLP | Other | $0 | $219,754 | $0 | $219,754 |
| xii | AlixPartners LLP | Other | $0 | $1,383,373 | $0 | $1,383,373 |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name RS FIT NW LLC,    Case No.  20-11568
                Reorganized Debtor

| | | | | | |
|---|---|---|---|---|---|
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |

Debtor's Name RS FIT NW LLC,                                    Case No.  20-11568
            Reorganized Debtor

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $0 | $1,250,807 | $0 | $1,250,807 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Akin Gump | Special Counsel | $0 | $14,207 | $0 | $14,207 |
| ii | Anderson Kill | Special Counsel | $0 | $74,936 | $0 | $74,936 |
| iii | Brown Sims | Special Counsel | $0 | $208 | $0 | $208 |
| iv | Cobalt LLP | Special Counsel | $0 | $1,040 | $0 | $1,040 |
| v | Colliers International | Other | $0 | $107,109 | $0 | $107,109 |
| vi | Daijogo & Pederson, LLP | Special Counsel | $0 | $22,346 | $0 | $22,346 |

Debtor's Name RS FIT NW LLC,                                    Case No.  20-11568
              Reorganized Debtor

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | Dietze and Davis, P.C. | Special Counsel | $0 | $235 | $0 | $235 |
| viii | DLA Piper | Special Counsel | $0 | $16,859 | $0 | $16,859 |
| ix | Hudson & Calleja, LLC | Special Counsel | $0 | $266 | $0 | $266 |
| x | Kennedy & Couvillier | Special Counsel | $0 | $7,725 | $0 | $7,725 |
| xi | Kennedys | Special Counsel | $0 | $23,113 | $0 | $23,113 |
| xii | Latham & Watkins LLP | Special Counsel | $0 | $243,398 | $0 | $243,398 |
| xiii | Littler Mendelson, P.C. | Special Counsel | $0 | $6,403 | $0 | $6,403 |
| xiv | Marshall and Stevens | Other | $0 | $70,200 | $0 | $70,200 |
| xv | Morgan Lewis & Bockius | Special Counsel | $0 | $2,796 | $0 | $2,796 |
| xvi | Morrison Foerster | Special Counsel | $0 | $959 | $0 | $959 |
| xvii | illsbury Winthrop Shaw Pittman | Special Counsel | $0 | $9,360 | $0 | $9,360 |
| xviii | Prindle, Goetz, Barnes & Reinh | Special Counsel | $0 | $2,049 | $0 | $2,049 |
| xix | Property Tax Solutions | Other | $0 | $69,139 | $0 | $69,139 |
| xx | Reed Smith | Special Counsel | $0 | $259,313 | $0 | $259,313 |
| xxi | Thorndal Armstrong Delk Balke | Special Counsel | $0 | $943 | $0 | $943 |
| xxii | Venable LLP | Special Counsel | $0 | $177,938 | $0 | $177,938 |
| xxiii | Wendel Rosen LLP | Special Counsel | $0 | $58,318 | $0 | $58,318 |
| xxiv | Ogletree, Deakins, Nash, Smoak | Special Counsel | $0 | $1,107 | $0 | $1,107 |
| xxv | Lopez & Morales P.A. | Special Counsel | $0 | $1,111 | $0 | $1,111 |
| xxvi | Greenup, Hartston & Rosenfeld | Special Counsel | $0 | $65,713 | $0 | $65,713 |
| xxvii | Ritsema & Lyon, P.C. Attorney | Special Counsel | $0 | $6,092 | $0 | $6,092 |
| xxviii | Stewart Greenblatt, Manning & | Special Counsel | $0 | $5,395 | $0 | $5,395 |
| xxix | Abrams, Fensterman, Fensterma | Special Counsel | $0 | $778 | $0 | $778 |
| xxx | Goldberg Segalla | Special Counsel | $0 | $1,751 | $0 | $1,751 |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

UST Form 11-PCR (12/01/2021)

Debtor's Name RS FIT NW LLC,
          Reorganized Debtor

Case No.  20-11568

| | | | | | |
|---|---|---|---|---|---|
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |

UST Form 11-PCR (12/01/2021)

Debtor's Name RS FIT NW LLC,                    Case No.  20-11568
                Reorganized Debtor

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $64,518,953 | $0 | $64,518,953 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $41,855,532 | $41,855,532 | 100% |
| b. Secured claims | $0 | $0 | $8,700,324 | $8,700,324 | 100% |
| c. Priority claims | $0 | $3,025 | $2,763,522 | $2,763,522 | 100% |
| d. General unsecured claims | $1,500,000 | $4,105 | $1,429,180 | $78,848,234 | 2% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                      Yes ○    No ●

    If yes, give date Final Decree was entered:                    _____

    If no, give date when the application for Final Decree is anticipated:    _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●    No ○

Debtor's Name RS FIT NW LLC,
            Reorganized Debtor

Case No.  20-11568

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/ rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.</u>**

/s/ Jeremy Gottlieb
Signature of Responsible Party

Jeremy Gottlieb
Printed Name of Responsible Party

VP, Corporate Controller
Title

10/20/2023
Date

Debtor's Name RS FIT NW LLC,
                  Reorganized Debtor

Case No.  20-11568


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)

Debtor's Name RS FIT NW LLC,
          Reorganized Debtor

Case No.  20-11568



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50



Non-Bankruptcy Table 51-100



Part 3, Part 4, Last Page