**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
:
In re                                      :    Chapter 11
:
RS FIT NW LLC,                             :    Case No. 20–11568 (KBO)
:
       Reorganized Debtor.            :
:
------------------------------------------------------------ x

## ORDER SCHEDULING OMNIBUS HEARING DATES

    IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned case:

| DATE | TIME |
|---|---|
| January 22, 2024 | 1:00 p.m. prevailing Eastern Time |
| February 27, 2024 | 9:30 a.m. prevailing Eastern Time |

Dated: December 6th, 2023
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:229412.19 00162/001
DE:4866-4734-5038.20 00162.001