**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| RS FIT NW LLC,[1] | : | Case No. 20-11568 (KBO) |
| | : | |
| Reorganized Debtor. | : | |
| | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JANUARY 22, 2024 AT 1:00 P.M. (EASTERN TIME)[2]**

> This proceeding will be conducted remotely via Zoom.  Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Eastern time) on January 19, 2024 unless otherwise noticed using the eCourtAppearances tool available on the Court's website.
>
> **Please register using the eCourt Appearance tool at https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl or on the Court's website at www.deb.uscourts.gov**
>
> **The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) on January 19, 2024.  An electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.  Please do not contact the Court to confirm registration.**
>
> **CourtCall will NOT be used for this hearing.**

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [Docket No. 7], the remaining Reorganized Debtors' chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020.  Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov, or the documents may be obtained for free by accessing the Debtors' restructuring website at https://restructuring.primeclerk.com/24hourfitness.

**RESOLVED MATTERS**[3]

1.   **Seventh Omnibus Claims Objection** – Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims [Filed: 4/19/21] (Docket No. 75).

    Response Deadline:    May 5, 2021 at 4:00 p.m. Eastern Time.

    Responses Received:

    a)    Response of Dennis R. Tolton [Filed: 5/12/21] (Docket No. 96).

        (i)    Response of Dennis R. Tolton [Filed: 5/12/21] (Docket No. 1798).

        (ii)    Notice of Deficiency [Filed: 5/12/21] (Docket No. 1799).

    Related Documents:

    a)    Notice of Submission of Proofs of Claim in Connection with the Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims [Filed: 5/5/21] (Docket No. 87).

    b)    Certification of Counsel Regarding Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims [Filed: 5/17/21] (Docket No. 104).

    c)    [Signed] Order Sustaining the Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims [Filed: 5/17/21] (Docket No. 111).

    d)    Certification of Counsel Regarding Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims as It Relates to Claimant, Dennis R. Tolton [Filed: TBF] (Docket No. TBF).

    Status:  This matter has been resolved as it relates to Dennis R. Tolton.  An order will be filed under certification of counsel resolving the objection of Dennis R. Tolton.  An order has been entered on the remaining claims.

2.   **Twenty-Fifth Omnibus Claims Objection** – Reorganized Company's Twenty-Fifth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 9/24/21] (Docket No. 280).

    Response Deadline:    October 8, 2021 at 4:00 p.m. Eastern Time.

---

[3]  Docket numbers refer to Case Nos. 20-11558 (KBO) and 20-11568 (KBO).

<u>Responses Received</u>:

a)      Objection of the JoAnthony Lanard McGee Estate to Reclassify Certain Misclassified Claims [Filed: 10/15/21] (Docket No. 323).

<u>Related Documents</u>:

a)      Notice of Submission of Proofs of Claim in Connection with the Reorganized Company's Twenty-Fifth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 10/12/21] (Docket No. 303).

b)      Certification of Counsel Regarding the Reorganized Company's Twenty-Fifth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 10/21/21] (Docket No. 320).

c)      [Signed] Order Sustaining the Reorganized Company's Twenty-Fifth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 10/22/21] (Docket No. 322).

d)      Certification of Counsel Regarding Reorganized Company's Twenty-Fifth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: TBF] (Docket No. TBF).

<u>Status</u>:  This matter has been resolved as it relates to the JoAnthony Lanard McGee Estate.  An order will be filed under certification of counsel resolving the objection of JoAnthony Lanard McGee Estate.  An order has been entered on the remaining claims.

## **ADJOURNED MATTERS**

3.      **Sixth Omnibus Claims Objection** – Reorganized Company's Sixth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 4/19/21] (Docket No. 74).

<u>Response Deadline</u>:    May 5, 2021 at 4:00 p.m. Eastern Time.

<u>Responses Received</u>:

a)      Response of Amritpal Singh [Filed: 5/4/21] (Docket No. 84).

<u>Related Documents</u>:

a)      Notice of Submission of Proofs of Claim in Connection with the Reorganized Company's Sixth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 5/5/21] (Docket No. 86).

b)      Certification of Counsel Regarding Reorganized Company's Sixth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 5/17/21] (Docket No. 103).

c)      [Signed] Order Sustaining the Reorganized Company's Sixth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 5/17/21] (Docket No. 110).

Status:  This matter has been adjourned with respect to the claims of Amritpal Singh and the Response of Amritpal Singh to the omnibus hearing scheduled on February 27, 2024 at 9:30 a.m. Eastern Time.  The objection to the claim of Anna Kang has been resolved and her claim has been withdrawn from the claims register.  An order has been entered on the remaining claims.

4.      **Objection to POCS Filed by Amritpal Singh** – Reorganized Company's Objection to Proofs of Claim Nos. 24744 and 26866 Filed By Amritpal Singh [Filed: 12/20/23] (Docket No. 817).

Response Deadline:    January 3, 2024 at 4:00 p.m.

Responses Received:

a)      Letter from Ampritpal Singh [Filed: 12/26/23] (Docket No. 821).

b)      Letter from Ampritpal Singh [Filed: 12/27/23] (Docket No. 822).

c)      Response from Ampritpal Singh [Filed: 1/8/24] (Docket No. 823).

Related Documents:    None as of the date hereof.

Status:  This matter has been adjourned to the omnibus hearing scheduled on February 27, 2024 at 9:30 a.m. Eastern Time.

**STATUS CONFERENCE GOING FORWARD**

5.      **Hudson Motion for Summary Judgment** – Motion for Summary Judgment Filed by Rhonda Hudson [Filed: 8/7/23] (Docket No. 781).

Response Deadline:    August 21, 2023.

Responses Received:

a)      Reorganized Company's (I) Response to Motion for Summary Judgment and (II) Objection to Proofs of Claim Nos. 9404, 24973, and 27128 Filed By Rhonda Hudson [Filed: 8/21/23] (Docket No. 782).

Replies Filed:

a)      Reply Filed By Rhonda Hudson to Reorganized Company's Response [Filed: 11/7/23] (Docket No. 809).

Related Documents:

a)    Request for Continuance of Hearing Filed By Rhonda Hudson [Filed: 9/26/23] (Docket No. 791).

b)    [Signed] Order Granting Movant's Request for Continuance on Summary Judgement [Filed: 10/2/23] (Docket No. 793).

c)    Request for Hearing Filed By Rhonda Hudson [Filed: 1/2/24] (Docket No. 820).

d)    [Signed] Order Setting Status Conference [Filed: 1/10/24] (Docket No. 824).

e)    Further Request for Hearing Filed By Rhonda Hudson [Filed: 1/10/24] (Docket No. 825).

Status:  This matter will go forward as a status conference.


Dated: January 18, 2024          **PACHULSKI STANG ZIEHL & JONES LLP**
    Wilmington, Delaware

                                    */s/ Peter J. Keane*
                                    Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

-and-

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
Eric M. Sherman (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090

*Attorneys for the Reorganized Company*