Rhonda Hudson
909 Third Avenue # 7912
New York NY 10150
hudson_rhonda@hotmail.com
917-304-0446
February 7, 2024



RECEIVED

2024 FEB -9  AM 8: 47

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court- District of Delaware
The Honorable Judge Karen B. Owens
824 Market Street
Wilmington, Delaware 19801

WITNESS STATEMENTS

Re: Case  20-11568        Proof of Claims #9404, 24973 and 27128

Dear Honorable Judge Karen B. Owens.

Included are additional witness statements in support of my claims. Thank you for your kind
attention to these matters.

Respectfully Submitted,

Rhonda Hudson
ProSe

**From:** Kerry Coleman <actonescenesix@yahoo.com>
**Date:** August 26, 2023 at 1:17:20 PM EDT
**To:** hudson_rhonda@hotmail.com
**Subject: Miss Rhonda Hudson;'s Employment At 24 Hour Fitness**

I, Kerry Coleman, am composing this statement to attest to the fact that, Miss Rhonda Hudson, is a former colleague of mine at 24 Hour Fitness. At 24 Hour Fitness, Miss Hudson and I had the same role which was Service Representative Night. Our shift as the Service Representative Night was overnight from 10pm - 6am. Miss Hudson was the primary Service Representative Night at the Madison location or what we would know it as club 727 and I was at Midtown, club 728 in New York City (Manhattan). Each club is identified by a number within the Corporate structure. We were considered by many General Managers and Operations Manager as what 24 Hour Fitness deems as the M.O.D. which is an acronym for Managers On Duty. As the only employees on duty for that shift (we worked alone), our roles as the Service Representative Night was to greet those members that were checking in to the gym, enrolling people that wanted to become members (i.e. Sales), as well as ensuring the gym was in order in congruence with company standards (weights re-racked, rotation of towels from outside laundry service including "executive laundry", oversight of outside cleaning company that cleaned the gyms, addressing membership complaints and concerns, and maintaining proper member conduct,

Best Regards,
Kerry Coleman

**From:** Alric Donaldson <alric.donaldson@teamexos.com>
**Date:** August 28, 2023 at 11:12:27 AM EDT
**To:** hudson_rhonda@hotmail.com
**Subject: Proof of employment email**

To whom it may concern,

I am writing this email on behalf of Rhonda Hudson, who has been an employee of 24 Hour Fitness from 2009 to 2020.

I affirm that her duties were overnight front desk staff / membership services.
From the beginning of her employment, Rhonda performed her job at the highest level and consistently went above and beyond to assist gym members.

Best,
Alric Donaldson
Master Trainer 24 hour fitness
2008-2013
2019-2020
--
CONFIDENTIALITY NOTICE:
The information in this communication, including
any attachments, is intended only for the person or entity to which it is
addressed and may contain confidential, proprietary, and/or privileged
material.  If you are not the addressee or if you received this
communication in error, you are hereby notified that any review,
retransmission, dissemination or other use of, or taking or any action in
reliance upon, this information is prohibited.  If you did receive this
communication in error, please destroy it, all copies and any attachments,
and notify the sender as soon as possible.  The individual sender of this
e-mail is responsible for its content, and EXOS does not assume any legal
liability or responsibility for the accuracy, completeness or usefulness of
any information, product, or process disclosed.  Further, any comments,
statements or opinions expressed by the author in this communication do not
necessarily reflect those of EXOS.

\* Alric gave permission to forward information to the court.
Rhonda Hudson

**From:** Jon Thai <jt958189@gmail.com>
**Date:** August 25, 2023 at 9:24:08 PM EDT
**To:** Hotmail <hudson_rhonda@hotmail.com>
**Subject: employment verification statement**

RE: Rhonda Hudson

To Whom It May Concern:

I, the undersigned, hereby attest to the statements below. In or about August 2009, I executed a contractual agreement to become a member of 24 Hour Fitness in New York, NY. Since then and until the spring of 2020, I have met and can verify the statements below regarding Ms. Rhonda Hudson (hereinafter referred to as Ms. Hudson):

1. She was employed full-time at a 24 Hour Fitness and held the title of Service Representative Night.

2. Her employment was assigned to the night shift from 10 p.m. to 6 a.m.

3. At all times, Ms. Hudson's duties included but were not limited to greeting, admitting, ensuring safety, and resolving any and all complaints filed by 24 Hour Fitness members.

4. It is upon information and belief that Ms. Hudson had received advanced managerial training with the expectation of fulfilling the manager position. She was trained and assigned to duties such as fulfilling membership advising and sales, taking leadership roles in managing and resolving members' complaints and/or feedback, introducing and cross-selling personal training and dietary supplement packages to members, and much more.

Please do not hesitate to contact me if you have any questions and/or concerns.

Regards,

Jonathan Thai
jt958189@gmail.com

Rhonda Hudson
909 Third Avenue # 7912
New York NY 10150
hudson_rhonda@hotmail.com
917-304-0446
February 7, 2024


United States Bankruptcy Court District of Delaware
The Honorable Judge Karen B. Owens
824 Market Street
Wilmington Delaware. 19801


Re: Case  20-11568          Proof of Claims #9404, 24973 and 27128


Statement of Rhonda Hudson - Witness


Because I was inaccurately identified as being a Service Representative by Katie Healon of 24 Hour Fitness in her subject declaration I feel it important to further show through a 24 Hour Fitness Handbook that the position of Service Representative and Service Representative Night are not the same and instead two different positions. The difference of these two positions is significant in relation to pay and in particular the split shift premium that I have been wrongfully denied. I would also like to show the 24 Hour Fitness policy and position on club closures according to the Employee Handbook as well because it is different than what is suggested by Katie Healon's declaration and what was suggested in the debtors response to my request for summary judgement. See information from copies of 24 Hour Fitness Employee Handbook in Exhibit A.

I've also included a copy of a notice from the process servicer I hired, ABC Legal, to serve 24 Hour Fitness through their attoneys requesting a copy of my employee file. I requested this file because based on my employment history I believe my employment file will further confirm all of the facts set forth in my proof of claims and all of my court filings.This service was not accepted by the debtors attorney's Ropes & Gray LLP.  See Exhibit B. I want my proof of claims numbers 9404, 24973, and 27128 to be included in their entirety including copies of my letters, emails, text, etc., from the Department  of Labor, 24 Hour Fitness employees, etc. as evidence. Furthermore, I would like to be sure that exhibits showing New York State Law regarding Split Shift, Spread of Hours, and The 10 hour rule be admitted as evidence too. Moreover, this information is easily verified.

I am happy to answer questions or concerns regarding these matters as I continue to seek justice.


Thank you,

Rhonda Hudson
Witness and ProSe

Exhibit A



# TEAM MEMBER HANDBOOK

## IMPROVING LIVES THROUGH FITNESS



# *PAY AND JOBS*  |  **WE ARE** 24

*Table of Contents - Appendix*

The company reserves complete discretion and rights to amend, modify, or terminate this program at any time with or without notice, including but not limited to compensation terms, subject to applicable law. The company will not be bound by or liable to any team member for any representation, promise or inducement made by any person that is not embodied in this program or in any authorized written modification or amendment to this program. This program is confidential information and proprietary to 24 Hour Fitness.

## d.  Disaster Pay Policy

A disaster is generally defined as any act of nature, such as but not limited to, a fire, snow storm, hurricane, flood and/or an earthquake. It does not include incidents that are related to the general operation of the facilities such as power outages, broken plumbing etc. Should a situation arise where there is a serious disruption to the business requiring the closure of one or more clubs for an extended period of time, it is natural for team members to express concern and uncertainty about their pay. The company has created a Disaster Pay program to help minimize the financial impact to team members. It will be at the company's EVP Human Potential and SVP Club Experience discretion to implement disaster pay for impacted team members. The company reserves the discretion and right to amend, modify, or terminate these procedures at any time, with or without notice.

### Eligibility Determination



- Disaster pay will be paid to team members who were scheduled to work during any time frame the club/office was closed.
- Team members will not be paid for hours missed after notification has been made that the club/office is reopening. Sufficient notice will be provided to team members when the club will reopen through the Team Member Hotline.
- Decisions on when clubs/offices will be reopening will be made on a day-by-day basis.
- All exempt team members will be paid their normal base wages during the period their club/office is closed and may be expected to work.
- Team members may also be offered the opportunity to work at other locations within the near vicinity. If they are they will not be eligible for disaster pay.

### Pay



- Non-exempt team members will be paid for all scheduled hours missed at their *straight time hourly rate of pay.*
- Personal Trainers will be paid for all sessions and fit hours scheduled in MAB during the period the club was closed at their *straight time hourly rate of pay.*
- GXI's will be paid at their appropriate minimum wage for all classes scheduled during the period the club was closed.

### Manager Responsibilities

For all non-exempt team members, determine who was scheduled to work during the period the club/office was closed and enter hours in T&L utilizing the Disaster Pay code. It's important to log time as disaster pay hours.

### Utilization PTO

Once a team member's club/office reopens,  team members that are unable to get to work for any reason related to the reasons the club closed (may elect to utilize accrued vacation or take an unpaid leave of absence for a short period of time( 2 workweeks or less). It is the team member's responsibility to inform their department head or general manager of their status.

**PAY AND JOBS** | **WE ARE** 24

*Table of Contents - Appendix*

- Any hours worked in excess of 8 hours per day or 40 hours per week are paid at 1-1/2 times the regular hourly rate.

### Colorado
- The first 12 hours in the one work day or 12 consecutive hours without regard to the starting and ending time of the workday, or 40 hours worked in a workweek are considered regular hours.
- Any hours worked in excess of 12 hours in one workday, 12 consecutive hours, or 40 hours in one workweek are paid at 1-1/2 times the regular rate.

### All states except Nevada, Colorado, & California
- The first 40 hours worked in a week count as regular hours.
- All hours in excess of 40 shall be paid as overtime at 1-1/2 times the regular rate of pay.

c. Field Holiday Premium Pay

24 Hour Fitness has implemented a $16.00 holiday pay premium. Eligible employees will receive an additional $16.00 when they punch-in on an eligible holiday. Paid time off such as vacation or sick time is not eligible for the holiday premium.

The $16.00 holiday premium is a flat amount awarded to eligible team members who start their shifts/punch-in on a recognized holiday. The amount is not adjusted based upon total number of hours worked on the holiday. Team members who work a night shift and punch-in the day prior to the holiday and punch-out on the holiday will not receive the $16.00 holiday premium.

Punch-in time on the holiday is pulled from the system following the pay period deadline for Time & Labor edits. To ensure timely payment of the premium, you must punch-in and/or ensure your work times are entered into Time & Labor timely and accurately by the pay period deadline.

For additional questions about the Holiday Pay premium, ask your General Manager.

### Eligible Positions*:

| Assistant Service Manager | Assistant Club Manager Fit Lite | Athletic Monitor |
|---|---|---|
| Club Attendant | Day Porter | Fitness Assistant Fit Lite |
| Group Swim Instructor | Juice Bar Team Member | Kid's Club Attendant |
| Night Porter | Private Swim Instructor | Referee |
| Service Representative | Service Representative Lead | Service Representative Night |
| Sport Training Specialty Instructor | Supervisor – Juice Bar | Supervisor – Kid's Club |
| | Assistant Membership Manager | Membership Counselor |

*Personal Trainers, Group X Instructors and team members covered under alternate holiday benefit plans are excluded.

| Eligible Holidays |
|---|
| New Year Day |
| Martin Luther King Day |
| Memorial Day |
| Independence Day |
| Labor Day |
| Thanksgiving |

Exhibit D

**From:** noreply@abclegal.com
**Date:** October 13, 2023 at 1:53:19 PM EDT
**To:** hudson_rhonda@hotmail.com
**Subject: Service Attempted for Reference ID REF-13780094**



Hello,

A service attempt has been performed for **Ropes & Gray LLP**.

**Reference ID:** REF-13780094
**Case #:** 20-11568 (KBO)
**Your Process Server:** Avatar Neal
**Date / Time:** October 13 2023 01:52 PM
**Address:** Ropes and Gray, 1211 Avenue of the Americas, New York, NY 10036
**Outcome:** I spoke with an individual who identified themselves as the security and they stated subject unknown. At the address I observed a call/mail box listing another.

Stay up to date on the status of your order. Review the details of the attempt on the Case Details page. Your process server will continue to make attempts until diligence is met.

Stay up to date on the status of your order. Sign in to your account to send us a message, view recent updates, and access photos and documents.

We appreciate your business.

Thank you,
ABC Legal Team

---

ABC Legal Services, 633 Yesler Way Seattle, WA 98104
(206) 521-9000 | This is a transactional email.

Manage your email notifications from your profile settings.

**UNITED STATES POSTAL SERVICE**

≡EMS≡

# FLAT RATE ENVELO

## ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

PS10001000006    EP13F October 2023

---

**UNITED STATES POSTAL SERVICE®**    **PRIORITY MAIL EXPRESS®**

**PRIORITY MAIL EXPRESS**    RDC 07

Retail



19801

U.S. POSTAGE PAID
PME 1-Day
NEW YORK, NY 1002
FEB 07, 2024

$30.45

R2304N117861-52

EJ 378 380 432 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )

Rhonda Hudson
409 Third Ave #7912
New York, NY, 10150

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
  *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

U.S.B.C.
The Honorable Thomas Horan, B. Owens
824 Market Street
Wilmington DE 1980 1

ZIP + 4® (U.S. ADDRESSES ONLY)
1 9 8 0 1 -

☞ PEEL FROM THIS CORNER

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|---|
| 10028 | ☐ 1-Day ☐ 2-Day | 02/08/24 | $ 30.45 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee |
|---|---|---|
| 02/07/24 | ☐ 10:30 AM ☐ 3:00 PM ☐ | $ |

| Time Accepted | ☐ AM ☐ PM | Sunday/Holiday Premium Fee | Return Receipt Fee |
|---|---|---|---|
| 1:40 | | $ | $ |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.
Federal Agency Acct. No. or Postal Service™ Acct. No.

☐ Military

**PAYMENT BY ACCOUNT (if applicable)**

Weight    lbs.    ozs.
Special Handling/Fragile  $
☐ Flat Rate

Acceptance Employee Initials    SD

Total Postage & Fees    $ 30.45

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, MARCH 2019    PSN 7690-02-000-9996





GUARANTEED* TRACKED INS