IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RS FIT NW LLC,<br><br>                Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-11568 (KBO) |

### REORGANIZED COMPANY'S WITNESS AND EXHIBIT LIST
### FOR HEARING ON FEBRUARY 27, 2024 AT 9:30 A.M. (ET)

The above-captioned reorganized debtor in this chapter 11 case (the "Reorganized Debtor") and All Day Holdings LLC (together with the Reorganized Debtor, the "Reorganized Company") respectfully submit this witness and exhibit list for the hearing scheduled for February 27, 2024 at 9:30 a.m. (ET) (the "Hearing") before the Honorable Karen B. Owens, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

### WITNESSES

The Reorganized Company designates the following person as a witness who may be called at the Hearing.

(1) Katie Healon of 24 Hour Fitness USA, LLC, the successor to debtor 24 Hour Fitness USA, Inc. concerning:

    a. With respect to the *Reorganized Company's (I) Response to Motion for Summary Judgment and (II) Objection to Proofs of Claim Nos. 9404, 24973, and 27128 Filed by Rhonda Hudson* [Docket No. 728] (the "Response"), any matters addressed in the Response, or Ms. Healon's declaration in support of the Response.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [RS FIT Docket No. 7], the remaining debtor affiliates' (the "Reorganized Debtors") chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

## EXHIBITS

The Reorganized Company designates the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No.[2] |
|---|---|---|
| 1. | *Declaration of Katie Healon in Support of Reorganized Company's (I) Response to Motion for Summary Judgment and (II) Objection to Proofs of Claim Nos. 9404, 24973, and 27128 Filed by Rhonda Hudson* | **RS FIT Docket No. 782-2** |
| 2. | Exhibit B to *Creditor Rhonda Hudson's (1) Findings and Responses to RS FIT NW LLC. 24 Hour Fitness Worldwide's Et. Al.'s Response to Creditor Rhonda Hudson's Motion for Summary Judgment and Declaration of Katie Healon; (2) Request to Continue to Allow Proof of Claims 9404, 24973, 27128, and Motion for Summary Judgment* | **RS FIT Docket No. 809** |
| 3. | *Order (I) Approving the Proposed Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan, and (V) Granting Related Relief* | **24 Hour Fitness Docket No. 1243** |
| 4. | *Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Telephonic Hearing on Confirmation of the Proposed Plan, (IV) Procedures for Objecting to the Confirmation of the Proposed Plan, (V) Procedures and Deadline for Voting on the Proposed Plan* | **24 Hour Fitness Docket No. 1243-1** |
| 5. | *Affidavit of Service of Solicitation Materials* | **24 Hour Fitness Docket No. 1285** |

---

[2]  Docket numbers refer to 24 Hour Fitness Worldwide, Inc. (20-11558 (KBO)) ("24 Hour Fitness") and RS FIT NW LLC (20-11568 (KBO)) ("RS FIT").

The Reorganized Company also cross designates all exhibits designated by any other party in connection with the Hearing and reserves the right to use additional exhibits for rebuttal or impeachment purposes.

The Reorganized Company reserves the right to amend or supplement this witness and exhibit list prior to the Hearing.

| | |
|---|---|
| Dated: February 22, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Peter J. Keane* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | |
| | -and- |
| | |
| | **ROPES & GRAY LLP** |
| | Ryan Preston Dahl (admitted *pro hac vice*) |
| | Eric M. Sherman (admitted *pro hac vice*) |
| | 1211 Avenue of the Americas |
| | New York, New York 10036 |
| | Telephone: (212) 596-9000 |
| | Facsimile: (212) 596-9090 |
| | |
| | *Attorneys for the Reorganized Company* |