IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RS FIT NW LLC, | ) | Case No. 20-11568 (KBO) |
| | ) | |
| Reorganized Debtor. | ) | **Related to Docket Nos. 878, 886, 895, 901** |
| | ) | |

**ORDER DENYING MOTION FOR STAY PENDING APPEAL**

Upon consideration of the *Motion for Stay Pending Appeal* [D.I. 878] (the "Stay Motion") filed by Rhonda Hudson, the *Reorganized Company's Objection to Motion for Stay Pending Appeal* [D.I. 895] (the "Objection"), and *Claimant Hudson's Response to Debtor Objection to Claimant Request for Stay* [D.I. 901] (the "Response" and, together with the Stay Motion and Objection, the "Stay Pleadings"); and this Court having jurisdiction to consider the Stay Pleadings and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated February 29, 2012; and consideration of the Stay Pleadings and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Stay Motion having been provided; and this Court having heard argument in support of and opposition to the Stay Motion on May 21, 2024 (the "Hearing"); **IT IS HEREBY ORDERED THAT:**

1. Pursuant to Bankruptcy Rule 8007, and for the reasons set forth on the record at the Hearing, the Stay Motion is **DENIED**.

1

2

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

3. The Reorganized Debtor is directed to serve this Order on the appropriate parties, including Ms. Hudson, and file an affidavit of service with the Bankruptcy Court by **May 24, 2024**.

Dated: May 21, 2024
Wilmington, Delaware

/s/ Karen B. Owens
Karen B. Owens
United States Bankruptcy Judge