**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **RS FIT NW LLC,** | **Case No. 20-11568 (KBO)** |
| **Reorganized Debtor.**[1] | |

**AFFIDAVIT OF SERVICE**

I, Isa Kim, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On October 7, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Reorganized Company's Eleventh Motion for the Entry of an Order Extending the Deadline to Object to Claims Under the Plan of Reorganization [Docket No. 936]

Dated: October 9, 2024

/s/ Isa Kim
Isa Kim

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 9, 2024, by Isa Kim, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ Paul Pullo
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [Docket No. 7], the remaining Reorganized Debtors' chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Chad Timmons, Larry R. Boyd, Emily M. Hahn<br>1700 Redbud Blvd<br>Ste 300<br>McKinney TX 75069 | ctimmons@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com | Email |
| Counsel to Diane Mueller | Adams Law Firm, LLC | Attn: Roger K. Adams<br>4155 E. Jewell Ave.<br>Suite 612<br>Denver CO 80222 | rogerkadams@rka-law.com | Email |
| Counsel to Weingarten Realty Investors, Weingarten Nostat, Inc., WRI West Gate South, L.P., WRI Southern Industrial Pool, LLC, SIC-Lakeside Drive, LLC, W/GL Ocean Avenue LB Holdings VII, LLC, OTR, an Ohio general partnership, CLPF Gateway Towne Center LP, 100 California Street LLC, and Triangle Center, LLC | Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Ivan M. Gold<br>Three Embarcadero Center<br>12th Floor<br>San Francisco CA 94111-4074 | igold@allenmatkins.com | Email |
| Counsel to Los Altos School District | Arent Fox, LLC | Attn: Annie Y. Stoops<br>555 West Fifth Street<br>48th Floor<br>Los Angeles CA 90013 | annie.stoops@arentfox.com | Email |
| Counsel to Diane Mueller | Austria Legal, LLC | Attn: Matthew P. Austria<br>1007 N. Orange Street<br>4th Floor<br>Wilmington DE 19801 | maustria@austriallc.com | Email |
| Counsel to AVG Partners GP; AVG Partners I, LLC; AVG Austin, LP; AVG Chula Vista, LLC; AVG Laguna LLC; AVG Oakland, LLC; AVG Cypress LP; SW3LH, LLC; Builders Associates #3 (Rockwall); Arnold & Sheri Schlesinger; Builders Associates #3, LLC; Peak Holdings, LLC; AG Upland, LLC; AVG Puyallup, LLC | AVG Partners | Attn: Scott D. Mayer<br>9595 Wilshire Blvd.<br>Suite 700<br>Beverly Hills CA 90212 | sdmayer@avgpartners.com | Email |
| Counsel to Seven Hills Properties 31, LLC | Ballard Spahr LLP | Attn: Craig Solomon Ganz, Katherine E. Anderson Sanchez<br>1 E. Washington Street, Suite 2300<br>Phoenix AZ 85004 | ganzc@ballardspahr.com<br>andersonsanchezk@ballardspahr.com | Email |
| Counsel to Centennial Real Estate Company, LLC, Citivest Commercial Investments, LLC, GS Pacific ER, LLC, Houston Willowbrook LLC, PGIM Real Estate, Starwood Retail Partners, LLC and The Macerich Company | Ballard Spahr LLP | Attn: Dustin P. Branch, Esq.<br>2029 Century Park East<br>Suite 800<br>Los Angeles CA 90067-2909 | branchd@ballardspahr.com | Email |
| Counsel to Seven Hills Properties 31, LLC, Brixmor Operating Partnership LP, Federal Realty Investment Trust, Centennial Real Estate Company, LLC, Citivest Commercial Investments, LLC, GS Pacific ER, LLC, Houston Willowbrook LLC, PGIM Real Estate, Starwood Retail Partners, LLC and The Macerich Company, Weingarten Realty Investors, Weingarten Nostat, Inc., WRI West Gate South, L.P., WRI Southern Industrial Pool, LLC, SIC-Lakeside Drive, LLC, W/GL Ocean Avenue LB Holdings VII, LLC, OTR, an Ohio general partnership, CLPF Gateway Towne Center LP, 100 California Street LLC, and Triangle Center, LLC | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen<br>919 N. Market Street, 11th Floor<br>Wilmington DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com | Email |
| Counsel to Terramar Retail Centers, LLC | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: William J.Barrett<br>200 West Madison Street<br>Suite 3900<br>Chicago IL 60606 | william.barrett@bfkn.com | Email |
| Westfield, LLC and its affiliates | Barclay Damon LLP | Attn: Niclas A. Ferland, Esq., Ilan Markus, Esq<br>545 Long Wharf Drive<br>9th Floor<br>New Haven CT 06511 | nferland@barclaydamon.com<br>imarkus@barclaydamon.com | Email |
| Westfield, LLC and its affiliates | Barclay Damon LLP | Attn: Scott L. Fleischer<br>1270 Avenue of the Americas<br>Suite 501<br>New York NY 10020 | sfleischer@barclaydamon.com | Email |
| Counsel to RNB Partners, LLC | Benesch Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi<br>1313 North Market Street, Suite 1201<br>Wilmington DE 19801 | mbarrie@beneschlaw.com<br>kcapuzzi@beneschlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Spring Shopping Center LLC, Irvine Spectrum Center LLC, a Delaware limited liability company | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park<br>13215 E. Penn St., Suite 510<br>Whittier CA 90602 | ernie.park@bewleylaw.com | Email |
| Counsel to Kellermeyer Bergensons Services, LLC | Bielli & Klauder, LLC | Attn: David M. Klauder, Esquire<br>1204 N. King Street<br>Wilmington DE 19801 | dklauder@bk-legal.com | Email |
| Counsel to AVG Partners GP; AVG Partners I, LLC; AVG Austin, LP; AVG Chula Vista, LLC; AVG Laguna LLC; AVG Oakland, LLC; AVG Cypress LP; SW3LH, LLC; Builders Associates #3 (Rockwall); Arnold & Sheri Schlesinger; Builders Associates #3, LLC; Peak Holdings, LLC; AG Upland, LLC; AVG Puyallup, LLC, Kin Properties, Inc. and Masue LLC | Blank Rome LLP | Attn: Victoria A. Guilfoyle & Bryan J. Hall<br>1201 N. Market Street<br>Suite 800<br>Wilmington DE 19801 | | First Class Mail |
| Counsel to Brookfield Properties Retail, Inc. as Agent | Brookfield Properties Retail, Inc. | Attn: Kristen N. Pate, Julie Minnick Bowden<br>350 N. Orleans Street, Suite 300<br>Chicago IL 60654-1607 | bk@brookfieldpropertiesretail.com<br>julie.bowden@brookfieldpropertiesretail.com | Email |
| Counsel to Broward County, Florida | Broward County Attorney | Attn: Andrew J. Meyers<br>Governmental Center, Suite 423<br>115 South Andrews Avenue<br>Fort Launderdale FL 33301 | sandron@broward.org | Email |
| Counsel to 507 Northgate LLC | Buchalter, a Professional Corporation | Attn: Jeffrey K. Garfinkle<br>18400 Von Karman Avenue, Suite 800<br>Irvine CA 92612 | jgarfinkle@buchalter.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, a Professional Corporation | Attn: Shawn M. Christianson<br>425 Market St.<br>Suite 2900<br>San Francisco CA 94105 | schristianson@buchalter.com | Email |
| Counsel to Safeway Inc. | Buchanan Ingersoll & Rooney PC | Attn: Geoffrey G. Grivner<br>919 North Market Street<br>Suite 990<br>Wilmington DE 19801 | geoffrey.grivner@bipc.com | Email |
| Counsel to CentiMark Corporation | Buchanan Ingersoll & Rooney PC | Attn: Mary F. Caloway<br>500 Delaware Avenue<br>Suite 720<br>Wilmington DE 19801-7401 | | First Class Mail |
| Counsel to CentiMark Corporation | Buchanan Ingersoll & Rooney PC | Attn: Timothy P. Palmer<br>501 Grant Street<br>Suite 200<br>Pittsburgh PA 15219 | timothy.palmer@bipc.com | Email |
| Counsel to Evelyn Wells, Trustee u/w/o Fred Straus, 231st SRS, LLC and 231st CGS, LLC | Carter Ledyard & Milburn LLP | Attn: Aaron R. Cahn<br>2 Wall Street<br>New York NY 10005-2072 | bankruptcy@clm.com | Email |
| Counsel to 24 HR – TX (TX) Limited Partnership; FIT (TX) LP; SF (TX) LP; FIT (CO) QRS 15-59, INC.; AND FIT (UT) QRS 14-92, INC. | Chaffetz Lindsey LLP | Attn: Alan J. Lipkin<br>1700 Broadway<br>33rd Floor<br>New York NY 10019 | a.lipkin@chaffetzlindsey.com | Email |
| Counsel to United States of America | Civil Division, U.S. Department of Justice | Attn: Jessica Cole<br>1100 L Street NW<br>Room 7110<br>Washington DC 20005 | jessica.cole@usdoj.gov | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to United States of America | Civil Division, U.S. Department of Justice | Attn: Jessica Cole<br>PO Box 875<br>Ben Franklin Station<br>Washington DC 20044 | jessica.cole@usdoj.gov | Email |
| Counsel to Santan Gem, LLC | Clark Hill PLC | Attn: Terri Shoop<br>151 S. Old Woodward Ave<br>Ste. 200<br>Birmingham MI 48009 | tshoop@clarkhill.com | Email |
| Counsel to Santan Gem, LLC | Clark Hill PLC | Attn: Karen M. Grivner, Esq.<br>824 N. Market St.<br>Ste. 710<br>Wilmington DE 19801 | kgrivner@clarkhill.com | Email |
| Counsel to Seritage SRC Finance LLC | Cole Schotz P.C. | Attn: Patrick J. Reilley<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington DE 19801 | preilley@coleschotz.com | Email |
| Counsel to Seritage SRC Finance LLC | Cole Schotz P.C. | Attn: Ryan T. Jareck<br>Court Plaza North<br>25 Main Street<br>Hackensack NJ 07601- | rjareck@coleschotz.com | Email |
| Counsel to Wedt Industries, Inc. dba Club Resources Group | Collins Collins Muir + Stewart LLP | Attn: Edward J. Riffle, Esq., Bradley D. Doucette, Esq.<br>1100 El Centro Street<br>South Pasadena CA 91030 | eriffle@ccmslaw.com<br>bdoucette@ccmslaw.com | Email |
| Counsel to RPAI Lakewood, LLC | Connolly Gallagher LLP | Attn: Karen C. Bifferato & Kelly M. Conlan<br>1201 N. Market Street<br>20th Floor<br>Wilmington DE 19801 | kbifferato@connollygallagher.com | Email |
| Counsel to DIP Agent, Wilmington Trust, National Association, USOPC | Covington & Burling LLP | Attn: Ronald Hewitt, Martin E. Beeler, Todd A. Mortensen, Gabriella B. Zahn-Bielski<br>620 Eighth Avenue<br>New York NY 10018 | mbeeler@cov.com<br>tmortensen@cov.com | Email |
| Counsel to LaSalle, LP, AAP Trust, and AV Now, Inc. | Cozen O'Connor | Attn: Thomas J. Francella, Jr.<br>1201 N. Market Street<br>Suite 1001<br>Wilmington DE 19801 | | First Class Mail |
| Counsel to Pine Castle, N.V | Culhane Meadows PLLC | Attn: Mette H. Kurth<br>3411 Silverside Road<br>Baynard Building, Suite 104-13<br>Wilmington DE 19810 | mkurth@cm.law | Email |
| Counsel to DGC Capital Contracting Corp. | Davidoff Hutcher & Citron LLP | Attn: Jonathan S. Pasternak, James B. Glucksman<br>605 Third Avenue<br>New York NY 10158 | jsp@dhclegal.com<br>jbg@dhclegal.com | Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Dept<br>Carvel State Office Bldg<br>820 N French St 6th Fl<br>Wilmington DE 19801 | attorney.general@state.de.us | Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept<br>820 Silver Lake Blvd Ste 100<br>Dover DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Counsel to City and County of Denver | Denver City Attorney's Office | Attn: Paige Arrants, Asst. City Attorney<br>201 West Colfax Avenue, Dept. 1207<br>Denver CO 80202-5332 | Bankruptcy01@denvergov.org | Email |
| Counsel to Olive Drive Partners | Dessy & Dessy, a Professional Corporation | Attn: Ronald D. Dessy, Fawn Kennedy Dessy<br>1301 L Street<br>Bakersfield CA 93301 | Dessylaw@aol.com | Email |
| Counsel to US VI Downey, LLC | Duane Morris LLP | Attn: Jarret P. Hitchings<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington DE 19801-1659 | jphitchings@duanemorris.com | Email |
| Counsel to Epsilon Agency LLC | Dunnington, Bartholow & Miller LLP | Attn: Steven E. Lewis<br>230 Park Avenue, 21st Floor<br>New York NY 10169 | slewis@dunnington.com | Email |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Dept<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | | First Class Mail |
| Counsel to Copperwood Square IA, LLC, | Ervin Cohen & Jessup LLP | c/o Byron Z. Moldo<br>9401 Wilshire Boulevard<br>9th Floor<br>Beverly Hills CA 90212 | bmoldo@ecjlaw.com | Email |
| Counsel to PepsiCo, Inc. | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman<br>1327 W. Washington Blvd., Suite 5 G-H<br>Chicago IL 60607 | jfrank@fgllp.com<br>jkleinman@fgllp.com | Email |
| Counsel to Washington Prime Group Inc. | Frost Brown Todd LLC | Attn: Ronald E. Gold, A.J. Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com<br>awebb@fbtlaw.com | Email |
| Attorney for CAPLOW DENVER, LLC, a California limited liability company; and DENVER EXCHANGE, LLC, a California limited liability company d/b/a DENVER EXCHANGE I, LLC | Gawthrop Greenwood, PC | Attn: David W. deBruin<br>3711 Kennett Pike<br>Suite 100<br>Wilmington DE 19807 | | First Class Mail |
| Counsel to OB Frank Properties, LLC, Cal Select Builders | Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Amy Brown<br>1201 N. Orange St.<br>Suite 300<br>Wilmington DE 19801 | mbusenkell@gsbblaw.com<br>abrown@gsbblaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditors | Geneva Crossing Carol Stream IL LLC | Attn: Kumar Bhavanasi<br>551 S. Washington Ave., Ste. 402A<br>Piscataway NJ 08554 | kumar.bhavanasi@first-tek.com<br>lisa.tebbetts@first-tek.com<br>sfyock@llflegal.com<br>Rcarroll@llflegal.com<br>rbiller@llflegal.com<br>Daniel.Stalter@first-tek.com<br>Stephen.Brenner@first-tek.com | Email |
| Counsel to Hanover 3201 Realty L.L.C. | Gibbons P.C. | Attn: Howard A. Cohen<br>300 Delaware Avenue, Suite 1015<br>Wilmington DE 19801-1761 | | First Class Mail |
| Counsel to Hanover 3201 Realty L.L.C. | Gibbons P.C. | Attn: Mark Conlan<br>One Gateway Center<br>Newark NJ 07102-5310 | mconlan@gibbonslaw.com | Email |
| Counsel to Creditor and Interested Party 525 Colorado LLC | Glickfeld, Fields & Jacobson LLP | Attn: Lawrence M. Jacobson<br>8383 Wilshire Boulevard<br>Suite 408<br>Beverly Hills CA 90211 | lmj@gfjlawfirm.com | Email |
| Counsel to RU Old Denton Road Fort Worth TX, LLC which is a subsidiary of BRIX REIT, INC., RU Rainbow Blvd Las Vegas, NV, LLC which is a subsidiary of RW Holdings NNN REIT Operating Partnership, LP, a subsidiary of RW Holdings NNN REIT., Inc. | Goe Forsythe & Hodges LLP | Attn: Marc C. Forsythe<br>18101 Von Karman, Suite 1200<br>Irvine CA 92612 | mforsythe@goeforlaw.com | Email |
| Counsel HUH/DI OCP Cinque Terre, LLC, BP/CGCENTER II, LLC, and CA-Santa Monica Business Park Limited Partnership | Goulston & Storrs PC | Attn: Douglas B. Rosner, Esq., Vanessa P. Moody, Esq.<br>400 Atlantic Avenue<br>Boston MA 02110-3333 | drosner@goulstonstorrs.com<br>vmoody@goulstonstorrs.com | Email |
| Counsel to MGP XI Ballinger, LLC, MGP Fund X Laguna Hills, LLC, and MGP XI-GPI Laurel Plaza, LLC | Greenberg Traurig, LLP | Attn: David M. Guess<br>18565 Jamboree Road<br>Suite 500<br>Irvine CA 92612 | | First Class Mail |
| Counsel to MGP XI Ballinger, LLC, MGP Fund X Laguna Hills, LLC, and MGP XI-GPI Laurel Plaza, LLC | Greenberg Traurig, LLP | Attn: Dennis A. Meloro<br>1007 North Orange Street<br>Suite 1200<br>Wilmington DE 19801 | melorod@gtlaw.com | Email |
| Counsel to MGP XI Ballinger, LLC, MGP Fund X Laguna Hills, LLC, and MGP XI-GPI Laurel Plaza, LLC | Greenberg Traurig, LLP | Attn: Peter D. Kieselbach<br>90 South Seventh Street<br>Suite 3500<br>Minneapolis MN 55402 | kieselbachp@gtlaw.com | Email |
| Counsel to SR19 Mark II Portfolio, LLC and Arka Miramar II, L.P. and Pacifica Real Estate III, LLC | Greenberg, Glusker, Fields, Claman & Machtinger LLP | Attn: Jeffrey A. Krieger<br>2049 Century Park East, Suite 2600<br>Los Angeles CA 90067 | JKrieger@ggfirm.com | Email |
| Counsel to LaSalle, LP and AAP Trust | Greenfield LLP | Attn: Bernard S. Greenfield, Edward T. Colbert<br>55 S. Market Street, Suite 1500<br>San Jose CA 95113 | bgreenfield@greenfieldlaw.com | Email |
| Counsel to Custom Locations, LLC | Guaglardi & Meliti, LLP | Attn: Jason S. Nunnermacker<br>365 West Passaic Street, Suite 130<br>Rochelle Park NJ 07662 | jnunnermacker@adgmlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Kellermeyer Bergensons Services, LLC | Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esquire<br>40 Wall Street, 37th Floor<br>New York NY 10005 | dlieberman@halperinlaw.net | Email |
| Counsel to Marin Country Mart, LLC | Hanson Bridgett LLP | Attn: Jordan A. Lavinsky<br>425 Market Street<br>26th Floor<br>San Francisco CA 94105 | jlavinsky@hansonbridgett.com | Email |
| Counsel to Greenway Electrical Services, LLC | Hayes & Newman, Pl | Attn: Carly M. Newman, Esq.<br>830 Lucerne Terrace<br>Orlando FL 32801 | cnewman@const-law.com | Email |
| Counsel to Kruger Lite d/b/a TCS Plumbing | Hicks Law Group PLLC | Attn: Kevin S. Wiley, Jr., Rebecca A. Hicks<br>325 N. St. Paul St.<br>Dallas TX 75201 | KWiley@HicksLawGroup.com<br>RHicks@HicksLawGroup.com | Email |
| Counsel to U.S. Electrical Services, Inc. d/b/a Wiedenbach-Brown Co., Inc. | Hogan McDaniel | Attn: Daniel C. Kerrick<br>1311 Delaware Avenue<br>Wilmington DE 19806 | dckerrick@dkhogan.com | Email |
| Counsel to TR Wateridge LLC | Holland & Knight LLP | Attn: Barbra R. Parlin<br>31 West 52nd Street<br>New York NY 10019 | barbra.parlin@hklaw.com | Email |
| Counsel to Agree Littleton CO LLC, assignee of Denver Oaks, LP, 1830-1850 Ocean Avenue LLC | Honigman LLP | Attn: Lawrence A. Lichtman<br>2290 First National Building<br>660 Woodward Avenue<br>Detriot MI 48226 | llichtman@honigman.com | Email |
| Counsel to Columbus Avenue II, LLC, Croactive Property Group, Inc., and Pacific Bay Masonry, Inc. | Hopkins & Carley | Attn: Jay Michael Ross, Monique D. Jewett-Brewster<br>70 S First Street<br>San Jose CA 95113-2406 | jross@hopkinscarley.com<br>mjb@hopkinscarley.com | Email |
| Counsel to OUTFRONT Media LLC | Iannitelli Marcolini, P.C. | Attn: Claudio E. Iannitelli<br>5353 North 16th Street<br>Suite 315<br>Phoenix AZ 85016 | cei@imlawpc.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>1111 Constitution Ave., NW<br>Washington DC 20224 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Columbus Avenue II, LLC, Croactive Property Group, Inc., Marsau Enterprises, Inc, Pacific Bay Masonry, Inc. | Jack Shrum, PA | Attn: "J" Jackson Shrum<br>919 N. Market Street, Suite 1410<br>Wilmington DE 19801 | jshrum@jshrumlaw.com | Email |
| Counsel to Bellevue Pacific, LLC | Jameson Pepple Cantu PLLC | Attn: Jeffrey M. Hawkinson<br>801 Second Avenue, Suite 700<br>Seattle WA 98104 | jhawkinson@jpclaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party | Jayne Malkenson RN | 1125 Lexington Avenue<br>Apt 5D<br>New York NY 10075 | | First Class Mail |
| Counsel to Vantage Construction Co. d/b/a Vanstar Construction Co. | Jenkins & Kling, P.C. | Attn: Katherine I. McLaughlin<br>150 North Meramec Avenue<br>Ste. 400<br>St. Louis MO 63105 | kmclaughlin@jenkinskling.com | Email |
| Counsel to AVG Partners GP; AVG Partners I, LLC; AVG Austin, LP; AVG Chula Vista, LLC; AVG Laguna LLC; AVG Oakland, LLC; AVG Cypress LP; SW3LH, LLC; Builders Associates #3 (Rockwall); Arnold & Sheri Schlesinger; Builders Associates #3, LLC; Peak Holdings, LLC; AG Upland, LLC; AVG Puyallup, LLC | Keller Benvenutti Kim LLP | Attn: Tobias S. Keller, Esq., Berry D. Spears, Esq.,David Taylor, Esq.<br>650 California Street<br>Suite 1900<br>San Francisco CA 94108 | tkeller@kbkllp.com<br>bspears@kbkllp.com<br>dtaylor@kbkllp.com | Email |
| Counsel to Basser-Kaufman, Inc., Brookfield Property REIT Inc., Regency Centers L.P., SITE Centers Corp. and Woodmont Properties, Inc. | Kelley Drye & Warren LLP | Attn: Robert L. LeHane & Jennifer D. Raviele<br>101 Park Avenue<br>New York NY 10178 | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com | Email |
| Kern County Treasurer and Tax Collector Office | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>c/o Linda Delgao<br>PO Box 579<br>Bakersfield CA 93302-0579 | bankruptcy@kerncounty.com | Email |
| Counsel to 525 Colorado LLC | Klehr Harrison Harvey Branzburg LLP | Attn: Raymond H. Lemisch<br>919 N. Market Street<br>Suite 1000<br>Wilmington DE 19801-3062 | rlemisch@klehr.com | Email |
| Counsel to Axiom DR Construction LLC d/b/a Axiom Construction LLC | Kraemer Burns, P.A. | Attn: Raymond M. Patella<br>675 Morris Ave<br>3rd Floor<br>Springfield NJ 07081 | rpatella@kraemerburns.com | Email |
| Counsel to BT Carrolton, LP | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman, Esquire<br>401 S. 2nd Street<br>Suite 200<br>Philadelphia PA 19147 | kurtzman@kurtzmansteady.com | Email |
| Counsel to First Agent | Latham & Watkins LLP | Attn: Alfred Xue, Esq<br>885 3rd Ave<br>New York NY 10022 | alfred.xue@lw.com | Email |
| Counsel to Morgan Stanley Senior Funding, Inc., as Administrative Agent and Collateral Agent | Latham & Watkins LLP | Attn: Richard A. Levy & James Ktsanes<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 | james.ktsanes@lw.com | Email |
| Counsel to PCW Properties, LLC | Law Office of Corey E. Taylor | Attn: Corey E. Taylor<br>629 Camino de Los Mares<br>Suite 305<br>San Clemente CA 92673 | corey@taylorlawoc.com | Email |
| Counsel to Schedule of Creditors | Law Office of Steven L. Bryson | Attn: Steven L. Bryson<br>11150 W. Olympic Blvd., Ste. 1120<br>Los Angeles CA 90064 | Office@SteveBryson.com | Email |
| Attorney for the Taubman Landlords, Westfield, LLC and its affiliates, Marin Country Mart, LLC | Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman, Esq.<br>919 N. Market Street<br>Suite 460<br>Wilmington DE 19801 | skaufman@skaufmanlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to 5 Point Partners LP, a California Limited Partnership | Law Office of William P. Fennell, APLC | Attn: William P. Fennell<br>600 West Broadway<br>Ste 930<br>San Diego CA 92101 | william.fennell@fennelllaw.com | Email |
| Counsel to 5 Points Partners LP | Law Office of William P. Fennell, APLC | Attn: William P. Fennell, Melissa A. Blackburn Joniaux, Yosina M. Lissebeck<br>600 West Broadway<br>Suite 930<br>San Diego CA 92101 | william.fennell@fennelllaw.com<br>mblackburnjoniaux@fennelllaw.com<br>yosina.lissebeck@fennelllaw.com | Email |
| Counsel to US VI Downey, LLC | Law Offices of Kevin S. Neiman, PC | Attn: Kevin S. Neiman<br>999 18th Street<br>Suite 1230 S<br>Denver CO 80202 | kevin@ksnpc.com | Email |
| Counsel to Huntington South Center LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Eve H. Karasik<br>10250 Constellation Blvd<br>Suite 1700<br>Los Angeles CA 90067 | EHK@lnbyb.com | Email |
| Counsel to Huntington South Center, LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Eve H. Karasik<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles CA 90067 | EHK@lnbyb.com | Email |
| Counsel to HSG-KRE Oak Lawn Property Owner, LLC and HSG Algonquin, LLC | Levin Ginsburg | Attn: M. Reas Bowman<br>180 N. LaSalle St., Suite 3200<br>Chicago IL 60601 | | First Class Mail |
| Attorney for Rosen Investment Company Holdings, LLC | Levy Von Beck Comstock P.S. | Attn: Katie J. Comstock<br>1200 Fifth Ave.<br>Suite 1850<br>Seattle WA 98101 | katie@levy-law.com | Email |
| Counsel to Rockwall Cad, City of Frisco, Allen ISD, Dallas County, Tarrant County, and City of Allen | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | Email |
| Counsel to Cypress-Fairbanks ISD, Harris County, Galveston County, Montgomery County, Fort Bend County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@publicans.com | Email |
| Counsel to Precor Incorporated | Lowenstein Sandler LLP | Attn: Jeffrey Cohen, Lindsay Sklar<br>1251 Avenue of the Americas<br>New York NY 10020 | jcohen@lowenstein.com<br>lsklar@lowenstein.com | Email |
| Counsel to Eurpac Service, Inc. | Lubin Olson & Niewiadomski LLP | Attn: Dennis D. Miller<br>600 Montgomery Street<br>14th Floor<br>San Francisco CA 94111 | dmiller@lubinolson.com | Email |
| Counsel to Nazareth Retail Holdings, LLC and Crane Court, LLC | Macdonald Fernandez LLP | Attn: Alexander K. Lee, Reno F.R. Fernandez III<br>221 Sansome Street, Third Floor<br>San Francisco CA 94104 | reno@macfern.com | Email |
| Counsel to Vilage Hillcrest Partners Lp | Malcolm Cisneros, a Law Corporation | Attn: Nathan F. Smith, William G. Malcolm<br>2112 Business Center Drive<br>Irvine CA 92612 | nathan@mclaw.org<br>bill@mclaw.org<br>bill@mclaw.org | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to The County of Denton, Texas and The County of Williamson, Texas, (the "Texas Taxing Authorities") | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay<br>P. O. Box 1269<br>Round Rock TX 78680 | tleday@mvbalaw.com | Email |
| Counsel to Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy<br>6801 Kenilworth Avenue<br>Suite 400<br>Riverdale MA 20737-1385 | bdept@mrrlaw.net | Email |
| Counsel to Softtek Integration Systems, Inc. | Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Marc N. Swanson<br>150 West Jefferson<br>Suite 2500<br>Detroit MI 48226 | swansonm@millercanfield.com | Email |
| Counsel to ACRE Investment Company, LLC | Montgomery McCracken Walker & Rhoads LLP | Attn: Marc J. Phillips<br>1105 N. Market Street<br>Suite 1500<br>Wilmington DE 19801 | mphillips@mmwr.com | Email |
| Counsel to Waste Management | Monzack Mersky Browder and Hochman, P.A | Attn: Rachel B. Mersky<br>1201 N. Orange Street<br>Suite 400<br>Wilmington DE 19801 | rmersky@monlaw.com | Email |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Craig A. Wolfe<br>101 Park Avenue<br>New York NY 10178-0600 | craig.wolfe@morganlewis.com | Email |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare<br>Nemours Buidling<br>1007 Orange Street, Suite 501<br>Wilmington DE 19801 | jbarillare@morganlewis.com | Email |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy<br>One Federal Street - 32nd Floor<br>Boston MA 02110-1726 | | First Class Mail |
| Counsel to 24 HR – TX (TX) Limited Partnership; FIT (TX) LP; SF (TX) LP; FIT (CO) QRS 15-59, INC.; AND FIT (UT) QRS 14-92, INC. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Mathew O. Talmo<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington DE 19899-1347 | cmiller@mnat.com<br>mtalmo@mnat.com | Email |
| Counsel to United Parcel Service, Inc. and BT-OH, LLC | Morrison & Foerster Llp | Attn: Raff Ferraioli, Esq.<br>250 West 55th Street<br>New York NY 10019-9601 | RFerraioli@mofo.com | Email |
| Counsel to CAPLOW DENVER, LLC, a California limited liability company; and DENVER EXCHANGE, LLC, a California limited liability company d/b/a DENVER EXCHANGE I, LLC | Moye White LLP | Attn: Vikrama S. Chandrashekar<br>1400 16th Street<br>6th Floor<br>Denver CO 80202-1486 | Vika.Chandrashekar@moyewhite.com | Email |
| Counsel to Brazos TC South - Partnership B, L.P.; A-S 93 SH 130-SH 45, L.P.; A-S 117 Shops at the Reserve, L.P.; A-S 76 HWY 290-Bingle, L.P.; A-S 86 FM 1960 FM 1960-Veterans Memorial, L.P.; A-S 30 FM 518-FM 528, L.P.; and A-S 144 Grand Parkway-W. Airport, L.P. | Munsch Hardt Kopf & Harr, P.C. | Attn: John D. Cornwell, Thomas D. Berghman<br>700 Milam Street, Suite 2700<br>Houston TX 77002 | jcornwell@munsch.com<br>tberghman@munsch.com | Email |
| Counsel to CSRA 5901 Golden Triangle Master Lessee, LLC | Munsch Hardt Kopf & Harr, P.C. | Attn: Kevin M. Lippman, Esq.<br>500 N. Akard Street<br>Suite 3800<br>Dallas TX 75201-6659 | klippman@munsch.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Axiom DR Construction LLC d/b/a Axiom Construction LLC | Nance & Simpson, LLP | Attn: Michael W. Adams<br>2603 Augusta<br>Suite 1000<br>Houston TX 77057 | madams@nancesimpson.com | Email |
| Counsel to the Ad Hoc Crossover Group | O'Melveny & Myers LLP | Attn: Daniel S Shamah Esq, Diana M Perez Esq, Adam P Haberkorn, Esq, John J. Rapisardi<br>7 Times Square<br>New York NY 10036 | mparks@omm.com<br>dshamah@omm.com<br>DPerez@omm.com<br>AHaberkorn@omm.com<br>jrapisardi@omm.com | Email |
| Counsel to the State of Texas, Texas Comptroller of Public Accounts | Office of the Attorney General of Texas | Bankruptcy & Collections Division<br>Attn J Binford, J Roy, Courtney J. Hull<br>P.O. Box 12548 MC 008<br>Austin TX 78711-2548 | bk-chull@oag.texas.gov | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Linda J. Casey<br>844 King St Ste 2207<br>Wilmington DE 19801 | Linda.Casey@usdoj.gov | First Class Mail and Email |
| Counsel to Mark Group Partnership No. 6 | Offit Kurman, P.A. | Attn: Brian J. McLaughlin<br>222 Delaware Avenue, Suite 1105<br>Wilmington DE 19801 | Brian.mclaughlin@offitkurman.com | Email |
| Counsel to Ocean Ranch II, LLC | One LLP | Attn: Lawrence J. Hilton<br>4000 MacArthur Blvd, East Tower<br>Suite 500<br>Newport Beach CA 92660 | lhilton@onellp.com | Email |
| Counsel to Debtor | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, Timothy P. Cairns, Peter J. Keane<br>919 North Market Street<br>P.O. Box 8705<br>Wilmington DE 19899-8705 | ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com | Email |
| Counsel to Wilmington Trust, National Association, as DIP Agent | Pepper Hamilton LLP | Attn: David M. Fournier, Kenneth A. Listwak<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington DE 19899-1709 | fournierd@pepperlaw.com<br>listwakk@pepperlaw.com<br>wlbank@pepperlaw.com<br>molitorm@pepperlaw.com<br>hardinp@pepperlaw.com | Email |
| Counsel to Richardson ISD, Arlington ISD, Crowley ISD, Eagle Mountain-Saginaw ISD, Frisco ISD, Grapevine-Colleyville ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Eboney Cobb<br>500 E. Border Street<br>Suite 640<br>Arlington TX 76010 | ecobb@pbfcm.com | Email |
| Counsel to Spring Branch Independent School District, Klein Independent School District, Humble Independent School District, Spring Independent School District, Alief Independent School District, Pasadena Independent School District, Clear Creek Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Owen M. Sonik<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | osonik@pbfcm.com | Email |
| Counsel to Huntington South Center, LLC | Polsinelli PC | Attn: Christopher A. Ward, Brenna A. Dolphin, Shanti M. Katona<br>222 Delaware Ave.<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>skatona@polsinelli.com | Email |
| Attorney for Mann Enterprises, Inc. | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy, Esq.<br>525 B Street<br>Suite 2200<br>San Diego CA 92101 | gerald.kennedy@procopio.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to EQYInvest Owner II, Ltd, LLP | Rashti and Mitchell, Attroneys at law | c/o Timothy T. Mitchell<br>4422 Ridgeside Drive<br>Dallas TX 75244 | tim@rashtiandmitchell.com<br>dkrm@aol.com | Email |
| Counsel to Wells Fargo Bank, National Association, as indenture trustee | Reed Smith LLP | Attn: Eric A. Schaffer Esq., Luke A. Sizemore Esq.<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh PA 15222 | lsizemore@reedsmith.com | Email |
| Counsel to Wells Fargo Bank, National Association, as indenture trustee | Reed Smith LLP | Attn: Mark W. Eckard<br>1201 North Market Street<br>Suite 1500<br>Wilmington DE 19801 | meckard@reedsmith.com | Email |
| Counsel to Che Chen Liu and Shu Fen Liu Revocable Trust (as successor in interest to Moreno Valley Twenty-Four Hour, LLC), San Jose Central Travel, Inc | Reger Rizzo & Darnall LLP | Attn: Evan W, Rassman, Esq.<br>1521 Concord Pike, Suite 305<br>Brandywine Plaza West<br>Wilmington DE 19803 | | First Class Mail |
| Counsel to the Ad Hoc Group | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Michael J. Merchant, David T. Queroli<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | collins@rlf.com<br>merchant@rlf.com<br>queroli@rlf.com | Email |
| Counsel to ACRE Investment Company, LLC | Rimon, P.C. | Attn : Jacquelyn H. Choi<br>2029 Century Park East<br>Suite 400N<br>Los Angeles CA 90067 | jacquelyn.choi@rimonlaw.com | Email |
| Counsel to AV Now, Inc. | Rimon, P.C. | Attn: Paul Jasper, Phillip K. Wang<br>One Embarcadero Center, Suite 400<br>San Francisco CA 94111 | phillip.wang@rimonlaw.com | Email |
| Counsel to MLT Station, L.L.C. | Robinson & Cole LLP | Attn: Jamie L. Edmonson<br>1201 North Market Street<br>Suite 1406<br>Wilmington DE 19801 | jedmonson@rc.com | Email |
| Counsel to Debtors | Ropes & Gray LLP | Attn: Ryan Preston Dahl, Cristine Pirro Schwarzman, Lindsay Lersner<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | ryan.dahl@ropesgray.com<br>cristine.schwarzman@ropesgray.com<br>lindsay.lersner@ropesgray.com | Email |
| Counsel to RU Old Denton Road Fort Worth TX, LLC which is a subsidiary of BRIX REIT, INC., Landlord, RU Rainbow Blvd Las Vegas, NV, LLC which is a subsidiary of RW Holdings NNN REIT Operating Partnership, LP, a subsidiary of RW Holdings NNN REIT., Inc. | RU Rainbow Blvd Las Vegas, NV, LLC | 120 Newport Center Drive<br>Newport Beach CA 92660 | | First Class Mail |
| Counsel to Centennial Square, LLC | Rubin LLC | Attn: Paul A. Rubin, Hanh Huynh<br>345 Seventh Avenue<br>21st Floor<br>New York NY 10001 | prubin@rubinlawllc.com<br>hhuynh@rubinlawllc.com | Email |
| Counsel to AmCap Austin Bluffs LLC, AmCap Tiffany LLC, and ADLP-U&A, LLC, RSD Partners, LLC | S&D Law | Attn: Steven W Kelly<br>1290 Broadway<br>Suite 1650<br>Denver CO 80203 | | First Class Mail |
| Counsel to BMS Realty Company | Sahn Ward Coschignano, PLLC | Attn: Joel M. Shafferman<br>The Omni - 333 Earle Ovington Boulevard<br>Suite 601<br>Uniondale NY 11553 | jshafferman@swc-law.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to SR19 Mark II Portfolio, LLC and Arka Miramar II, L.P. and Pacifica Real Estate III, LLC, HSG-KRE Oak Lawn Property Owner, LLC and HSG Algonquin, LLC | Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | john.demmy@saul.com | Email |
| Counsel to Frank Napolitano and Charles Huff | Schnader Harrison Segal & Lewis LLP | Attn: Nicholas J. LePore, Esq., Samantha Banks, Esq.<br>1600 Market Street<br>Suite 3600<br>Philadelphia PA 19103 | nlepore@schnader.com<br>sbanks@schnader.com | Email |
| Counsel to Frank Napolitano and Charles Huff | Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy, Kristi J. Doughty, Esq.<br>824 N. Market Street<br>Suite 800<br>Wilmington DE 19801-4939 | rbarkasy@schnader.com | Email |
| Counsel to OB Frank Properties, LLC | Schweet Linde & Coulson, Pllc | Attn: Michael M. Sperry, Esq.<br>575 S. Michigan Street<br>Seattle WA 98108 | michaels@schweetlaw.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F St NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street Ste 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Counsel to 600 Broadway Partners LLC | Seyfarth Shaw LLP | Attn: Edward M. Fox, Esq.<br>620 8th Avenue<br>New York NY 10018 | emfox@seyfarth.com | Email |
| Counsel to Simon Property Group, Inc. and its related entities | Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com | Email |
| Counsel to Icon Owner Pool 1 West/Southwest, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro, Esq.<br>16200 Addison Road<br>Suite 140<br>Addison TX 75001 | mshriro@singerlevick.com | Email |
| Counsels for Rolling Hills Plaza LLC | Sklar Kirsh, LLP | Attn: Ian S. Landsberg, Esq.<br>1880 Century Park East<br>Suite 300<br>Los Angeles CA 90067 | ilandsberg@sklarkirsh.com | Email |
| Counsel to Allen Fitness, LP, Frisco Fitness, LP, Highlands Fitness, LP, Lakeline Austin Fitness, LP, North Richland Fitness, LP, Phoenix Metro Center Fitness, LP, Colorado Springs Fitness, LP, Everett Washington Fitness, LP, Kirkwood Missouri Fitness, LP, Pembroke Miami Fitness, Ltd., Round Rock Fitness, LP, BHF, a California Limited Partnership, Lowry Denver Fitness, LP, Almaden Fitness, LP, Hancock Fitness, LP | Smith, Gambrell & Russell, LLP | Attn: Anne K. Edwards<br>444 South Flower Street, Suite 1700<br>Los Angeles CA 90071 | aedwards@sgrlaw.com | Email |
| Counsel to SunBrewer Partners, L.P | Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer<br>401 B Street<br>Suite 1200<br>San Diego CA 92101 | mbreslauer@swsslaw.com<br>wyones@swsslaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to SAN JOSE CENTRAL TRAVEL, INC | Song & Lee, LLP | Attn: Brian H. Song<br>2559 S. Bascom Ave<br>Campbell CA 95008 | Briansong@songleelaw.com | Email |
| Counsel to 111 Sutter Street Owner LP | St. James Law, P.C. | Attn: Michael St. James, Esq.<br>22 Battery Street<br>Suite 888<br>San Francisco CA 94111 | ECF@stjames-law.com | Email |
| Counsel to Levin Management Corporation | Stark & Stark, P.C. | Attn: Joseph H. Lemkin, Thomas S. Onder<br>P.O. Box 5315<br>Princeton NJ 08543 | jlemkin@stark-stark.com<br>tonder@stark-stark.com | Email |
| Counsel to the State of Hawaii pursuant to Hawaii Revised Statutes Chapter 487 | State of Hawaii | Attn: James F. Evers, Esq.<br>Office of Consumer Protection<br>235 S. Beretania Street, Room 801<br>Honolulu HI 96813 | jevers@dcca.hawaii.gov | Email |
| Counsel to S&C Venture, a joint venture | Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Museum Tower, Suite 2200<br>150 West Flagler Street<br>Miami FL 33130 | predmond@stearnsweaver.com | Email |
| Counsel to MLT Station, L.L.C. | Stokes Lawerence, P.S. | Attn: Thomas A. Lerner<br>1420 Fifth Avenue<br>Suite 3000<br>Seattle WA 98101-2393 | tom.lerner@stokeslaw.com | Email |
| Counsel to Spirit Master Funding X and Spirit CC Aurora, LLC | The Bifferato Firm, P.A. | Attn: Ian Connor Bifferato, Esq.<br>1007 N. Orange Street<br>4th Floor<br>Wilmington DE 19801 | cbifferato@tbf.legal | Email |
| Counsel to MEPT Westwood Village, LLC | The Law Office of James Tobia, LLC | Attn: James Tobia<br>1716 Wawaset Street<br>Wilmington DE 19806 | jtobia@tobialaw.com | Email |
| Counsel to Pine Castle, N.V | The Schafer Law Firm, P.C. | Attn: John P. Schafer<br>30900 Rancho Viejo Road, Suite 235<br>San Juan Capistrano CA 92675 | john@jpschaferlaw.com | Email |
| The State of Washington Department of Revenue | The State of Washington Department of Revenue | Attn: Dina L. Yunker<br>800 Fifth Avenue, Suite 2000<br>Seattle WA 94104-3188 | bcuyunker@atg.wa.gov | Email |
| Attorney for the Taubman Landlords | The Taubman Company | Attn: Andrew S. Conway, Esq.<br>200 East Long Lake Road<br>Suite 300<br>Bloomfield Hills MI 48304 | | First Class Mail |
| TN Dept of Labor - Bureau of Unemployment Insurance | TN Attorney General's Office | Attn: Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | | First Class Mail |
| Counsel to MEPT Westwood Village, LLC and Madison Marquette | Toulsey Brain Stephens PLLC | Attn: Chase C. Alvord<br>1700 Seventh Avenue<br>Suite 2200<br>Seattle WA 98101 | calvord@tousley.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to DS FOUNTAIN VALLEY LP, a Delaware limited partnership; and DS PROPERTIES 17 LP, a Delaware limited partnership | Trainor Fairbrook | Attn: Jennifer L. Pruski<br>Post Office Box 255824<br>Sacramento CA 95865 | jpruski@trainorfairbrook.com | Email |
| Counsel to Travis County | Travis County Attorney | Attn: Jason A. Starks<br>P.O. Box 1748<br>Austin TX 78767 | Jason.Starks@traviscountytx.gov | Email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Attn: David C. Weiss c/o Ellen Slights<br>1007 Orange St Ste 700<br>PO Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Top 30 Unsecured Creditors | Wells Fargo, N.A. | Attn: Thomas Korsman<br>600 S. 4th Street<br>MAC N9300-061<br>Minneapolis MN 55479 | Thomas.m.korsman@wellsfargo.com | Email |
| Counsel to the Senior Notes Indenture Trustee | Wells Fargo, National Association | Attn: Corporate Trust Services - Administrator for 24 Hour Fitness<br>150 East 42nd St<br>New York NY 10017 | | First Class Mail |
| Counsel to Tri Cities Harriman LLC | Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Carruth<br>11 Greenway Plaza, Suite 1400<br>Houston TX 77046 | jcarruth@wkpz.com | Email |
| Counsel to United Parcel Service, Inc. and BT-OH, LLC | Whiteford, Taylor & Preston Llc | Attn: Stephen B. Gerald<br>405 North King Street<br>Suite 500<br>Wilmington DE 19801 | sgerald@wtplaw.com | Email |
| Counsel to Brazos TC South - Partnership B, L.P.; A-S 93 SH 130-SH 45, L.P.; A-S 117 Shops at the Reserve, L.P.; A-S 76 HWY 290-Bingle, L.P.; A-S 86 FM 1960 FM 1960-Veterans Memorial, L.P.; A-S 30 FM 518-FM 528, L.P.; and A-S 144 Grand Parkway-W. Airport, L.P.; Crane Court, LLC, Nazareth Retail Holdings, LLC, and Mercury TIC, LLC | Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Morgan L. Patterson, Ericka F. Johnson, Todd A. Atkinson<br>1313 North Market Street, Suite 1200<br>Wilmington DE 19801 | matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com<br>todd.atkinson@wbd-us.com | Email |
| Counsel to Morgan Stanley Senior Funding, Inc., as Administrative Agent and Collateral Agent | Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady, Michael R. Nestor & Andrew L. Magaziner<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | rbrady@ycst.com<br>mnestor@ycst.com | Email |