**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

--------------------------------------------------------- x
                                                          :
In re                                                     :   Chapter 11
                                                          :
RS FIT NW LLC,                                            :   Case No. 20–11568 (KBO)
                                                          :
       Reorganized Debtor.                                :
                                                          :
--------------------------------------------------------- x

**ORDER SCHEDULING OMNIBUS HEARING DATE**

    IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned case:

| DATE | TIME |
|---|---|
| February 28, 2025 | 3:00 p.m. prevailing Eastern Time |

**Dated: January 29th, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:229412.19 00162/001
DE:4866-4734-5038.24 00162.001