**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
: 
In re : Chapter 11
:
RS FIT NW LLC, : Case No. 20–11568 (KBO)
:
　　　　　Reorganized Debtor. :
:
------------------------------------------------------------ x

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned case:

| DATE | TIME |
|---|---|
| October 30, 2025 | 9:30 a.m. prevailing Eastern Time |

Dated: October 3rd, 2025
Wilmington, Delaware

*Ka B. O——.*
**KAREN B. OWENS**
**CHIEF JUDGE**

DOCS_DE:229412.19 00162/001
DE:4866-4734-5038.26 00162.001