**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **RS FIT NW LLC,** | Case No. 20-11568 (KBO) |
| **Reorganized Debtor.[1]** | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On September 2, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Interested Party, (ADRID: 5116276), Attn: Jayne Malkenson RN, 115 Sunken Meadow Rd, Northport, NY 11768-2525:

- Reorganized Company's Thirteenth Motion for the Entry of an Order Extending the Deadline to Object to Claims Under the Plan of Reorganization [Docket No. 979]

Dated: September 25, 2025

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 25, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [Docket No. 7], the remaining Reorganized Debtors' chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

SRF 91260