UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re: RS FIT NW LLC, § Case No. 20-11568
Reorganized Debtor §
§
Debtor(s) § ☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2025    Petition Date: 06/15/2020

Plan Confirmed Date: 12/22/2020    Plan Effective Date: 12/29/2020

This Post-confirmation Report relates to: ⦿ Reorganized Debtor

○ Other Authorized Party or Entity: _____
Name of Authorized Party or Entity

/s/ Peter J. Keane    Peter J. Keane
Signature of Responsible Party    Printed Name of Responsible Party

10/20/2025    Pachulski Stang Ziehl & Jones LLP
Date    919 N. Market Street, 17th Floor
 Wilmington, DE 19801
 Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: RS FIT NW LLC, Reorganized Debtor

Case No.: 20-11568

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $133,165 | $32,314,552 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $1,119,335 |
| d. Total transferred (a+b+c) | $133,165 | $33,433,887 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $63,268,146 | $0 | $63,268,146 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Weil, Gotshal & Manges LLP | Lead Counsel | $0 | $12,692,742 | $0 | $12,692,742 |
| ii | Ropes & Gray LLP | Co-Counsel | $0 | $268,168 | $0 | $268,168 |
| iii | FTI Consulting Inc. | Financial Professional | $0 | $7,409,592 | $0 | $7,409,592 |
| iv | Lazard Ltd | Financial Professional | $0 | $11,593,615 | $0 | $11,593,615 |
| v | Pachulski Stang Ziehl & Jones L | Local Counsel | $0 | $776,932 | $0 | $776,932 |
| vi | Deloitte Tax LLP | Financial Professional | $0 | $1,625,860 | $0 | $1,625,860 |
| vii | Prime Clerk LLC | Other | $0 | $13,235,583 | $0 | $13,235,583 |
| viii | Hilco Real Estate, LLC | Other | $0 | $11,375,000 | $0 | $11,375,000 |
| ix | PricewaterhouseCoopers | Financial Professional | $0 | $729,188 | $0 | $729,188 |
| x | Cooley LLP | Other | $0 | $1,958,339 | $0 | $1,958,339 |
| xi | Morris James LLP | Other | $0 | $219,754 | $0 | $219,754 |
| xii | AlixPartners LLP | Other | $0 | $1,383,373 | $0 | $1,383,373 |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name RS FIT NW LLC, Reorganized Debtor    Case No. 20-11568

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

| Debtor's Name | RS FIT NW LLC, Reorganized Debtor | Case No. | 20-11568 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | lxxii |  |  |  |  |  |
|  | lxxiii |  |  |  |  |  |
|  | lxxiv |  |  |  |  |  |
|  | lxxv |  |  |  |  |  |
|  | lxxvi |  |  |  |  |  |
|  | lxxvii |  |  |  |  |  |
|  | lxxviii |  |  |  |  |  |
|  | lxxix |  |  |  |  |  |
|  | lxxx |  |  |  |  |  |
|  | lxxxi |  |  |  |  |  |
|  | lxxxii |  |  |  |  |  |
|  | lxxxiii |  |  |  |  |  |
|  | lxxxiv |  |  |  |  |  |
|  | lxxxv |  |  |  |  |  |
|  | lxxxvi |  |  |  |  |  |
|  | lxxxvii |  |  |  |  |  |
|  | lxxxvii |  |  |  |  |  |
|  | lxxxix |  |  |  |  |  |
|  | xc |  |  |  |  |  |
|  | xci |  |  |  |  |  |
|  | xcii |  |  |  |  |  |
|  | xciii |  |  |  |  |  |
|  | xciv |  |  |  |  |  |
|  | xcv |  |  |  |  |  |
|  | xcvi |  |  |  |  |  |
|  | xcvii |  |  |  |  |  |
|  | xcviii |  |  |  |  |  |
|  | xcix |  |  |  |  |  |
|  | c |  |  |  |  |  |
|  | ci |  |  |  |  |  |

|  |  |  |  | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $1,250,807 | $0 | $1,250,807 |
|  | *Itemized Breakdown by Firm* | | | | | | |
|  |  | Firm Name | Role | | | | |
|  | i | Akin Gump | Special Counsel | $0 | $14,206 | $0 | $14,206 |
|  | ii | Anderson Kill | Special Counsel | $0 | $74,936 | $0 | $74,936 |
|  | iii | Brown Sims | Special Counsel | $0 | $208 | $0 | $208 |
|  | iv | Cobalt LLP | Special Counsel | $0 | $1,040 | $0 | $1,040 |
|  | v | Colliers International | Other | $0 | $107,109 | $0 | $107,109 |
|  | vi | Daijogo & Pederson, LLP | Special Counsel | $0 | $22,346 | $0 | $22,346 |

UST Form 11-PCR (12/01/2021)                    4

| Debtor's Name | RS FIT NW LLC, Reorganized Debtor | | | | Case No. | 20-11568 | |
|---|---|---|---|---|---|---|---|
| | vii | Dietze and Davis, P.C. | Special Counsel | $0 | $235 | $0 | $235 |
| | viii | DLA Piper | Special Counsel | $0 | $16,859 | $0 | $16,859 |
| | ix | Hudson & Calleja, LLC | Special Counsel | $0 | $266 | $0 | $266 |
| | x | Kennedy & Couvillier | Special Counsel | $0 | $7,725 | $0 | $7,725 |
| | xi | Kennedys | Special Counsel | $0 | $23,113 | $0 | $23,113 |
| | xii | Latham & Watkins LLP | Special Counsel | $0 | $243,398 | $0 | $243,398 |
| | xiii | Littler Mendelson, P.C. | Special Counsel | $0 | $6,403 | $0 | $6,403 |
| | xiv | Marshall and Stevens | Other | $0 | $70,200 | $0 | $70,200 |
| | xv | Morgan Lewis & Bockius | Special Counsel | $0 | $2,796 | $0 | $2,796 |
| | xvi | Morrison Foerster | Special Counsel | $0 | $959 | $0 | $959 |
| | xvii | illsbury Winthrop Shaw Pittman | Special Counsel | $0 | $9,360 | $0 | $9,360 |
| | xviii | Prindle, Goetz, Barnes & Reinho | Special Counsel | $0 | $2,049 | $0 | $2,049 |
| | xix | Property Tax Solutions | Other | $0 | $69,139 | $0 | $69,139 |
| | xx | Reed Smith | Special Counsel | $0 | $259,313 | $0 | $259,313 |
| | xxi | Thorndal Armstrong Delk Balk | Special Counsel | $0 | $943 | $0 | $943 |
| | xxii | Venable LLP | Special Counsel | $0 | $177,938 | $0 | $177,938 |
| | xxiii | Wendel Rosen LLP | Special Counsel | $0 | $58,318 | $0 | $58,318 |
| | xxiv | Ogletree, Deakins, Nash, Smoak | Special Counsel | $0 | $1,107 | $0 | $1,107 |
| | xxv | Lopez & Morales P.A. | Special Counsel | $0 | $1,111 | $0 | $1,111 |
| | xxvi | Greenup, Hartston & Rosenfeld | Special Counsel | $0 | $65,713 | $0 | $65,713 |
| | xxvii | Ritsema & Lyon, P.C. Attorneys | Special Counsel | $0 | $6,092 | $0 | $6,092 |
| | xxviii | Stewart Greenblatt, Manning & | Special Counsel | $0 | $5,395 | $0 | $5,395 |
| | xxix | Abrams, Fensterman, Fensterm | Special Counsel | $0 | $778 | $0 | $778 |
| | xxx | Goldberg Segalla | Special Counsel | $0 | $1,751 | $0 | $1,751 |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

| Debtor's Name | RS FIT NW LLC, Reorganized Debtor | | | | Case No. | 20-11568 |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name RS FIT NW LLC, Reorganized Debtor       Case No. 20-11568

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $64,518,953 | $0 | $64,518,953 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $41,859,948 | $41,859,948 | 100% |
| b. Secured claims | $0 | $0 | $8,700,324 | $8,700,324 | 100% |
| c. Priority claims | $0 | $0 | $2,764,826 | $2,764,826 | 100% |
| d. General unsecured claims | $1,500,000 | $3,000 | $1,445,968 | $80,507,129 | 2% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?   Yes ○   No ⦿
  If yes, give date Final Decree was entered: _____
  If no, give date when the application for Final Decree is anticipated: _____
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ○

UST Form 11-PCR (12/01/2021)            7

Debtor's Name RS FIT NW LLC, Reorganized Debtor                               Case No. 20-11568

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Jeremy Gottlieb                                   Jeremy Gottlieb
Signature of Responsible Party                        Printed Name of Responsible Party

VP, Corporate Controller                              10/20/2025
Title                                                 Date

Debtor's Name RS FIT NW LLC, Reorganized Debtor

Case No. 20-11568


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

| Debtor's Name RS FIT NW LLC, Reorganized Debtor | Case No. 20-11568 |
|---|---|


Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                 10

| Reference | Footnote |
|---|---|
| Part 1(c) | In the ordinary course of business, the Company will engage in certain barter transactions whereby equipment is exchanged for freight services. While these barter transactions may not relate directly to the bankruptcy, they have been included by the Reorganized Debtor out of an abundance of caution.<br><br>Pursuant to the Plan, holders of general unsecured Membership Agreement Claims are entitled to receive a Gift Card of $25.00 or $50.00, depending on the value of their allowed claim. The face value of the Gift Cards issued is included in Part 1(c). |
| Part 3 | Pursuant to the Plan, holders of administrative, secured, and/or priority claims were not impaired. The amounts paid to holders of allowed claims as reflected in the table are not meant to be an admission of that claim's priority or classification status. |
| Part 3(a) | Primarily relates to the payment of various cure costs and other administrative expenses or claims. |
| Part 3(b) | Primarily relates to the payment of various liens. |
| Part 3(c) | Primarily relates to the payment of various tax and other priority amounts. |
| Part 3(d) | Pursuant to the Plan, certain holders of general unsecured claims (non-Membership Agreement related) are entitled to pro-rata distribution of up to the $1,500,000 General Unsecured Claim Recovery Cash Pool, not to exceed 1% of any claim amount.<br><br>Certain holders of general unsecured claims (specifically Membership Agreement related) are entitled to a Gift Card based on the value of their unsecured Membership Agreement Claim.<br><br>Certain holders of general unsecured claims (non-Membership Agreement related) are eligible to receive warrants in lieu of a cash recovery provided they meet the criteria in the Plan.<br><br>The total anticipated payments under the Plan represents the sum of the face value of Gift Cards issued to holders of general unsecured Membership Agreement Claims, and distributions made to holders of general unsecured non-Membership Agreement Claims. As previously noted, certain holders of general unsecured non-Membership Agreement Claims are entitled to a pro-rata distribution not to exceed 1% of any claim amount.<br><br>**As of the issuance of this PCR, all claims are in the process of being reviewed by the Reorganized Debtor and its advisors, and the Reorganized Debtor has filed a motion to extend the claim objection deadline.** |