Rhonda Hudson

909 Third Avenue # 7912

New York, New York 10150

hudson_rhonda@hotmail.com

917-304-0446

RECEIVED

2025 OCT 24 AM 8: 19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

October 20, 2025

Certified Mail No. 9589 0710 5270 1154 9069 55 (KBO)

Certified Mail No. 9589 0710 5270 1154 9069 48 (GBW)

The Honorable Karen B. Owens-Chief Judge

United States Bankruptcy Court - District of Delaware

824 N.Market Street 3rd Floor

Wilmington, Delaware 19801

The Honorable Gregory B. Williams

United States District Court - District of Delaware

844 N. Kings Street

Unit 26 Room 6124

Wilmington, DE. 19801-3555

Re: Case 20-11568 (KBO) Civ. No. 24448 (GBW)

Proof of Claims- 9404, 224973 and 27128

On October 3, 2025 after my phone call to Kroll Restructuring Administration on October, 2, 2025 and several earlier attempts to contact Kroll Restructuring Administration via phone and through their website I was contacted by them and told that my claims had been expunged. This information came as a surprise to me since the Bankruptcy Court order disallowed my claims but it did not expunge them. Moreover, this decision was made without prejudice. Additionally, the Delaware District Court upheld the Bankrupcy court's decision. Thus, the ability to present my claims again remained in place and I would certainly like to present my claims again with additional supporting evidence. I believe the court should be made aware of pertinent information, some of which I have presented previously to the courts and some of which I am including in this mailing for further support of that evidence. Plus, information from debtor records and possibly more at a later time will clarify what a work day is according-not only to payroll and common understandings, but also according the the debtor, 24 Hour Fitness aka RS FIT NW. This information is central to my claims. The Debtor is aware of this information as it is noted in the 24 Hour Fitness employee handbook.

A few points that I would like to immediately bring to the courts attention are as follows.

Regarding Split Shift /Spread of hours pay- The 24 Hour Fitness Handbook identifies exactly what a workday is and how to identify it. Unlike the bankruptcy court's decision on this matter, the debtor's 24 Hour Fitness Handbook's definition of a work day and calculation of working time is exactly as I presented.  See included information from the 24 Hour Fitness Handbook, copies of pictures of my former work terminal showing my work time and copies of some time sheets.  24 Hour Fitness has always been aware of this information and has paid other employees in New York the split shift spread of hours premium when they end one overnight shift and return to work on the same day to begin another shift .

Regarding New York Split Shift Rules- the calculation required for Spread of hours / Split shift premiums in New York does not require 10 hours of actual labor as suggested by the debtor. Instead, New York Labor Law gives explicit instructions on how hours are to be calculated when qualifying for the split shift / spread of hours premium. This calculation includes the hours between shifts and working hours in the calculation of the 10 plus hours required for the premium to apply. The New York Split shift / Spread of hours rules were provided to the Bankruptcy Court via writings from Cornell Law School Legal Information Institute, the New York Department of Labor, and more. Because I was hired in New York and only worked for 24 Hour Fitness in New York City - New York Split Shift Law should apply in my case. Also, New York split Shift / Spread of Hours Rules do not limit the number of hours between shifts or the hours of shifts themselves and clearly has decided to be open in this regard. There is New York Senate discussion regarding requiring at least 3 hours between stopping and starting shifts on the same day as discussed in Senate Bill S7096, mentioned in the District Court decision on my claims, but still would not limit the number of hours over 3 between shifts on the same day in order to fall under the split shift / spread of hours rule. Moreover, my split shift claim never sought payment for split shift / spread of hours premium simply because I worked overnight. Rather, it did and does seek rightful money owed for the days that I ended work and return to work on the same day. Furthermore, my working hours between the end of one shift and the start of another on the same day far exceed the three hour minimum as discussed in the subject New York Senate Bill S7096. Therefore, I would still qualify for the Split Shift / Spread of Hours premium pay if Bill S7096 passes. Additionally, even when I labored for more than 10 hours ( which was often over the years ) the appropriate premium was not paid.

Also, New York requires paid breaks after a certain number of hours of work and in the absence of the breaks - additional pay is due for this statutory requirement. I did not receive this pay. This is reflected in my time sheets. See 24 Hour Fitness Handbook. Moreover, I was

hired at approximately $4.00 over minimum wage as a base pay and my pay differential was not maintained appropriately. This lack of pay is reflected in my time sheets and paystubs provided to the Bankruptcy Court earlier-thus believed on record in this case. These dollar amounts owed both individually and together far exceed the dollar amount of the split shift, and commission claims. I did sign an agreement with 24 Hour Fitness to forgo lunch breaks because I was the only 24 Hour Fitness employee that worked during my shifts so I could never really fully step away for lunch or a break from my job. But this does not preclude the debtor from the additional break pay due.

Regarding the debtors claim that I was a Service Representative, and as the court believed a Service Representative that worked at night.- The position I held was different than what was described by Katie Healon ( and I believe more examples of the numerous differences would be found in the debtor company records). Thus, the debtor decided not to even address my claims within the scope of the subject position. I was not a service representative or a service representative that worked at night. Generally, those positions do not work during the overnight hours unless in the absence of a Service Representative- Night employee, or a Manager and then- they might fill in for a Service Representative- Night position, but typically they do not. Unlike the service representative, the Service Representative-Night position only existed in the clubs that were actually open for 24 hours and most were not. Also, the Service Representative-Night position was not limited to service responsibilities. Although I've not yet been able to acquire more supporting evidence to this fact from the debtor records, included is a bit more information showing that the role of Service Representative Night is not the same as a service representative ( or a service representative that works at night ). Please note the positions requiring CPR / AED identified in the employee handbook and note the service representative position is not included, but the service representative- night position is. Also, worth noting is the Sales-Night position that was basically filled by me as the only employee on duty during the overnight hours that I worked. Additionally, employees were able to hold more

than one position and I filled several. I believe this along with the number of sales I was completing is why my immediate manager instructed me to begin to use the sales portal and my employee number when completing membership sales for commissions long before overall company changes in positions started taking place after my complaint to the New York State Labor Department regarding my lack of split shift pay (NY Labor Department claim information was included earlier in this case). See Employee Handbook- holding more than one position.

Regarding the case law submitted in support of the courts decisions - after reading the cases one finds that none of the case law actually spoke against my claims or were contrary to them in light of New York State Labor Laws, and when payment was not received by an employee it was not because the split shift law did not apply ( even when split shift was not discussed in a case) it was because the employee did not actually work the hours claimed so that law could not apply. Unlike my situation because I worked the hours I claimed. Moreover, in New York when two different employees are working different shifts it does not fall within the purview of the split shift / spread of hours rules because one employee is not coming back to work on the same day after ending a shift.

Additionally, I'd like to mention that during settlement negotiations - when the debtor informed me that it is believed that statutory interest was not necessary I was given pause. I also believe that more evidence to support each of my claims can be found in the debtor employee and work files.

Because the Bankruptcy Court's decision was made to disallow my claims without prejudice, and for the reasons above, and more not yet revealed - I would like to be assured that my claims are not identified as expunged. Importantly, I would like to promptly move forward with my claims with facts, truth, and the law in pursuit of my relief from this unjust burden this situation has caused.

Respectfully Submitted,

Rhonda Hudson

Rhonda Hudson

Table of Contents

## Pay Periods

Team members are paid bi-weekly, on Fridays (or earlier if Friday is a holiday). This means that most months have two paydays, at times, some months may include a third pay day.

For a complete calendar of pay periods and pay dates, please refer to the Payroll Calendar posted in-club or online at We Are 24>*People> Benefits/Payroll*

- **Pay Dates:** All team members are paid every other Friday (every two weeks)
- **Pay Periods:** Each pay period consists of 14 calendar days
- **Work Day:** 12:00 a.m. to 11:59 p.m.
- **Work Week:** Saturday, 12:00 a.m. to Friday, 11:59 p.m.
- **Paychecks:** Team members will receive a minimum of 26 paychecks a year

## Paychecks

To receive proper pay including overtime as a non-exempt (hourly) team member, correctly record and submit your time punches through Time and Labor at all times.

Payroll checks are kept in a secure location and must be distributed directly to you unless you have provided the company with a written request to release your check to another person. You should collect your check right away as any unclaimed checks are returned to payroll five days after the pay date.

**Verify Your Paycheck:** You are expected to check your wage statements or check copy for accuracy. Team members should immediately report any overpayment or pay discrepancy to their manager.

**Methods of Payment:** Team members have the option of receiving their paychecks through automatic direct deposits, which ensures accurate and timely posting of your pay. You will be able to print and electronically access your direct deposit wage statements through our online system (Payroll Work Center) instead of having a paper direct deposit statement sent to your home club. If you do not opt-in to receive direct deposit, you'll be paid by a paper check. Team members who receive paper checks will continue to receive their paper check and also have electronic access to their wage statements through the Payroll Work Center.

**Payroll Deductions:** By law, certain required deductions will be made from each team member's wages. These include federal and state income taxes (if applicable), social security taxes, Medicare taxes, state disability insurance (SDI) payments (if applicable) and local taxes (if applicable). 24 Hour Fitness may offer programs and benefits from time to time beyond those required by law. Eligible team members may voluntarily authorize deductions from their paychecks to cover the costs of participation in these programs. 24 Hour Fitness is required by law to honor court-ordered wage garnishments and will make payroll deductions per the terms and conditions of such court orders and pursuant to applicable law.

**Payroll Work Center:** The Payroll Work Center provides you with self-service capabilities regarding your pay via the internet. The Payroll Work Center allows you to:

- Review and print direct deposit wage statement or check copy.
- Review and print your W-2 as far back as three years.
- Review your accrued paid time off balances and activity.
- Make changes to your W-4 elections.
- Make changes to your direct deposit information.
- Utilize the paycheck calculator, which helps you estimate take-home pay.
- Utilize the W-4 calculator, to assist you in completing your Form W-4.

You may access the Payroll Work Center at *My 24>My24HR>Home.*

**Pay Discrepancies:** If you have any concerns with regard to your paycheck, contact your manager. If your manager is unable to resolve your concern, contact the payroll hotline at **888.HEY.MY24** or your Human Potential representative.



Robert Jackson

(D, WF) 31ST SENATE DISTRICT

**ARCHIVE: LAST BILL STATUS -IN SENATE COMMITTEE LABOR COMMITTEE**

## 2019-S7096 (ACTIVE) - DETAILS

See Assembly Version of this Bill:

A370

Current Committee:

Senate Labor

Law Section:

Labor Law

Laws Affected:

Amd §652, Lab L

Versions Introduced in Other Legislative Sessions:

2013-2014: A6861

2015-2016: A736

2017-2018: A2617

2021-2022: S1996, A3053

2023-2024: S2053, A4357

2025-2026: S6694, A1000

## 2019-S7096 (ACTIVE) - SUMMARY

Authorizes minimum wage to be paid for all time in excess of one hour in which an employee is not at work during a split shift.

## 2019-S7096 (ACTIVE) - SPONSOR MEMO

BILL NUMBER: S7096

SPONSOR: JACKSON

TITLE OF BILL:

An act to amend the labor law, in relation to split shifts and minimum
wage

PURPOSE:

To discourage unduly long split shifts or to compensate employees for
the same.

SUMMARY OF PROVISIONS:

Section 1 adds a new subdivision 7 to Section 652 of the Labor Law that
provides for the payment of the minimum wage for all time past one how
in which an employee is working a split shift.

Section 2 is the effective date.

- VIEW MORE (30 LINES)

## 2019-S7096 (ACTIVE) - BILL TEXT DOWNLOAD PDF

S T A T E   O F   N E W   Y O R K

7096

I N   S E N A T E

(PREFILED)

January 8, 2020

---

Introduced by Sen. JACKSON -- read twice and ordered printed, and when printed to be committed to the Committee on Labor

AN ACT to amend the labor law, in relation to split shifts and minimum wage

THE PEOPLE OF THE STATE OF NEW YORK, REPRESENTED IN SENATE AND ASSEMBLY, DO ENACT AS FOLLOWS:

Section 1. Section 652 of the labor law is amended by adding a new subdivision 7 to read as follows:

7. NOTWITHSTANDING ANY OTHER PROVISION OF LAW TO THE CONTRARY, MINIMUM WAGE SHALL BE PAID FOR ALL TIME IN EXCESS OF ONE HOUR IN WHICH AN EMPLOYEE IS NOT AT WORK DURING A SPLIT SHIFT AND SUCH TIME SHALL BE CONSIDERED AN HOUR WORKED BY SAID EMPLOYEE.

§ 2. This act shall take effect immediately.

EXPLANATION--Matter in ITALICS (underscored) is new; matter in brackets [ ] is old law to be omitted.

LBD03519-01-9

# STATE OF NEW YORK

7096

# IN SENATE

(Prefiled)

January 8, 2020

Introduced by Sen. JACKSON -- read twice and ordered printed, and when printed to be committed to the Committee on Labor

AN ACT to amend the labor law, in relation to split shifts and minimum wage

The People of the State of New York, represented in Senate and Assembly, do enact as follows:

Section 1. Section 652 of the labor law is amended by adding a new subdivision 7 to read as follows:

7. Notwithstanding any other provision of law to the contrary, minimum wage shall be paid for all time in excess of one hour in which an employee is not at work during a split shift and such time shall be considered an hour worked by said employee.

§ 2. This act shall take effect immediately.

EXPLANATION--Matter in italics (underscored) is new; matter in brackets [-] is old law to be omitted.

LBD03519-01-9

RED SCREENS DONT WALK!
Your Timecard
TIME PERIOD
AUG 3 - AUG 16
Your Manager approved on AUG 19, 2019
TOTAL TIME
86.37
HRS
WEEK SUMMARY
Week 1
AUG 3 - AUG 9
42.92 HRS
Week 2
AUG 10 - AUG 16
43.45 HRS
PAY CODE SUMMARY
HOURS
Regular
86.37 HRS
Overtime
6.37 HRS
Hide/Show Schedule
PRINT
SAT
SUN
MON
TUE
WED
THU
FRI
3 8.47 HRS 12:00 AM - 6:28 AM 10:00 PM - 12:00 AM
4 8.28 HRS 12:00 AM - 6:22 AM 10:05 PM - 12:00 AM
5 8.60 HRS 12:00 AM - 6:39 AM 10:03 PM - 12:00 AM
6 8.83 HRS 12:00 AM - 6:54 AM 10:04 PM - 12:00 AM
7 6.82 HRS 12:00 AM - 6:49 AM
8
9 1.92 HRS 10:05 PM - 12:00 AM
HIDE DETAILS
10 8.23 HRS 12:00 AM - 6:14 AM 10:00 PM - 12:00 AM
11 8.33 HRS 12:00 AM - 6:20 AM 10:00 PM - 12:00 AM
12 7.97 HRS 12:00 AM - 6:14 AM 10:16 PM - 12:00 AM
13 8.22 HRS 12:00 AM - 6:13 AM 10:00 PM - 12:00 AM
14 6.00 HRS 12:00 AM - 6:00 AM
15 2.87 HRS 2:23 PM - 5:15 PM
16 1.83 HRS 10:10 PM - 12:00 AM
HIDE DETAILS
Need Assistance?
Privacy
Legal
SEND FEEDBACK
24 Hour Fitness - Me...
my24 - Internet Expl...
https://24hf.okta.co...
10:29
M2 LOGIN club00727 PASSWORD 00727
s to Scheduler
r new members
lenovo

ASS PASS LOGIN cmclub727@24hourfit.com PASSWORD 24hour727
24 HOUR FITNESS
ADP
Dashboard
Pay
Time
Benefits
Company
Time
Search...
Rhon... H.
TIMECARD
SCHEDULE
Your Timecard
TIME PERIOD
AUG 4 - AUG 17
Your Manager approved on AUG 20, 2018
APPROVE TIMECARD
TOTAL TIME
89.07
HRS
WEEK SUMMARY
Week 1
AUG 4 - AUG 10
49.58 HRS
Week 2
AUG 11 - AUG 17
39.48 HRS
PAY CODE SUMMARY
HOURS
Regular
81.07 HRS
Vacation
8.00 HRS
Overtime
1.58 HRS
PRINT
Hide/Show Schedule
SAT
SUN
MON
TUE
WED
THU
FRI
4
8.13
HRS
5
8.93
HRS
6
16.18
HRS
7
8.33
HRS
8
6.00
HRS
9
10
2.00
HRS
SEE DETAILS
11
8.13
HRS
12
8.17
HRS
13
8.08
HRS
14
7.30
HRS
15
7.80
HRS
16
17
SEE DETAILS
11:00 PM
M2 CLUB00727 PW:00727
SAMSUNG
Lenovo

Table of Contents

## Holiday Pay

Most 24 Hour Fitness club locations are open seven days a week, including most major holidays. Club team members may be required to work on a holiday depending on the current established holiday schedule and a club's staffing needs. If a non-exempt team member works on a holiday, they will be paid at their regular pay rate for hours worked. Full-time, benefit eligible team members will receive holiday pay for all company-designated holidays. If an hourly, non-exempt team member is eligible for holiday pay, they will receive holiday pay at their base hourly rate in addition to any hours worked in-club on that day. Corporate team members hired by 24 Hour Fitness in temporary or contract positions are not eligible for holiday pay. Certain club team members may be eligible for Field Holiday Premium pay.

- Field Holiday Premium Pay

## Disaster Pay

A disaster is generally defined as any act of nature, such as but not limited to, a fire, snow storm, hurricane, flood and/or an earthquake. It does not include incidents that are related to the general operation of the facilities such as power outages, broken plumbing, etc. Should a situation arise where there is a serious disruption to the business requiring the closure of one or more clubs for an extended period of time, it is natural for team members to express concern and uncertainty about their pay. The company has created a Disaster Pay program to help minimize the financial impact to team members. It will be at the company's discretion to implement disaster pay for impacted team members.

- Disaster Pay

## Expense Reimbursement

There will be times when you incur business-related expenses. You will be reimbursed by 24 Hour Fitness for all reasonable expenses incurred in connection with the performance of your duties. All expenses submitted for approval must comply with the guidelines within the company's Travel & Expense policy which includes providing the necessary documented approval from your supervisor before reimbursement is issued. Unauthorized expenses will not be reimbursed. The travel and expense policy can be found at We Are 24 > SIMON > Human Potential > Payroll > Travel & Expense > Expense Reports.

- Mobile Device Reimbursement Policy (California Only)

## Working More than One Position In-Club

Non-exempt team members may be permitted to work more than one position at 24 Hour Fitness if this does not interfere with your normal work duties. Your manager must first approve for you to work an additional position(s) prior to you doing so.

Qualified exempt team members may be allowed to teach Group X classes by obtaining the appropriate approval in advance. If you are an exempt team member and are interested in teaching Group X classes, you should discuss and seek approval from your manager and the Area or Field Group X Manager for the club where you are interested in teaching. With the exception of teaching Group X classes, exempt team members are not eligible to work more than one position.

- Exempt Team Members Who Teach Group X Classes



Table of Contents - Appendix

- Any hours worked in excess of 8 hours per day or 40 hours per week are paid at 1-1/2 times the regular hourly rate.

***Colorado***

- The first 12 hours in the one work day or 12 consecutive hours without regard to the starting and ending time of the workday, or 40 hours worked in a workweek are considered regular hours.
- Any hours worked in excess of 12 hours in one workday, 12 consecutive hours, or 40 hours in one workweek are paid at 1-1/2 times the regular rate.

***All states except Nevada, Colorado, & California***

- The first 40 hours worked in a week count as regular hours.
- All hours in excess of 40 shall be paid as overtime at 1-1/2 times the regular rate of pay.

### c. Field Holiday Premium Pay

24 Hour Fitness has implemented a $16.00 holiday pay premium. Eligible employees will receive an additional $16.00 when they punch-in on an eligible holiday. Paid time off such as vacation or sick time is not eligible for the holiday premium.

The $16.00 holiday premium is a flat amount awarded to eligible team members who start their shifts/punch-in on a recognized holiday. The amount is not adjusted based upon total number of hours worked on the holiday. Team members who work a night shift and punch-in the day prior to the holiday and punch-out on the holiday will not receive the $16.00 holiday premium.

Punch-in time on the holiday is pulled from the system following the pay period deadline for Time & Labor edits. To ensure timely payment of the premium, you must punch-in and/or ensure your work times are entered into Time & Labor timely and accurately by the pay period deadline.

For additional questions about the Holiday Pay premium, ask your General Manager.

***Eligible Positions*:***

| | | |
|---|---|---|
| Assistant Service Manager | Assistant Club Manager Fit Lite | Athletic Monitor |
| Club Attendant | Day Porter | Fitness Assistant Fit Lite |
| Group Swim Instructor | Juice Bar Team Member | Kid's Club Attendant |
| Night Porter | Private Swim Instructor | Referee |
| Service Representative | Service Representative Lead | Service Representative Night |
| Sport Training Specialty Instructor | Supervisor – Juice Bar | Supervisor – Kid's Club |
| | Assistant Membership Manager | Membership Counselor |

**Personal Trainers, Group X Instructors and team members covered under alternate holiday benefit plans are excluded.*

| Eligible Holidays |
|---|
| New Year Day |
| Martin Luther King Day |
| Memorial Day |
| Independence Day |
| Labor Day |
| Thanksgiving |

Table of Contents - Appendix

It is the responsibility of the General Manager to ensure the appropriate team members are certified in the appropriate courses and that these certifications are completed and maintained. Team members in the positions required below must become AED and/or CPR certified within 60 days of starting into their positions.

***Job Codes Requiring CPR Certifications include:***

| Job Code | Job Title | CPR Cert |
|---|---|---|
| 349 | General Manager | Infant/Child, Adult, CPR |
| 8799 | General Manager, Fit Lite | Adult CPR |
| 314 | AFM - Master Trainer | Adult CPR |
| 5089 | AFM - Master Trainer NY/NJ | Adult CPR |
| 8831 | Asst Fitness Manager - I | Adult CPR |
| 5085 | Asst Fitness Manager - I NY/NJ | Adult CPR |
| 8832 | Asst Fitness Manager - II | Adult CPR |
| 5086 | Asst Fitness Manager - II NY/NJ | Adult CPR |
| 8833 | Asst Fitness Manager - III | Adult CPR |
| 5087 | Asst Fitness Manager - III NY/NJ | Adult CPR |
| 8834 | Asst Fitness Manager - IV | Adult CPR |
| 5088 | Asst Fitness Manager - IV NY/NJ | Adult CPR |
| 4605 | Cert Personal Trainer - OJOP | Adult CPR |
| 4604 | Elite Personal Trainer | Adult CPR |
| 5083 | Elite Personal Trainer NY/NJ | Adult CPR |
| 4578 | Fitness Manager | Adult CPR |
| 398 | Fitness Manager - ECD | Adult CPR |
| 8840 | Fitness Manager - Trainee | Adult CPR |
| 5077 | Fitness Manager - III | Adult CPR |
| 5090 | Intern - CPT NY/NJ | Adult CPR |
| 301 | Master Trainer | Adult CPR |
| 5084 | Master Trainer NY/NJ | Adult CPR |
| 4600 | Personal Trainer | Adult CPR |
| 4601 | Personal Trainer 1 | Adult CPR |
| 5080 | Personal Trainer 1 NY/NJ | Adult CPR |
| 4602 | Personal Trainer 2 | Adult CPR |
| 5081 | Personal Trainer 2 NY/NJ | Adult CPR |
| 4603 | Personal Trainer 3 | Adult CPR |
| 5082 | Personal Trainer 3 NY/NJ | Adult CPR |
| 5079 | Personal Trainer NY/NJ | Adult CPR |
| 5067 | Pilates Trainer | Adult CPR |
| 372 | Team Trainer | Adult CPR |
| 5061 | Team Trainer - Schools | Infant/Child, Adult, CPR |
| 4512 | Membership Manager | Adult CPR |
| 395 | Membership Manager - ECD | Adult CPR |
| 7024 | Membership Manager - Pilot | Adult CPR |
| 4528 | Assistant Service Manager | Infant/Child, Adult, CPR |
| 5042 | Asst Member Service Manager | Infant/Child, Adult, CPR |
| 4535 | Kids Club Attendant | Infant/Child CPR |
| 5043 | Member Service Manager | Infant/Child, Adult, CPR |



| Job Code | Job Title | CPR Cert |
|---|---|---|
| 5041 | Member Service Rep - Night | Adult CPR |
| 4563 | Service Manager | Infant/Child. Adult. CPR |
| 397 | Service Manager - ECD | Infant/Child, Adult, CPR |
| 4544 | Service Representative Night | Adult CPR |
| 4561 | Supervisor - Kids Club | Infant/Child CPR |

Sales —

***Job Codes Requiring AED Certifications include:***

| Job Code | Job Title |
|---|---|
| 349 | General Manager |
| 8799 | General Manager - Fit Lite |
| 314 | AFM - Master Trainer |
| 5089 | AFM - Master Trainer NY/NJ |
| 8831 | Asst Fitness Manager - I |
| 5085 | Asst Fitness Manager - I NY/NJ |
| 8832 | Asst Fitness Manager - II |
| 5086 | Asst Fitness Manager - II NY/NJ |
| 8833 | Asst Fitness Manager - III |
| 5087 | Asst Fitness Manager - III NY/NJ |
| 8834 | Asst Fitness Manager - IV |
| 5088 | Asst Fitness Manager - IV NY/NJ |
| 4578 | Fitness Manager |
| 398 | Fitness Manager - ECD |
| 5077 | Fitness Manager III |
| 8800 | Fitness Assistant - Fit Lite |
| 4528 | Service Manager |
| 5042 | Asst Member Service Manager |
| 5043 | Member Service Manager |
| 5041 | Member Service Rep - Night |
| 4563 | Service Manager |
| 397 | Service Manager - ECD |
| 4544 | Service Representative Night |

Sales —

***What is covered?***

Team members who are required to be certified will be reimbursed for expenses incurred to take CPR and or AED classes and compensated for their time spent taking the CPR and or AED classes. Below are the types of expenses and compensation covered:

1. Class costs (receipt is required and should generally not exceed $65).
2. The time spent in the class, which is paid at the applicable minimum wage rate.
3. Any mileage that exceeds the normal commute to and from the club.
4. Reasonable parking costs.

Additional information regarding certificates and process can be found on We Are *24>SIMON>Human Potential>AED/CPR Certification.*

Note No Service Representatives

Mangers & Service Rep. Night

Friday October 10, 2025

Dear Sir / Madam,

My name is Alric Donaldson. I have worked for 24 Hour Fitness as fitness trainer from 2009 to 2013 and as an certified CPR instructor through the American Heart Association for the company Emergency Skills Inc.

24 Hour Fitness allowed me to certify their staff members in adult CPR/AED and Rhonda Hudson completed all skills per American Heart Association guidelines for certification in adult CPR/AED in 2010 located at 225 5th Avenue NY,NY 10010.

Rhonda Hudson was a staff employee whose position required certification for the position.

Thank you
Alric Donaldson

Hazel Martinez

HAZEL MARTINEZ
Notary Public, State of New York
No. 01MA5083383
Qualified in Kings County
Commission Expires 08/11/2029

24 HOUR FITNESS
Rhonda
Service Representative Night

Table of Contents - Appendix

***Meal Periods***
All team members are entitled to meal periods, as required by law and as provided by this policy. Meal periods must be taken by hourly team members pursuant to applicable law and this policy and may only be waived under limited circumstances.

***Timing of Meal Periods***
- For shifts of less than 8 hours, there is no meal period required.
- Meal periods for team members working 8 hours or more: Should be taken near the middle of the team member's shift.
- Meal periods may not be taken during or before the first hour of work.

***On-Duty Meal Periods***
- There may be times when the nature of the work prohibits a team member from being relieved from all duty for a 30-minute uninterrupted meal period. In those instances, team members will be asked to sign an on-duty meal period agreement, which will allow them to take a meal period while working. Team members whose job requires them to take an on-duty meal period will be paid for the meal period (30 minutes). The on-duty meal period agreement is voluntary, and team members will not be retaliated against for refusing to agree to an on-duty meal period or for revoking their agreement at any time. Team members in positions that require on-duty meal periods who do not agree to take an on-duty meal period may be moved to different positions, or shifts, or an alternative club to accommodate the required meal period.

- Team members are only allowed to take an on-duty meal period when the nature of the work requires it (e.g., Service Representative Night) and when an on duty meal period may be safely taken and when they have signed a Voluntary On-Duty Meal Period Agreement found in SIMON. See your manager or Human Potential for appropriate circumstances.

***Rest Breaks***
All team members are entitled to one 10-minute paid rest break per four hours worked or major fraction thereof. The number of rest breaks available is set forth in the following table:

| Total Hours Worked | Number of Breaks |
|---|---|
| less than 4 hours | 0 |
| 4 hours to 7 hours | 1 |
| 7 hours 1 minute to 11 hours | 2 |

- Breaks should be taken as close to middle of the 4 hour period as possible.
- Breaks should not be taken within one hour of a meal period.
- Team members do not need to clock out for breaks, or otherwise record break time.
- Breaks may not be combined with the meal period or with other breaks; they must be taken separately.
- Breaks may not be taken at the beginning or end of a shift.

### m. Meal and Rest Periods: Supplemental Meal and Rest Break Policy – New York

This policy applies to all team members who perform work in New York. To the extent this policy differs from applicable law, it is not intended to create any contractual or other legal obligation to provide meal breaks, or meal periods of any specific frequency or duration, nor is it intended to modify any other terms or conditions of employment

