**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RS FIT NW LLC,[1] | : | Case No. 20-11568 (KBO) |
| | : | |
| Reorganized Debtor. | : | |
| | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON OCTOBER 30, 2025 AT 9:30 A.M. (EASTERN TIME)**

> **THE BELOW LISTED MATTERS HAVE BEEN RESOLVED.**
> **THE COURT HAS CANCELLED THE HEARING.**

**RESOLVED MATTERS[2]**

1. **Seventh Omnibus Claims Objection** – Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims [Filed: 4/19/21] (Docket No. 75).

    Response Deadline:   May 5, 2021 at 4:00 p.m. Eastern Time.

    Responses Received:

    a)   Response of Dennis R. Tolton [Filed: 5/12/21] (Docket No. 96).

    (i)   Response of Dennis R. Tolton [Filed: 5/12/21] (Docket No. 1798).

    (ii)   Notice of Deficiency [Filed: 5/12/21] (Docket No. 1799).

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [Docket No. 7], the remaining Reorganized Debtors' chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

[2] Docket numbers refer to Case Nos. 20-11558 (KBO) and 20-11568 (KBO).

Related Documents:

a) Notice of Submission of Proofs of Claim in Connection with the Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims [Filed: 5/5/21] (Docket No. 87).

b) Certification of Counsel Regarding Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims [Filed: 5/17/21] (Docket No. 104).

c) [Signed] Order Sustaining the Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims [Filed: 5/17/21] (Docket No. 111).

d) Certification of Counsel Regarding Reorganized Company's Seventh (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims as It Relates to Claimant, Dennis R. Tolton [Filed: TBF] (Docket No. TBF).

Status:  This matter has been resolved as it relates to Dennis R. Tolton.  An order will be filed under certification of counsel resolving the objection of Dennis R. Tolton.  An order has been entered on the remaining claims.

2. **Twenty-Fifth Omnibus Claims Objection** – Reorganized Company's Twenty-Fifth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 9/24/21] (Docket No. 280).

   Response Deadline:    October 8, 2021 at 4:00 p.m. Eastern Time.

   Responses Received:

   a) Objection of the JoAnthony Lanard McGee Estate to Reclassify Certain Misclassified Claims [Filed: 10/15/21] (Docket No. 323).

   Related Documents:

   a) Notice of Submission of Proofs of Claim in Connection with the Reorganized Company's Twenty-Fifth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 10/12/21] (Docket No. 303).

   b) Certification of Counsel Regarding the Reorganized Company's Twenty-Fifth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 10/21/21] (Docket No. 320).

   c) [Signed] Order Sustaining the Reorganized Company's Twenty-Fifth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: 10/22/21] (Docket No. 322).

    d)    Certification of Counsel Regarding Reorganized Company's Twenty-Fifth (Substantive) Omnibus Objection to Reclassify Certain Misclassified Claims [Filed: TBF] (Docket No. TBF).

Status:  This matter has been resolved as it relates to the JoAnthony Lanard McGee Estate.  An order will be filed under certification of counsel resolving the objection of JoAnthony Lanard McGee Estate.  An order has been entered on the remaining claims.

3.    **Fourteenth Motion to Extend Claims Objection Deadline** – Reorganized Company's Fourteenth Motion for the Entry of an Order Extending the Deadline to Object to Claims Under the Plan of Reorganization [Filed: 10/3/25] (Docket No. 994).

Response Deadline:    October 17, 2025 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

    a)    Certification of No Objection Regarding Reorganized Company's Fourteenth Motion for the Entry of an Order Extending the Deadline to Object to Claims Under the Plan of Reorganization [Filed: 10/20/25] (Docket No. 1000).

    b)    [Signed] Fourteenth Order Extending Deadline to Object to Claims Under the Plan of Reorganization [Filed: 10/22/25] (Docket No. 1001).

Status:  The order has been entered.  No hearing will be necessary.

*[Remainder of Page Intentionally Blank]*

Dated: October 28, 2025  
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

-and-

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
Eric M. Sherman (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Attorneys for the Reorganized Company*